RECEIVED

MAY 27 2020

Legal Programs Department

SCANNED at LSP and Emailed

5-27-20 by ___ . ___ pages
date        initials    No.

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
__Middle__ DISTRICT OF LOUISIANA

Kenneth Wayne Mitchell
*Plaintiff's full name (first-middle-last)*
*and prisoner number.*

CIVIL ACTION

NO.: _____

VERSUS

Marcus Jones
David Voorchiel
Vincent Knight
*Defendant(s) full name*

SECTION: _____

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

__IF YOU ARE A PARISH PRISONER__, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

__IF YOU ARE A D.O.C. PRISONER__, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for __each__ defendant no longer employed by the Department of Corrections.

__All copies of the complaint must be identical to the original.__

The names of __all parties__ must be listed in the caption and in part III of the complaint __exactly the same.__

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

No forma pauperis affidavit inclued in this Packet.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed this form, e-mail the original and copies to the Clerk of the United States District Court for the _Middle_ of Louisiana.

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (✗)

    B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1.    Parties to this previous lawsuit

        Plaintiff(s): _____

        Defendant(s): _____

    2.    Court (if federal court, name the district; if state court, name the parish): _____

    3.    Docket number: _____

    4.    Name of judge to whom case was assigned: _____

    5.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    6.    Date of filing lawsuit: _____

    7.    Date of disposition: _____

    C.    Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?    Yes ( )    No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

II.    **Place of present confinement:** _La. State Penitentiary, Angola, La._

    A. Is there a prisoner grievance procedure in this institution?   Yes (✗) No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✗)    No ( )

C.  If your answer is YES:

1.  Identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed. _Case No. LSP-2019-1323_

2.  What steps did you take? _First and Second Steps_

3.  What was the result? _Denied_

D.  If your answer is NO, explain why not: _____

_____

_____

III.  **Parties**

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff(s): _Kenneth Mitchell 120166_
_Main Prison, La. State Penitentiary_

_____

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.  Defendant, _Marcus Jones_ is employed as _Major_ at
_La. State Penitentiary, Angola, La_

Address for Service: _David Voorchies_

C.  Additional Defendant, _David Voorchies_ is employed as _Major_ at
_La. State Penitentiary, Angola, La_

Address for Service: _____

D.  Additional Defendant, _Vincent Knight_ is employed as _Lt. Col._ at
_La. State Penitentiary, Angola, La._

Address for Service: _____

E.  Additional Defendant, _____ is employed as _____ at

_____

Address for Service: _____

IV.     **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I (Kenneth Mitchell) was giving to chow, Maj Jones and Major Voorchies was riding bikes on the walk. Maj. Jones was yelling, telling everyone to get their asses in line. I replied I was in line, then he started yelling again get your mother fucking asses in line, I replied I'm going to write you up for cussing me, Maj Jones stated he didn't give a fuck about no write ups, I was placed in restraits by Maj Voorchies as I was being escorted to cell blocks Maj Jones swiped my feet from under me causing me to hit my head on the concrete walk and rendering me unconcise. Lt. Col Knight ordered the walk orderly to clean the blood off the walk no photo's was taken for investigation purposse, no body camera footage was take of the crime scene. EMT's was called I was taken to the Treatment Center (4) staples was placed in my head to close the wound and rushed to St. Francisville Medical Center for emergence CT Scans to check for swelling of the braine. I was returned to the prisor and placed in administrative lock down instead of being place on the medical wards for observation my hands was cuffed behind my back while I was being assaulted and there was no inevestigation into this criminal act by these officers.

V    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

1) Stop the retaliationes that is being done

2) Appoint qualified representation

3) Award Money damages where possible

4) Civil ~~Serattee~~ Service Investigation

5) (2) Federal investigators to look into the incident and to interview me (Keneneth Mitchell) about the incident.

VI.   **Plaintiff's Declaration**

1)    I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 24 day of May , 20 20

Signature: Kenneth Mitchell

Print Name: Kenneth Mitchell

Address: La. State Penitentiary MainePrison Hicl

City/State/Zip: Angola, La. 70712