

JOHN BEL EDWARDS
Governor

## State of Louisiana
### Department of Public Safety and Corrections

JAMES M. LE BLANC
Secretary

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

West Feliciana Parish

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES:**

| Inmate Name: | Kenneth Mitchell | DOC#: | 120166 |
|---|---|---|---|

| Listed below is the information which is attached: |
|---|
| Medical Records – June 2019 – July 7, 2021 |

| Copies made for: | ▇▇▇▇▇▇▇▇▇▇ |
|---|---|
| | Assistant Attorney General |
| | Litigation Division - Office of Attorney General Jeff Landry |
| | Baton Rouge, Louisiana |

| Signature: | *Kelley Hawkins, RHIT* | Date: | 07/21/21 |
|---|---|---|---|
| | Kelley Hawkins #66168 Ex-Officio Notary, Department of Public Safety and Corrections/LSP | | |

000001

# LSP PHARMACY
## Medication Administration Record

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 2 of 170

000002
000000

| Medications | (06/2021) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN 325 MG TAB | 0001 | — | — | — | — | — | — | — | — | JW1 | JW1 | KOP | KOP | 1DH | JW1 | KOP | DC3 | KOP | JW1 | JW1 | JW1 | KOP | JN2 | KOP | JW1 | KOP | KOP | KOP | KOP | JW1 | KOP | 22/44 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | — | — | — | — | — | — | — | — | KOP | KOP | KOP | KOP | 1DH | KOP | JW1 | DC3 | DC3 | KOP | KOP | KOP | KOP | JN2 | KOP | JW1 | DC3 | KOP | DC3 | JW1 | JW1 | JN2 | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 902618  O/D:06/09/2021  D/C:06/08/2022 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| LOPID 600 MG TABS (GEMFIBROZIL) | 0001 | N | N | N | N | N | JW1 | DC3 | N | JW1 | JW1 | N | N | 1DH | JW1 | N | DC3 | JW1 | JW1 | JW1 | N | JN2 | N | JW1 | N | N | N | N | JW1 | N | — | 13/30 |
| TAKE 1 TABLET BY MOUTH EVERY | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| MORNING | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 843248  O/D:08/20/2020  D/C:07/21/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| ACETAMINOPHEN 325 MG TAB | 0001 | N | N | N | N | N | JW1 | DC3 | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 7/18 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | JW1 | N | JN2 | JW1 | JW1 | N | N | DC3 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 864939  O/D:12/22/2020  D/C:06/09/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ▓▓▓▓▓▓    Sex: M    Allergies: NKA    Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | 1DH | DANIELLE HENRY |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

000003

09/30/21

Document 18-2

Case 3:20-cv-00314-BAJ-SDJ

| Medications (06/2021) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | N | N | N | N | N | N | DC3 | N | N | N | N | N | 1DH | N | N | DC3 | N | N | N | N | N | N | N | N | N | N | N | N | KOP | KOP | --- | 8/60 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0004 | KOP | KOP | KOP | KOP | KOP | KOP | KOP | DC3 | KOP | KOP | KOP | KOP | KOP | KOP | KOP | DC3 | DC3 | KOP | KOP | KOP | KOP | KOP | KOP | KOP | DC3 | KOP | DC3 | KOP | KOP | KOP | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 849062  O/D:09/23/2020  D/C:09/22/2021 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| DIOVAN 40 MG TABS (VALSARTAN) | 0001 | N | N | N | N | N | JW1 | DC3 | N | JW1 | JW1 | N | N | 1DH | JW1 | N | DC3 | N | JW1 | JW1 | JW1 | N | JN2 | N | JW1 | N | N | N | N | JW1 | N | --- | 29/60 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | JW1 | N | JN2 | JW1 | JW1 | N | N | DC3 | N | N | N | N | 1DH | N | JW1 | DC3 | DC3 | N | N | N | N | JN2 | N | JW1 | DC3 | N | DC3 | JW1 | JW1 | JN2 | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 849063  O/D:09/23/2020  D/C:09/22/2021 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | JW1 | N | JN2 | JW1 | JW1 | N | N | DC3 | N | N | N | N | 1DH | N | JW1 | DC3 | DC3 | N | N | N | N | JN2 | N | JW1 | DC3 | N | DC3 | JW1 | JW1 | JN2 | --- | 16/30 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 894709  O/D:05/06/2021  D/C:05/05/2022 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | JW1 | N | JN2 | JW1 | JW1 | N | N | DC3 | N | N | N | N | 1DH | N | JW1 | DC3 | DC3 | N | N | N | N | JN2 | N | JW1 | DC3 | N | DC3 | JW1 | JW1 | JN2 | --- | 16/30 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 894710  O/D:05/06/2021  D/C:05/05/2022 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| NAPROSYN 500 MG TAB (NAPROXEN) | 0001 | N | N | N | N | N | JW1 | DC3 | KOP | JW1 | JW1 | KOP | KOP | 1DH | JW1 | KOP | DC3 | KOP | JW1 | JW1 | JW1 | KOP | JN2 | KOP | JW1 | KOP | KOP | KOP | KOP | JW1 | KOP | --- | 28/60 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY AS NEEDED | 0004 | JW1 | KOP | JN2 | JW1 | JW1 | KOP | KOP | DC3 | KOP | KOP | KOP | KOP | 1DH | KOP | JW1 | DC3 | DC3 | KOP | KOP | KOP | KOP | KOP | KOP | JW1 | DC3 | KOP | DC3 | JW1 | JW1 | JN2 | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 894896  O/D:05/06/2021  D/C:05/05/2022 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |

DOB: ▮▮▮▮▮▮▮▮        Sex: M        Allergies: NKA        Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W        DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | 1DH | DANIELLE HENRY |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

**LSP PHARMACY**
**Medication Administration Record**

000000 4

Case 3:20-cv-00314-BAJ-SDJ Document 18-2 09/30/21 Page 4 of 170

| Medications (05/2021) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME | 0004 | N | N | JW1 | N | DC3 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 2/6 |
| Rx 831191  O/D:06/18/2020  D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | N | N | JW1 | N | DC3 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 2/6 |
| Rx 831192  O/D:06/18/2020  D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING | 0001 | N | N | N | N | N | N | JW1 | JW1 | N | N | N | N | N | N | N | N | N | N | JW1 | N | N | N | N | N | JN2 | JN2 | JW1 | JW1 | N | N | N | N | 7/31 |
| Rx 843248  O/D:08/20/2020  D/C:07/21/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACETAMINOPHEN 325 MG TAB TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0001 | N | N | N | N | N | N | JW1 | JW1 | N | N | N | N | N | N | N | N | N | N | JW1 | N | N | N | N | N | JN2 | JN2 | JW1 | JW1 | N | N | N | N | 16/62 |
| | 0004 | N | N | JW1 | N | DC3 | N | N | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | N | N | N | JN2 | N | | |
| Rx 864939  O/D:12/22/2020  D/C:06/09/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOTRIN 800 MG TABS (IBUPROFEN) TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0001 | N | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 2/12 |
| | 0004 | N | N | JW1 | N | DC3 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| Rx 876742  O/D:02/09/2021  D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ████████  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

# LSP PHARMACY
## Medication Administration Record

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 5 of 170

000005

| Medications (05/2021) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | 1/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0004 | N | N | N | N | DC3 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | |
| Rx 849062  O/D:09/23/2020  D/C:09/22/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIOVAN 40 MG TABS (VALSARTAN) | 0001 | N | N | N | N | N | N | JW1 | JW1 | N | N | N | N | N | N | N | N | N | JW1 | N | N | N | N | N | JN2 | JN2 | JW1 | JW1 | N | N | N | N | 16/62 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | N | N | JW1 | N | DC3 | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | N | N | N | JN2 | N | | | |
| Rx 849063  O/D:09/23/2020  D/C:09/22/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | — | | — | | — | N | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | N | N | N | JN2 | N | | 7/26 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 894709  O/D:05/06/2021  D/C:05/05/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | — | | — | | — | N | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | N | N | N | JN2 | N | | 7/26 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 894710  O/D:05/06/2021  D/C:05/05/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NAPROSYN 500 MG TAB (NAPROXEN) | 0001 | — | | — | | — | N | JW1 | JW1 | N | N | N | N | N | N | N | N | JW1 | N | N | N | N | N | JN2 | JN2 | JW1 | JW1 | N | N | N | N | 14/52 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY AS NEEDED | 0004 | — | | — | | — | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | N | N | N | JN2 | N | | | |
| Rx 894896  O/D:05/06/2021  D/C:05/05/2022 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: [redacted]     Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W     DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

LSP PHARMACY
Medication Administration Record

| Medications | (04/2021) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN 325 MG TAB | | 0001 | JW1 | N | DC3 | DC3 | JW1 | JW1 | 1DH | N | JW1 | SK | JW1 | N | N | N | N | N | DC3 | N | JW1 | N | N | N | JW1 | N | N | N | N | N | N | N | --- | 25/60 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | | 0004 | N | N | DC3 | DC3 | N | N | 1DH | DC3 | N | N | N | DC3 | 1DH | SK | JW1 | N | N | N | JW1 | JW1 | 1DH | N | N | N | N | N | N | JW1 | N | 1DH | --- | |
| AS NEEDED FOR PAIN | | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 864939 O/D:12/22/2020 D/C:06/09/2021 | | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| MOTRIN 800 MG TABS (IBUPROFEN) | | 0001 | JW1 | N | DC3 | DC3 | JW1 | JW1 | 1DH | N | JW1 | SK | JW1 | N | N | N | N | N | DC3 | N | JW1 | N | N | N | JW1 | N | N | N | N | N | N | N | --- | 27/60 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | | 0004 | N | DC3 | DC3 | DC3 | N | N | 1DH | DC3 | N | N | N | DC3 | 1DH | SK | JW1 | N | DC3 | N | JW1 | JW1 | 1DH | N | N | N | N | N | N | JW1 | N | 1DH | --- | |
| | | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 876742 O/D:02/09/2021 D/C:05/06/2021 | | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |

DOB: ▮▮▮▮     Sex: M     Allergies: NKA     Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W     DOC #: 120166

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| DC3 | DEINECIA CLAY | 1DH | DANIELLE HENRY |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case 3:20-cv-00314-BAJ-SDJ    Document 18-2    09/30/21    Page 6 of 170

MAIN WEST

# LSP PHARMACY
## Medication Administration Record

70000007

Case:3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 7 of 170

### TUMS 500 MG CHEW (CALCIUM CARB (TUMS))
TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED

Rx 849062  O/D:09/23/2020  D/C:09/22/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | DC3 | DC3 | N | N | 1DH | N | N | SK | N | N | N | N | N | N | DC3 | N | N | N | N | N | N | N | N | N | N | N | N | --- | 13/60 |
| 0004 | N | N | DC3 | DC3 | N | N | 1DH | N | N | N | N | N | DC3 | 1DH | SK | N | N | N | N | N | N | 1DH | N | N | N | N | N | N | N | 1DH | --- |

### DIOVAN 40 MG TABS (VALSARTAN)
TAKE 1 TABLET BY MOUTH TWICE A DAY

Rx 849063  O/D:09/23/2020  D/C:09/22/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | JW1 | N | DC3 | DC3 | JW1 | JW1 | 1DH | N | JW1 | SK | JW1 | N | N | N | N | N | DC3 | N | JW1 | N | N | N | JW1 | N | N | N | N | N | N | --- | 27/60 |
| 0004 | N | DC3 | DC3 | DC3 | N | N | 1DH | DC3 | N | N | N | DC3 | 1DH | SK | JW1 | N | DC3 | N | JW1 | JW1 | 1DH | N | N | N | N | N | N | JW1 | N | 1DH | --- |

### ELAVIL 50 MG TABS (AMITRIPTYLINE)
TAKE 1 TABLET BY MOUTH AT BEDTIME

Rx 831191  O/D:06/18/2020  D/C:05/06/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | N | DC3 | DC3 | DC3 | N | N | 1DH | DC3 | N | N | N | DC3 | 1DH | SK | JW1 | N | DC3 | N | JW1 | JW1 | 1DH | N | N | N | N | N | N | JW1 | N | 1DH | --- | 15/30 |

### BENADRYL 50 MG CAPS (DIPHENHYDRAMINE)
TAKE 2 CAPSULES BY MOUTH AT BEDTIME

Rx 831192  O/D:06/18/2020  D/C:05/06/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | N | DC3 | DC3 | DC3 | N | N | 1DH | DC3 | N | N | N | DC3 | 1DH | SK | JW1 | N | DC3 | N | JW1 | JW1 | 1DH | N | N | N | N | N | N | JW1 | N | 1DH | --- | 15/30 |

### LOPID 600 MG TABS (GEMFIBROZIL)
TAKE 1 TABLET BY MOUTH EVERY MORNING

Rx 843248  O/D:08/20/2020  D/C:07/21/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | JW1 | N | DC3 | DC3 | JW1 | JW1 | 1DH | N | JW1 | SK | JW1 | N | N | N | N | N | DC3 | N | JW1 | N | N | N | N | N | N | N | N | N | N | --- | 12/30 |

DOB: ███████  Sex: M  Allergies: NKA  Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| DC3 | DEINECIA CLAY | 1DH | DANIELLE HENRY |
| N | NO SHOW | | |

| Medications (03/2021) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN 325 MG TAB | 0001 | DC3 | N | TR | N | HT1 | N | N | JW1 | N | N | N | JW1 | JW1 | N | DC3 | NR1 | JW1 | N | 1DH | 1DH | 1DH | JW1 | JW1 | N | DC3 | JW1 | N | R | N | DC3 | JW1 | 35/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | N | N | JW1 | N | DC3 | DC3 | HT1 | N | JW1 | DC3 | DC3 | N | N | JW1 | DC3 | NR1 | JW1 | JW1 | 1DH | 1DH | 1DH | N | N | DC3 | DC3 | N | R | R | TR | DC3 | N | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 864939  O/D:12/22/2020  D/C:06/09/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| MOTRIN 800 MG TABS (IBUPROFEN) | 0001 | DC3 | N | TR | N | HT1 | N | N | JW1 | N | N | N | JW1 | JW1 | N | DC3 | NR1 | JW1 | N | 1DH | 1DH | 1DH | JW1 | JW1 | N | DC3 | JW1 | N | R | N | DC3 | JW1 | 35/62 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | N | N | JW1 | N | DC3 | DC3 | HT1 | N | JW1 | DC3 | DC3 | N | N | JW1 | DC3 | NR1 | JW1 | JW1 | 1DH | 1DH | 1DH | N | N | DC3 | DC3 | N | R | R | TR | DC3 | N | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 876742  O/D:02/09/2021  D/C:05/06/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ▮▮▮▮▮▮▮▮     Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W     DOC #: 120166



| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DC3 | DEINECIA CLAY |
| NR1 | NYISHIA RANDALL | HT1 | HAILEY THAMES |
| 1DH | DANIELLE HENRY | N | NO SHOW |
| R | REFUSED | TR | TRANSFERRED WITHOUT MEDS |
| | | | |
| | | | |
| | | | |

Case 3:20-cv-00314-BAJ-SDJ     Document 18-2     09/30/21     Page 8 of 170

**Medications** (03/2021)

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0001 | DC3 | N | TR | N | HT1 | N | N | N | N | N | N | N | N | N | DC3 | N | N | N | 1DH | 1DH | 1DH | N | N | N | DC3 | N | N | R | N | DC3 | N | | 20/62 |
| Rx 849062 O/D:09/23/2020 D/C:09/22/2021 | 0004 | N | N | N | N | DC3 | DC3 | HT1 | N | N | DC3 | DC3 | N | N | N | DC3 | NR1 | N | N | 1DH | 1DH | 1DH | N | N | N | DC3 | N | R | R | TR | DC3 | N | | |
| DIOVAN 40 MG TABS (VALSARTAN) TAKE 1 TABLET BY MOUTH TWICE A DAY | 0001 | DC3 | N | TR | N | HT1 | N | N | JW1 | N | N | N | JW1 | JW1 | N | DC3 | NR1 | JW1 | N | 1DH | 1DH | 1DH | JW1 | JW1 | N | DC3 | JW1 | N | R | N | DC3 | JW1 | | 35/62 |
| Rx 849063 O/D:09/23/2020 D/C:09/22/2021 | 0004 | N | N | JW1 | N | DC3 | DC3 | HT1 | N | JW1 | DC3 | DC3 | N | N | JW1 | DC3 | NR1 | JW1 | JW1 | 1DH | 1DH | 1DH | N | N | DC3 | DC3 | N | R | R | TR | DC3 | N | | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME | 0004 | N | N | JW1 | N | DC3 | DC3 | HT1 | N | JW1 | DC3 | DC3 | N | N | JW1 | DC3 | NR1 | JW1 | JW1 | 1DH | 1DH | 1DH | N | N | N | DC3 | N | R | R | TR | DC3 | N | | 17/31 |
| Rx 831191 O/D:06/18/2020 D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | N | N | JW1 | N | DC3 | DC3 | HT1 | N | JW1 | DC3 | DC3 | N | N | JW1 | DC3 | NR1 | JW1 | JW1 | 1DH | 1DH | 1DH | N | N | DC3 | DC3 | N | R | R | TR | DC3 | N | | 18/31 |
| Rx 831192 O/D:06/18/2020 D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING | 0001 | DC3 | N | TR | N | HT1 | N | N | JW1 | N | N | N | JW1 | JW1 | N | DC3 | NR1 | JW1 | N | 1DH | 1DH | 1DH | JW1 | JW1 | N | DC3 | JW1 | N | R | N | DC3 | JW1 | | 17/31 |
| Rx 843248 O/D:08/20/2020 D/C:07/21/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ████  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DC3 | DEINECIA CLAY |
| NR1 | NYISHIA RANDALL | HT1 | HAILEY THAMES |
| 1DH | DANIELLE HENRY | N | NO SHOW |
| R | REFUSED | TR | TRANSFERRED WITHOUT MEDS |
| | | | |
| | | | |
| | | | |

600000

Case 3-20-cv-00314-BAJ-SDJ Document 18-2 09/30/21 Page 9 of 170

MAIN WEST

## LSP PHARMACY
### Medication Administration Record

**Medications** — (02/2021)

| Medications / Time | (time) | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING Rx 843248 O/D:08/20/2020 D/C:07/21/2021 | 0001 | N | N | JW1 | JW1 | N | DC3 | N | N | JW1 | JN2 | JN2 | SK | N | SK | AL2 | N | N | N | DC3 | DC3 | N | N | N | DC3 | N | SK | N | N | — | 13/28 |
| ACETAMINOPHEN 325 MG TAB TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN Rx 864939 O/D:12/22/2020 D/C:06/09/2021 | 0001 | N | N | JW1 | JW1 | N | DC3 | N | N | JW1 | JN2 | JN2 | SK | N | SK | AL2 | N | N | N | DC3 | DC3 | N | N | N | DC3 | N | SK | N | N | — | 31/56 |
| | 0004 | JN2 | 1DH | JW1 | N | DC3 | DC3 | JN2 | JW1 | N | JN2 | JN2 | N | SK | N | N | SK | N | N | DC3 | DC3 | DC3 | N | N | DC3 | 1DH | N | SK | SK | — | |
| MOTRIN 800 MG TABS (IBUPROFEN) TAKE 1 TABLET BY MOUTH TWICE A DAY Rx 876742 O/D:02/09/2021 D/C:05/06/2021 | 0001 | — | — | — | — | — | — | — | — | JW1 | JN2 | JN2 | SK | N | SK | AL2 | N | N | N | DC3 | DC3 | N | N | N | DC3 | N | SK | N | N | — | 21/40 |
| | 0004 | — | — | — | — | — | — | — | N | JN2 | JN2 | N | SK | N | N | SK | N | N | DC3 | DC3 | DC3 | N | N | DC3 | 1DH | N | SK | SK | — | — | |

DOB: ▮▮▮▮   Sex: M     Allergies: NKA     Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W     DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| AL2 | ANGELIQUE LYLES | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | 1DH | DANIELLE HENRY |
| N | NO SHOW | | |

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 10 of 170

000010

MAIN WEST

| Medications (02/2021) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB {TUMS}) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0001 | N | N | N | N | N | N | N | N | N | N | N | SK | N | SK | N | N | N | N | N | DC3 | N | N | N | DC3 | N | SK | N | N | 14/56 |
| | 0004 | N | N | N | N | N | N | N | N | N | N | N | N | SK | N | N | SK | N | N | DC3 | DC3 | DC3 | N | N | DC3 | 1DH | N | SK | SK | |
| Rx 849062  O/D:09/23/2020  D/C:09/22/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIOVAN 40 MG TABS (VALSARTAN) TAKE 1 TABLET BY MOUTH TWICE A DAY | 0001 | N | N | JW1 | JW1 | N | DC3 | N | N | JW1 | JN2 | JN2 | SK | N | SK | AL2 | N | N | N | DC3 | DC3 | N | N | N | DC3 | N | SK | N | N | 31/56 |
| | 0004 | JN2 | 1DH | JW1 | N | DC3 | DC3 | JN2 | JW1 | N | JN2 | JN2 | N | SK | N | N | SK | N | N | DC3 | DC3 | DC3 | N | N | DC3 | 1DH | N | SK | SK | |
| Rx 849063  O/D:09/23/2020  D/C:09/22/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOTRIN 800 MG TABS (IBUPROFEN) TAKE 1 TABLET BY MOUTH TWICE A DAY | 0001 | N | N | JW1 | JW1 | N | DC3 | N | N | N | | | | | | | | | | | | | | | | | | | | 10/18 |
| | 0004 | JN2 | 1DH | JW1 | N | DC3 | DC3 | JN2 | JW1 | N | | | | | | | | | | | | | | | | | | | | |
| Rx 811557  O/D:03/19/2020  D/C:02/09/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME | 0004 | JN2 | 1DH | JW1 | N | DC3 | DC3 | JN2 | JW1 | N | JN2 | JN2 | N | SK | N | N | SK | N | N | DC3 | DC3 | DC3 | N | N | DC3 | 1DH | N | SK | SK | 18/28 |
| Rx 831191  O/D:06/18/2020  D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | JN2 | 1DH | JW1 | N | DC3 | DC3 | JN2 | JW1 | N | JN2 | JN2 | N | SK | N | N | SK | N | N | DC3 | DC3 | N | N | N | DC3 | 1DH | N | SK | SK | 17/28 |
| Rx 831192  O/D:06/18/2020  D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

000011

DOB: [redacted]  Sex: M  Allergies: NKA  Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| AL2 | ANGELIQUE LYLES | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | 1DH | DANIELLE HENRY |
| N | NO SHOW | | |
| | | | |
| | | | |

**LSP PHARMACY**
Medication Administration Record

000012

| Medications | (01/2021) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING | 0001 | N | N | N | N | DC3 | JW1 | JW1 | 1DH | JN2 | 1DH | JW1 | JW1 | 1DH | 1DH | JW1 | SK | JW1 | JN2 | 1DH | SK | N | JN2 | N | N | N | N | N | JN2 | JW1 | JW1 | N | 20/31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 843248 O/D:08/20/2020 D/C:07/21/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACETAMINOPHEN 325 MG TAB TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0001 | N | N | N | N | DC3 | JW1 | JW1 | 1DH | JN2 | 1DH | JW1 | JW1 | 1DH | 1DH | JW1 | SK | JW1 | JN2 | 1DH | SK | N | JN2 | N | N | N | N | N | JN2 | JW1 | JW1 | N | 42/62 |
| | 0004 | N | N | SK | JN2 | DC3 | N | N | 1DH | JN2 | 1DH | JW1 | N | 1DH | 1DH | N | SK | JW1 | JN2 | 1DH | N | JW1 | JN2 | 1DH | JN2 | N | N | DC3 | JN2 | JW1 | JW1 | SK | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 864939 O/D:12/22/2020 D/C:06/09/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ████████        Sex: M                 Allergies: NKA            Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W     DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| DC3 | DEINECIA CLAY | JN2 | JERLINE NEWCOMB |
| 1DH | DANIELLE HENRY | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

Page 12 of 170    09/30/21    Document 18-2    Case 3:20-cv-00314-BAJ-SDJ

MAIN WEST

# LSP PHARMACY
## Medication Administration Record

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 13 of 170

000013

**Medications (01/2021)**

### TUMS 500 MG CHEW (CALCIUM CARB (TUMS))
TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED
Rx 849062   O/D:09/23/2020   D/C:09/22/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | N | N | N | N | N | N | N | N | N | JW1 | N | N | N | SK | N | N | N | SK | N | N | N | N | N | N | N | N | N | N | N | 6/62 |
| 0004 | N | N | SK | N | N | N | N | N | N | N | N | N | N | N | N | SK | N | N | N | N | N | N | N | N | N | N | N | N | | | SK | |

### DIOVAN 40 MG TABS (VALSARTAN)
TAKE 1 TABLET BY MOUTH TWICE A DAY
Rx 849063   O/D:09/23/2020   D/C:09/22/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | N | N | DC3 | JW1 | JW1 | 1DH | JN2 | 1DH | JW1 | JW1 | 1DH | 1DH | JW1 | SK | JW1 | JN2 | 1DH | SK | N | JN2 | N | N | N | N | N | JN2 | JW1 | JW1 | N | 42/62 |
| 0004 | N | N | SK | JN2 | DC3 | N | N | 1DH | JN2 | 1DH | JW1 | N | 1DH | 1DH | N | SK | JW1 | JN2 | 1DH | N | JW1 | JN2 | 1DH | JN2 | N | N | DC3 | JN2 | JW1 | JW1 | SK | |

### MOTRIN 800 MG TABS (IBUPROFEN)
TAKE 1 TABLET BY MOUTH TWICE A DAY
Rx 811557   O/D:03/19/2020   D/C:02/09/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | N | N | DC3 | JW1 | JW1 | 1DH | JN2 | 1DH | JW1 | JW1 | 1DH | 1DH | JW1 | SK | JW1 | JN2 | 1DH | SK | N | JN2 | N | N | N | N | N | JN2 | JW1 | JW1 | N | 42/62 |
| 0004 | N | N | SK | JN2 | DC3 | N | N | 1DH | JN2 | 1DH | JW1 | N | 1DH | 1DH | N | SK | JW1 | JN2 | 1DH | N | JW1 | JN2 | 1DH | JN2 | N | N | DC3 | JN2 | JW1 | JW1 | SK | |

### ELAVIL 50 MG TABS (AMITRIPTYLINE)
TAKE 1 TABLET BY MOUTH AT BEDTIME
Rx 831191   O/D:06/18/2020   D/C:05/06/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | N | N | SK | JN2 | DC3 | N | N | 1DH | JN2 | 1DH | JW1 | N | 1DH | 1DH | N | SK | JW1 | JN2 | 1DH | N | JW1 | JN2 | 1DH | JN2 | N | N | DC3 | JN2 | JW1 | JW1 | SK | 22/31 |

### BENADRYL 50 MG CAPS (DIPHENHYDRAMINE)
TAKE 2 CAPSULES BY MOUTH AT BEDTIME
Rx 831192   O/D:06/18/2020   D/C:05/06/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | N | N | SK | JN2 | DC3 | N | N | 1DH | JN2 | 1DH | JW1 | N | 1DH | 1DH | N | SK | JW1 | JN2 | 1DH | N | JW1 | JN2 | 1DH | JN2 | N | N | DC3 | JN2 | JW1 | JW1 | SK | 22/31 |

DOB: [redacted]   Sex: M   Allergies: NKA   Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| DC3 | DEINECIA CLAY | JN2 | JERLINE NEWCOMB |
| 1DH | DANIELLE HENRY | N | NO SHOW |

## LSP PHARMACY
### Medication Administration Record

| Medications | (12/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | JW1 | HT1 | DC3 | N | JW1 | | N | JN2 | DC3 | | N | N | DC3 | JN2 | DC3 | SK | SK | DC3 | DC3 | JW1 | | N | JW1 | DC3 | DC3 | | N | | N | JN2 | JN2 | JN2 | 23/31 |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 831192  O/D:06/18/2020  D/C:05/06/2021 | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING | 0001 | JW1 | N | DC3 | SK | JW1 | | N | JN2 | DC3 | JW1 | JW1 | DC3 | JN2 | | N | SK | SK | N | DC3 | JW1 | JW1 | JW1 | DC3 | | N | SK | N | N | JN2 | N | JW1 | N | N | JN2 | 21/31 |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 843248  O/D:08/20/2020  D/C:07/21/2021 | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACETAMINOPHEN 325 MG TAB TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0001 | — | — | — | | | | | | | | | | | | | | | | | | | N | SK | N | N | JN2 | N | JW1 | | N | N | JN2 | 11/20 |
| | 0004 | — | — | — | | | | | | | | | | | | | | | | | DC3 | N | N | JN2 | JN2 | JN2 | N | | JW1 | JN2 | JN2 | | |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 864939  O/D:12/22/2020  D/C:06/09/2021 | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: [redacted]          Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W          DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| DC3 | DEINECIA CLAY | JN2 | JERLINE NEWCOMB |
| HT1 | HAILEY THAMES | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

000014

MAIN WEST

**LSP PHARMACY**
Medication Administration Record

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21

000015

| Medications | (12/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | JW1 | N | DC3 | SK | JW1 | N | N | DC3 | JW1 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 12/18 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | JW1 | HT1 | DC3 | N | JW1 | N | JN2 | DC3 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 786125  O/D:12/11/2019  D/C:12/09/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | N | N | DC3 | SK | N | N | N | N | N | N | N | N | N | SK | SK | N | N | JW1 | N | N | N | N | SK | N | N | N | N | N | N | N | N | 9/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS | 0004 | N | HT1 | DC3 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | JW1 | N | N | N | N | N | N | N | N | N | N | N | N | N | |
| NEEDED | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 849062  O/D:09/23/2020  D/C:09/22/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| DIOVAN 40 MG TABS (VALSARTAN) | 0001 | JW1 | N | DC3 | SK | JW1 | N | JN2 | DC3 | JW1 | JW1 | DC3 | JN2 | N | SK | SK | N | DC3 | JW1 | JW1 | JW1 | DC3 | N | SK | N | N | JN2 | N | JW1 | N | N | JN2 | 44/62 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | JW1 | HT1 | DC3 | N | JW1 | N | JN2 | DC3 | N | N | DC3 | JN2 | DC3 | SK | SK | DC3 | DC3 | JW1 | N | JW1 | DC3 | DC3 | N | N | JN2 | JN2 | JN2 | N | JW1 | JN2 | JN2 | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 849063  O/D:09/23/2020  D/C:09/22/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| MOTRIN 800 MG TABS (IBUPROFEN) | 0001 | JW1 | N | DC3 | SK | JW1 | N | JN2 | DC3 | JW1 | JW1 | DC3 | JN2 | N | SK | SK | N | DC3 | JW1 | JW1 | JW1 | DC3 | N | SK | N | N | JN2 | N | JW1 | N | N | JN2 | 44/62 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | JW1 | HT1 | DC3 | N | JW1 | N | JN2 | DC3 | N | N | DC3 | JN2 | DC3 | SK | SK | DC3 | DC3 | JW1 | N | JW1 | DC3 | DC3 | N | N | JN2 | JN2 | JN2 | N | JW1 | JN2 | JN2 | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 811557  O/D:03/19/2020  D/C:02/09/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | JW1 | HT1 | DC3 | N | JW1 | N | JN2 | DC3 | N | N | DC3 | JN2 | DC3 | SK | SK | DC3 | DC3 | JW1 | N | JW1 | DC3 | DC3 | N | N | JN2 | JN2 | JN2 | N | JW1 | JN2 | JN2 | 23/31 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 831191  O/D:06/18/2020  D/C:05/06/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ▮▮▮▮▮▮    Sex: M    Allergies: NKA    Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| DC3 | DEINECIA CLAY | JN2 | JERLINE NEWCOMB |
| HT1 | HAILEY THAMES | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

| Medications (11/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME  0004 | JN2 | N | N | DC3 | DC3 | JW1 | N | N | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | N | JW1 | JN2 | JN2 | N | N | N | 1DH | 1DH | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | 22/30 |
| Rx 831192  O/D:06/18/2020  D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING  0001 | JN2 | JW1 | JW1 | DC3 | N | JW1 | JW1 | JW1 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JW1 | JW1 | 1DH | N | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | | 28/30 |
| Rx 843248  O/D:08/20/2020  D/C:07/21/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

000016

DOB: ▉▉▉▉  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | HT1 | HAILEY THAMES |
| 1DH | DANIELLE HENRY | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

# LSP PHARMACY
## Medication Administration Record

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 17 of 170

| Medications (11/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL 500 MG TABS (ACETAMINOPHEN) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0001 | JN2 | JW1 | JW1 | DC3 | DC3 | JW1 | JW1 | JW1 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JW1 | JW1 | JW1 | 1DH | N | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | — | 51/60 |
|  | 0004 | JN2 | N | N | DC3 | DC3 | JW1 | N | N | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | N | JW1 | JN2 | JN2 | N | N | N | 1DH | 1DH | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | — | |
| Rx 786125  O/D:12/11/2019  D/C:12/09/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | 1DH | N | N | N | HT1 | HT1 | DC3 | N | — | 9/60 |
|  | 0004 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | 1DH | 1DH | N | N | HT1 | HT1 | DC3 | N | — | |
| Rx 849062  O/D:09/23/2020  D/C:09/22/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIOVAN 40 MG TABS (VALSARTAN) TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0001 | JN2 | JW1 | JW1 | DC3 | DC3 | JW1 | JW1 | JW1 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JW1 | JW1 | JW1 | 1DH | N | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | — | 51/60 |
|  | 0004 | JN2 | N | N | DC3 | DC3 | JW1 | N | N | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | N | JW1 | JN2 | JN2 | N | N | N | 1DH | 1DH | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | | — | |
| Rx 849063  O/D:09/23/2020  D/C:09/22/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOTRIN 800 MG TABS (IBUPROFEN) TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0001 | JN2 | JW1 | JW1 | DC3 | DC3 | JW1 | JW1 | JW1 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JW1 | JW1 | JW1 | 1DH | N | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | — | 51/60 |
|  | 0004 | JN2 | N | N | DC3 | DC3 | JW1 | N | N | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | N | JW1 | JN2 | JN2 | N | N | N | 1DH | 1DH | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | — | |
| Rx 811557  O/D:03/19/2020  D/C:02/09/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME | 0004 | JN2 | N | N | DC3 | DC3 | JW1 | N | N | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | N | N | JW1 | JN2 | JN2 | N | N | N | 1DH | 1DH | JW1 | JW1 | HT1 | HT1 | DC3 | JW1 | — | 21/30 |
| Rx 831191  O/D:06/18/2020  D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB:  ████████        Sex: M        Allergies: NKA        Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W        DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | HT1 | HAILEY THAMES |
| 1DH | DANIELLE HENRY | N | NO SHOW |
| | | | |
| | | | |
| | | | |

000017

000010

# LSP PHARMACY
## Medication Administration Record

| Medications | (10/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME Rx 831192 O/D:06/18/2020 D/C:05/06/2021 | 0004 | N | JN2 | JN2 | N | N | | N | DC3 | DC3 | SK | N | N | DC3 | N | JW1 | N | JN2 | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | JW1 | JN2 | JN2 | 18/31 |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING Rx 843248 O/D:08/20/2020 D/C:07/21/2021 | 0001 | JW1 | JN2 | JN2 | JN2 | SK | JW1 | N | DC3 | SH | N | N | DC3 | N | N | N | JN2 | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | N | JW1 | JW1 | N | JN2 | | 18/31 |

DOB: [redacted]   Sex: M   Allergies: NKA   Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| DC3 | DEINECIA CLAY | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | SH | SHORT MEDICATION ON ORDER |
| | | | |
| | | | |
| | | | |
| | | | |

000018

MAIN WEST

# LSP PHARMACY
## Medication Administration Record

**000019** · **000000**

### TYLENOL 500 MG TABS (ACETAMINOPHEN)
TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN

Rx 786125  O/D:12/11/2019  D/C:12/09/2020

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | JW1 | JN2 | JN2 | JN2 | SK | JW1 | N | DC3 | MY | N | N | DC3 | N | N | N | JN2 | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | N | JW1 | JW1 | N | JN2 | 36/62 |
| 0004 | N | JN2 | JN2 | N | N | N | DC3 | DC3 | SK | N | N | DC3 | N | JW1 | N | N | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | JW1 | JN2 | JN2 | |

### TUMS 500 MG CHEW (CALCIUM CARB (TUMS))
TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED

Rx 849062  O/D:09/23/2020  D/C:09/22/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | JW1 | N | N | N | SK | N | N | DC3 | N | N | N | DC3 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | 8/62 |
| 0004 | N | N | N | N | N | N | DC3 | DC3 | SK | N | N | DC3 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | |

### DIOVAN 40 MG TABS (VALSARTAN)
TAKE 1 TABLET BY MOUTH TWICE A DAY

Rx 849063  O/D:09/23/2020  D/C:09/22/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | JW1 | JN2 | JN2 | JN2 | SK | JW1 | N | DC3 | MY | N | N | DC3 | N | N | N | JN2 | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | N | JW1 | JW1 | N | JN2 | 37/62 |
| 0004 | N | JN2 | JN2 | N | N | N | DC3 | DC3 | SK | N | N | DC3 | N | JW1 | N | JN2 | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | JW1 | JN2 | JN2 | |

### MOTRIN 800 MG TABS (IBUPROFEN)
TAKE 1 TABLET BY MOUTH TWICE A DAY

Rx 811557  O/D:03/19/2020  D/C:02/09/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | JW1 | JN2 | JN2 | JN2 | SK | JW1 | N | DC3 | MY | N | N | DC3 | N | N | N | JN2 | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | N | JW1 | JW1 | N | JN2 | 37/62 |
| 0004 | N | JN2 | JN2 | N | N | N | DC3 | DC3 | SK | N | N | DC3 | N | JW1 | N | JN2 | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | JW1 | JN2 | JN2 | |

### ELAVIL 50 MG TABS (AMITRIPTYLINE)
TAKE 1 TABLET BY MOUTH AT BEDTIME

Rx 831191  O/D:06/18/2020  D/C:05/06/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | N | JN2 | JN2 | N | N | N | DC3 | DC3 | SK | N | N | DC3 | N | JW1 | N | JN2 | JN2 | JN2 | N | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | JW1 | JN2 | JN2 | 18/31 |

DOB: ▮▮▮▮  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| MY | MARTHA YOUNG | JW1 | JANNIE WASHINGTON |
| SK | SHAKINAH KING | DC3 | DEINECIA CLAY |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

Case 3:20-cv-00314-BAJ-SDJ  Document 18-2  09/30/21  Page 19 of 170

MAIN WEST

## LSP PHARMACY
### Medication Administration Record

| Medications (09/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME | 0004 | KD6 | JW1 | SK | JN2 | JN2 | JN2 | JW1 | SK | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | JN2 | SK | SK | JN2 | JN2 | JN2 | N | N | N | JN2 | VW | TR | TR | TR | TG3 | N | — | | 23/30 |
| Rx 831191 O/D:06/18/2020 D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | KD6 | JW1 | SK | JN2 | JN2 | JN2 | JW1 | SK | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | JN2 | SK | SK | JN2 | JN2 | JN2 | N | N | N | JN2 | VW | TR | TR | TR | TG3 | N | — | | 23/30 |
| Rx 831192 O/D:06/18/2020 D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | SK | SK | N | N | N | N | N | N | — | — | — | — | — | — | | 5/46 |
| | 0004 | N | N | SK | N | N | N | N | SK | N | N | N | N | N | N | N | SK | N | N | N | N | N | N | N | — | — | — | — | — | — | — | | | |
| Rx 831711 O/D:06/20/2020 D/C:09/23/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING | 0001 | N | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | SK | SK | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JW1 | TR | TR | N | TG3 | N | — | | 14/30 |
| Rx 843248 O/D:08/20/2020 D/C:07/21/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ▮▮▮▮▮   Sex: M   Allergies: NKA   Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| KD6 | KEIONSHIA DAVIS | VW | VIRGINIA WILLIAMS |
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| TG3 | TYRA GAINES | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | TR | TRANSFERRED WITHOUT MEDS |
| | | | |
| | | | |
| | | | |

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 20 of 170

MAIN WEST

000021

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 21 of 170

**TYLENOL 500 MG TABS (ACETAMINOPHEN)** — 36/60
TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN
Rx 786125   O/D:12/11/2019   D/C:12/09/2020

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | SK | SK | JN2 | JN2 | JN2 | JW1 | JN2 | JN2 | TR | TR | TR | TR | N | TG3 | N |
| 0004 | KD6 | JW1 | SK | JN2 | JN2 | JN2 | JW1 | SK | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | JN2 | SK | N | JN2 | JN2 | JN2 | N | N | N | JN2 | VW | TR | TR | TR | TG3 | N |

**TUMS 500 MG CHEW (CALCIUM CARB (TUMS))** — 4/16
TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED
Rx 849062   O/D:09/23/2020   D/C:09/22/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | | | | | | | | | | | | | | | | | | | | | | | | JN2 | N | N | TR | TR | N | TG3 | N |
| 0004 | | | | | | | | | | | | | | | | | | | | | | | | N | N | VW | TR | TR | TR | TG3 | N |

**DIOVAN 40 MG TABS (VALSARTAN)** — 7/16
TAKE 1 TABLET BY MOUTH TWICE A DAY
Rx 849063   O/D:09/23/2020   D/C:09/22/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | | | | | | | | | | | | | | | | | | | | | | | | JN2 | JN2 | JW1 | TR | TR | N | TG3 | N |
| 0004 | | | | | | | | | | | | | | | | | | | | | | | | N | JN2 | VW | TR | TR | TR | TG3 | N |

**DIOVAN 40 MG TABS (VALSARTAN)** — 30/46
TAKE 1 TABLET BY MOUTH TWICE A DAY
Rx 782779   O/D:11/23/2019   D/C:09/23/2020

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | SK | SK | JN2 | JN2 | JN2 | JW1 | JW1 | N | | | | | | | |
| 0004 | KD6 | JW1 | SK | JN2 | JN2 | JN2 | JW1 | SK | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | JN2 | SK | SK | JN2 | JN2 | JN2 | N | N | N | | | | | | | |

**MOTRIN 800 MG TABS (IBUPROFEN)** — 37/60
TAKE 1 TABLET BY MOUTH TWICE A DAY
Rx 811557   O/D:03/19/2020   D/C:02/09/2021

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | N | N | N | N | N | N | N | N | N | JW1 | N | JN2 | JN2 | SK | SK | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JW1 | TR | TR | N | TG3 | N |
| 0004 | KD6 | JW1 | SK | JN2 | JN2 | JN2 | JW1 | SK | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | JN2 | SK | SK | JN2 | JN2 | JN2 | N | N | N | JN2 | VW | TR | TR | TR | TG3 | N |

DOB: [REDACTED]   Sex: M   Allergies: NKA   Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| KD6 | KEIONSHIA DAVIS | VW | VIRGINIA WILLIAMS |
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| TG3 | TYRA GAINES | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | TR | TRANSFERRED WITHOUT MEDS |
| | | | |
| | | | |

# LSP PHARMACY
## Medication Administration Record

| Medications (08/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | JW1 | JW1 | KD6 | KD6 | JW1 | JW1 | KD6 | LF2 | LF2 | JW1 | N | LF2 | JN2 | SK | AL2 | SK | JN2 | JN2 | N | AL2 | JN2 | JN2 | JN2 | AL2 | AL2 | LF2 | LF2 | AL2 | AL2 | N | KD6 | 28/31 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 831192  O/D:06/18/2020  D/C:05/06/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TUMS 500 MG CHEW (CALCIUM CARB  (TUMS)) | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | SK | N | SK | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | 4/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS | 0004 | N | N | N | N | N | N | N | N | N | N | N | N | N | SK | N | SK | N | N | N | N | N | N | N | N | N | LF2 | N | N | N | N | | |
| NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| Rx 831711  O/D:06/20/2020  D/C:09/23/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| LOPID 600 MG TABS (GEMFIBROZIL) | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | JN2 | JN2 | N | N | N | N | N | N | N | N | 2/12 |
| TAKE 1 TABLET BY MOUTH EVERY | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| MORNING | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 843248  O/D:08/20/2020  D/C:07/21/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

000022

DOB: [redacted]          Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W     DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| KD6 | KEIONSHIA DAVIS | JW1 | JANNIE WASHINGTON |
| SK | SHAKINAH KING | LF2 | LEKESHIA FRAZIER |
| AL2 | ANGELIQUE LYLES | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

000023

Case 3:20-cv-00314-BAJ-SDJ    Document 18-2    09/30/21    Page 23 of 170

| Medications | (08/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL 500 MG TABS (ACETAMINOPHEN) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN Rx 786125 O/D:12/11/2019 D/C:12/09/2020 | 0001 | JW1 | JW1 | N | KD6 | N | JW1 | KD6 | N | N | JW1 | N | N | N | SK | N | SK | N | N | N | N | N | JN2 | JN2 | N | N | N | N | N | N | N | N | 36/62 |
| | 0004 | JW1 | JW1 | KD6 | KD6 | JW1 | JW1 | KD6 | LF2 | LF2 | JW1 | N | LF2 | JN2 | N | AL2 | SK | JN2 | JN2 | N | AL2 | JN2 | JN2 | JN2 | AL2 | AL2 | N | LF2 | AL2 | N | KD6 | | |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING Rx 762924 O/D:09/04/2019 D/C:08/20/2020 | 0001 | JW1 | JW1 | N | KD6 | N | JW1 | KD6 | N | N | JW1 | JW1 | N | N | SK | N | SK | N | N | N | N | | | | | | | | | | | | 9/20 |
| DIOVAN 40 MG TABS (VALSARTAN) TAKE 1 TABLET BY MOUTH TWICE A DAY Rx 782779 O/D:11/23/2019 D/C:09/23/2020 | 0001 | JW1 | JW1 | N | KD6 | N | JW1 | KD6 | N | N | JW1 | JW1 | N | N | SK | N | SK | N | N | N | N | N | JN2 | JN2 | N | N | N | N | N | N | N | N | 39/62 |
| | 0004 | JW1 | JW1 | KD6 | KD6 | JW1 | JW1 | KD6 | LF2 | LF2 | JW1 | N | LF2 | JN2 | SK | AL2 | SK | JN2 | JN2 | N | AL2 | JN2 | JN2 | JN2 | AL2 | AL2 | LF2 | LF2 | AL2 | AL2 | N | KD6 | |
| MOTRIN 800 MG TABS (IBUPROFEN) TAKE 1 TABLET BY MOUTH TWICE A DAY Rx 811557 O/D:03/19/2020 D/C:02/09/2021 | 0001 | JW1 | JW1 | N | KD6 | N | JW1 | KD6 | N | N | JW1 | JW1 | N | N | SK | N | SK | N | N | N | N | N | JN2 | JN2 | N | N | N | N | N | N | N | N | 39/62 |
| | 0004 | JW1 | JW1 | KD6 | KD6 | JW1 | JW1 | KD6 | LF2 | LF2 | JW1 | N | LF2 | JN2 | SK | AL2 | SK | JN2 | JN2 | N | AL2 | JN2 | JN2 | JN2 | AL2 | AL2 | LF2 | LF2 | AL2 | AL2 | N | KD6 | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME Rx 831191 O/D:06/18/2020 D/C:05/06/2021 | 0004 | JW1 | JW1 | KD6 | KD6 | JW1 | JW1 | KD6 | LF2 | LF2 | JW1 | N | LF2 | JN2 | SK | AL2 | SK | JN2 | JN2 | N | AL2 | JN2 | JN2 | JN2 | AL2 | AL2 | LF2 | LF2 | AL2 | AL2 | N | KD6 | 28/31 |

DOB: ███████  Sex: M  Allergies: NKA  Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| KD6 | KEIONSHIA DAVIS | JW1 | JANNIE WASHINGTON |
| SK | SHAKINAH KING | LF2 | LEKESHIA FRAZIER |
| AL2 | ANGELIQUE LYLES | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

**LSP PHARMACY**
**Medication Administration Record**

| Medications (07/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | LF2 | LF2 | AL2 | AL2 | AL2 | LF2 | LF2 | JW1 | JW1 | KD6 | LF2 | KD6 | N | JW1 | KD6 | KD6 | N | JW1 | JW1 | LF2 | LF2 | JW1 | N | LF2 | LF2 | LF2 | N | JW1 | KD6 | KD6 | JW1 | 27/31 |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 831192 O/D:06/18/2020 D/C:05/06/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0001 | N | N | AL2 | AL2 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | 2/62 |
| | 0004 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 831711 O/D:06/20/2020 D/C:09/23/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ▓▓▓▓▓▓    Sex: M    Allergies: NKA    Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| KD6 | KEIONSHIA DAVIS | JW1 | JANNIE WASHINGTON |
| LF2 | LEKESHIA FRAZIER | AL2 | ANGELIQUE LYLES |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

**LSP PHARMACY**
Medication Administration Record

000025

| Medications | (07/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | N | N | AL2 | AL2 | N | N | LF2 | JW1 | N | N | N | N | N | N | N | N | JW1 | JW1 | JW1 | N | N | N | JW1 | N | N | N | N | N | N | KD6 | N | 36/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | LF2 | LF2 | AL2 | AL2 | AL2 | LF2 | LF2 | JW1 | JW1 | KD6 | LF2 | KD6 | N | JW1 | KD6 | KD6 | N | JW1 | JW1 | LF2 | LF2 | JW1 | N | LF2 | LF2 | LF2 | N | JW1 | KD6 | KD6 | JW1 | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 786125  O/D:12/11/2019  D/C:12/09/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| IIIIIIIIIIIIIIIIIIIIIIIIIIIIII | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| LOPID 600 MG TABS (GEMFIBROZIL) | 0001 | N | N | AL2 | AL2 | N | N | LF2 | JW1 | N | N | N | N | N | N | N | N | N | JW1 | JW1 | JW1 | N | N | N | JW1 | N | N | N | N | N | N | N | KD6 | N | 9/31 |
| TAKE 1 TABLET BY MOUTH EVERY | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| MORNING | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 762924  O/D:09/04/2019  D/C:08/20/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| IIIIIIIIIIIIIIIIIIIIIIIIIIIIII | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| DIOVAN 40 MG TABS (VALSARTAN) | 0001 | N | N | AL2 | AL2 | N | N | LF2 | JW1 | N | N | N | N | N | N | N | N | N | JW1 | JW1 | JW1 | N | N | N | JW1 | N | N | N | N | N | N | KD6 | N | 36/62 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | LF2 | LF2 | AL2 | AL2 | LF2 | LF2 | JW1 | JW1 | KD6 | LF2 | KD6 | N | JW1 | KD6 | KD6 | N | JW1 | JW1 | LF2 | LF2 | JW1 | N | LF2 | LF2 | LF2 | N | JW1 | KD6 | KD6 | JW1 | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 782779  O/D:11/23/2019  D/C:09/23/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| IIIIIIIIIIIIIIIIIIIIIIIIIIIIII | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| MOTRIN 800 MG TABS (IBUPROFEN) | 0001 | N | N | AL2 | AL2 | N | N | LF2 | JW1 | N | N | N | N | N | N | N | N | JW1 | JW1 | JW1 | N | N | N | JW1 | N | N | N | N | N | N | KD6 | N | 36/62 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | LF2 | LF2 | AL2 | AL2 | AL2 | LF2 | LF2 | JW1 | JW1 | KD6 | LF2 | KD6 | N | JW1 | KD6 | KD6 | N | JW1 | JW1 | LF2 | LF2 | JW1 | N | LF2 | LF2 | LF2 | N | JW1 | KD6 | KD6 | JW1 | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 811557  O/D:03/19/2020  D/C:02/09/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| IIIIIIIIIIIIIIIIIIIIIIIIIIIIII | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | LF2 | LF2 | AL2 | AL2 | AL2 | LF2 | LF2 | JW1 | JW1 | KD6 | LF2 | KD6 | N | JW1 | KD6 | KD6 | N | JW1 | JW1 | LF2 | LF2 | JW1 | N | LF2 | LF2 | LF2 | N | JW1 | KD6 | KD6 | JW1 | | 27/31 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 831191  O/D:06/18/2020  D/C:05/06/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| IIIIIIIIIIIIIIIIIIIIIIIIIIIIII | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ████████     Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W     DOC #: 120166

IIIIIIIIIIIIIIIIIIIIIIIIIIIIII

| Init | Name | Init | Name |
|---|---|---|---|
| KD6 | KEIONSHIA DAVIS | JW1 | JANNIE WASHINGTON |
| LF2 | LEKESHIA FRAZIER | AL2 | ANGELIQUE LYLES |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |
| | | | |

000026

| Medications | (06/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTRIN 800 MG TABS (IBUPROFEN) TAKE 1 TABLET BY MOUTH TWICE A DAY | 0001 | N | JW1 | N | N | JW1 | N | N | N | LF2 | JW1 | N | LF2 | LF2 | LF2 | JW1 | JW1 | N | LF2 | JW1 | N | JW1 | LF2 | LF2 | SK | N | LF2 | LHH | LHH | AL2 | AL2 | — | 46/60 |
| | 0004 | NS5 | JW1 | JN2 | JN2 | JW1 | NS5 | N | JN2 | LF2 | JW1 | N | LF2 | LF2 | LF2 | N | JW1 | N | LF2 | JW1 | JW1 | JW1 | LF2 | LF2 | SK | N | LF2 | LHH | LHH | AL2 | AL2 | — | |
| Rx 811557   O/D:03/19/2020   D/C:02/09/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | LF2 | JW1 | JW1 | JW1 | LF2 | LF2 | SK | N | LF2 | LHH | LHH | AL2 | AL2 | — | 12/13 |
| Rx 831191   O/D:06/18/2020   D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | LF2 | JW1 | JW1 | JW1 | LF2 | LF2 | SK | N | LF2 | LHH | LHH | AL2 | AL2 | — | 12/13 |
| Rx 831192   O/D:06/18/2020   D/C:05/06/2021 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | N | N | SK | N | N | N | N | N | N | — | 2/22 |
| | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | JW1 | N | N | N | N | N | N | N | N | N | N | N | — | |
| Rx 831711   O/D:06/20/2020   D/C:09/23/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ~~[redacted]~~   Sex: M   Allergies: NKA   Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| LF2 | LEKESHIA FRAZIER | NS5 | NICOLE STEVENSON |
| LHH | LATEISHAE HOGGANS | AL2 | ANGELIQUE LYLES |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| | | | |
| | | | |
| | | | |

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 26 of 170

LSP PHARMACY
Medication Administration Record

| Medications (06/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | N | JW1 | N | N | JW1 | N | N | N | LF2 | JW1 | N | LF2 | LF2 | LF2 | JW1 | JW1 | N | LF2 | JW1 | N | JW1 | LF2 | LF2 | SK | N | N | LHH | LHH | AL2 | AL2 | --- | 43/60 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | NS5 | JW1 | JN2 | JN2 | JW1 | NS5 | N | JN2 | LF2 | JW1 | JW1 | LF2 | LF2 | LF2 | N | JW1 | N | LF2 | JW1 | JW1 | JW1 | LF2 | LF2 | SK | N | LF2 | N | LHH | AL2 | N | --- | |
| AS NEEDED FOR PAIN | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 786125 O/D:12/11/2019 D/C:12/09/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | NS5 | JW1 | JN2 | JN2 | JW1 | NS5 | N | JN2 | LF2 | JW1 | JW1 | LF2 | LF2 | LF2 | N | JW1 | N | N | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 14/18 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 755761 O/D:08/07/2019 D/C:06/18/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | NS5 | JW1 | JN2 | JN2 | JW1 | NS5 | N | JN2 | LF2 | JW1 | JW1 | LF2 | LF2 | LF2 | N | JW1 | N | N | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 14/18 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 755762 O/D:08/07/2019 D/C:06/18/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| LOPID 600 MG TABS (GEMFIBROZIL) | 0001 | N | JW1 | N | N | JW1 | N | N | N | LF2 | JW1 | N | LF2 | LF2 | LF2 | JW1 | JW1 | N | LF2 | JW1 | N | JW1 | LF2 | LF2 | SK | N | LF2 | LHH | LHH | AL2 | AL2 | --- | 20/30 |
| TAKE 1 TABLET BY MOUTH EVERY | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| MORNING | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 762924 O/D:09/04/2019 D/C:08/20/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| DIOVAN 40 MG TABS (VALSARTAN) | 0001 | N | JW1 | N | N | JW1 | N | N | N | LF2 | JW1 | N | LF2 | LF2 | LF2 | JW1 | JW1 | N | LF2 | JW1 | N | JW1 | LF2 | SH | SK | N | LF2 | LHH | LHH | AL2 | AL2 | --- | 45/60 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | NS5 | JW1 | JN2 | JN2 | JW1 | NS5 | N | JN2 | LF2 | JW1 | JW1 | LF2 | LF2 | LF2 | N | JW1 | N | LF2 | JW1 | JW1 | JW1 | LF2 | LF2 | SK | N | LF2 | LHH | LHH | AL2 | AL2 | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 782779 O/D:11/23/2019 D/C:09/23/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |

DOB: ▮▮▮▮▮▮  Sex: M        Allergies: NKA        Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W        DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | SK | SHAKINAH KING |
| LF2 | LEKESHIA FRAZIER | NS5 | NICOLE STEVENSON |
| LHH | LATEISHAE HOGGANS | AL2 | ANGELIQUE LYLES |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| SH | SHORT MEDICATION ON ORDER | | |
| | | | |
| | | | |

000027

# LSP PHARMACY
## Medication Administration Record

| Medications (05/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOTRIN 800 MG TABS (IBUPROFEN) | 0001 | N | JN2 | JN2 | N | DW | N | JN2 | N | DW | DW | N | JN2 | DW | N | N | JN2 | N | N | N | JN2 | LF2 | N | N | JW1 | N | JN2 | DW | DW | LF2 | JN2 | JN2 | 46/62 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | JN2 | JN2 | JN2 | DW | DW | JN2 | DW | DW | DW | JN2 | JN2 | DW | DW | JN2 | JN2 | JN2 | DW | N | JN2 | LF2 | DW | N | N | JN2 | JN2 | DW | DW | LF2 | JN2 | JN2 | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 811557 O/D:03/19/2020 D/C:02/09/2021 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ▬▬▬▬    Sex: M    Allergies: NKA    Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DW4 | DONTELLE WHITE |
| LF2 | LEKESHIA FRAZIER | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 28 of 170   09/30/21   Document 18-2   Case 3:20-cv-00314-BAJ-SDJ

000028

000029

MAIN WEST

**LSP PHARMACY**
**Medication Administration Record**

Diagnosis: NKD

Allergies: NKA

| Init | Name | Init | Name |
|------|------|------|------|
| JW1 | JANNIE WASHINGTON | DW4 | DONTELLE WHITE |
| LF2 | LEKESHIA FRAZIER | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | | |

DOB: ▓▓▓▓
Unit: PINE 1
Name: MITCHELL, KENNETH W    Sex: M    DOC #: 120166

**Medications (05/2020)** — Time, days 1–31

- TYLENOL 500 MG TABS (ACETAMINOPHEN) — TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN — Rx 786125 O/D:12/11/2019 D/C:12/09/2020 — Time 0001 / 0004 — 45/62

- ELAVIL 50 MG TABS (AMITRIPTYLINE) — TAKE 1 TABLET BY MOUTH AT BEDTIME — Rx 755761 O/D:08/07/2019 D/C:06/18/2020 — Time 0004 — 28/31

- BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) — TAKE 2 CAPSULES BY MOUTH AT BEDTIME — Rx 755762 O/D:08/07/2019 D/C:06/18/2020 — Time 0004 — 28/31

- LOPID 600 MG TABS (GEMFIBROZIL) — TAKE 1 TABLET BY MOUTH EVERY MORNING — Rx 762924 O/D:09/04/2019 D/C:08/20/2020 — Time 0001 — 18/31

- DIOVAN 40 MG TABS (VALSARTAN) — TAKE 1 TABLET BY MOUTH TWICE A DAY — Rx 782779 O/D:11/23/2019 D/C:09/23/2020 — Time 0001 / 0004 — 46/62

**LSP PHARMACY**
Medication Administration Record

Page 30 of 170   09/30/21   Document 18-2   Case 3:20-cv-00314-BAJ-SDJ

000030

| Medications | (04/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME Rx 755762 O/D:08/07/2019 D/C:06/18/2020 | 0004 | N | N | N | N | N | N | N | N | N | N | N | DW | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | KD6 | JW1 | JW1 | JW1 | JN2 | JN2 | DW | DW | — | 19/30 |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING Rx 762924 O/D:09/04/2019 D/C:08/20/2020 | 0001 | N | N | N | N | N | N | N | N | N | N | N | DW | DW | SH | LF2 | JW1 | JW1 | N | LF2 | LF2 | JW1 | JW1 | LF2 | KD6 | JW1 | N | JW1 | LF2 | LF2 | DW | DW | — | 17/30 |
| DIOVAN 40 MG TABS (VALSARTAN) TAKE 1 TABLET BY MOUTH TWICE A DAY Rx 782779 O/D:11/23/2019 D/C:09/23/2020 | 0001 | N | N | N | N | N | N | N | N | N | N | N | DW | DW | LF2 | LF2 | JW1 | JW1 | N | LF2 | LF2 | JW1 | JW1 | LF2 | KD6 | JW1 | N | JW1 | LF2 | LF2 | DW | DW | — | 37/60 |
| | 0004 | N | N | N | N | N | N | N | N | N | N | N | DW | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | KD6 | JW1 | JW1 | JW1 | JN2 | JN2 | DW | DW | — | |
| MOTRIN 800 MG TABS (IBUPROFEN) TAKE 1 TABLET BY MOUTH TWICE A DAY Rx 811557 O/D:03/19/2020 D/C:02/09/2021 | 0001 | N | N | N | N | N | N | N | N | N | N | N | DW | DW | LF2 | LF2 | JW1 | JW1 | N | LF2 | LF2 | JW1 | JW1 | LF2 | KD6 | JW1 | N | JW1 | LF2 | LF2 | DW | DW | — | 37/60 |
| | 0004 | N | N | N | N | N | N | N | N | N | N | N | DW | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | KD6 | JW1 | JW1 | JW1 | JN2 | JN2 | DW | DW | — | |

DOB: ████  Sex: M  Allergies: NKA  Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| KD6 | KEIONSHIA DAVIS | JW1 | JANNIE WASHINGTON |
| DW4 | DONTELLE WHITE | LF2 | LEKESHIA FRAZIER |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| SH | SHORT MEDICATION ON ORDER | | |

MAIN WEST

000031

Case 3:20-cv-00314-BAJ-SDJ    Document 18-2    09/30/21    Page 31 of 170

| Medications (04/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | N | N | N | N | N | N | N | N | N | N | N | DW | DW | LF2 | LF2 | JW1 | JW1 | N | LF2 | LF2 | JW1 | JW1 | LF2 | KD6 | JW1 | | N | | JW1 | LF2 | LF2 | DW | DW | — | 36/60 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | N | N | N | N | N | N | N | N | N | N | N | DW | | N | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | KD6 | JW1 | JW1 | JW1 | JN2 | JN2 | DW | DW | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 786125  O/D:12/11/2019  D/C:12/09/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TYLENOL 325 MG TAB (ACETAMINOPHEN) | 0001 | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0/6 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| FOR 7 DAYS ( ILI PROTOCOL ) | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 813993  O/D:03/28/2020  D/C:04/03/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| GUAIFENESIN 200 MG TABS | 0001 | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0/6 |
| TAKE 3 TABLETS BY MOUTH TWICE A DAY | 0004 | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| FOR 7 DAYS ( ILI PROTOCOL ) | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 813997  O/D:03/28/2020  D/C:04/03/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| BENZOCAIN/METHOLE 15-3.6MG LOZ (THROAT LOZENGES) | 0001 | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0/9 |
| TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED | 0002 | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| FOR 7 DAYS ( ILI PROTOCOL ) | 0004 | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 813999  O/D:03/28/2020  D/C:04/03/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | N | N | N | N | N | N | N | N | N | N | N | DW | JN2 | JN2 | JW1 | JW1 | JN2 | JN2 | JN2 | JW1 | JW1 | JN2 | KD6 | JW1 | JW1 | JW1 | JN2 | JN2 | DW | DW | — | 19/30 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755761  O/D:08/07/2019  D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ▓▓▓▓▓    Sex: M    Allergies: NKA    Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| KD6 | KEIONSHIA DAVIS | JW1 | JANNIE WASHINGTON |
| DW4 | DONTELLE WHITE | LF2 | LEKESHIA FRAZIER |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

# LSP PHARMACY
## Medication Administration Record

**LOPID 600 MG TABS (GEMFIBROZIL)** — TAKE 1 TABLET BY MOUTH EVERY MORNING
Rx 762924  O/D:09/04/2019  D/C:08/20/2020 — 8/31

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 0001 | N | N | N | N | N | N | N | N | N | NS5 | LF2 | N | N | N | N | N | N | N | JW1 | N | LF2 | LF2 | LF2 | NS5 | DW | N | N | N | N | N | N |

**DIOVAN 40 MG TABS (VALSARTAN)** — TAKE 1 TABLET BY MOUTH TWICE A DAY
Rx 782779  O/D:11/23/2019  D/C:09/23/2020 — 20/62

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 0001 | N | N | N | N | N | N | N | N | N | NS5 | LF2 | N | N | N | N | N | N | N | JW1 | N | LF2 | LF2 | LF2 | NS5 | N | N | N | N | N | N | N |
| 0004 | N | N | N | N | N | LF2 | N | AS3 | JW1 | N | LF2 | LF2 | JW1 | JW1 | JW1 | JN2 | N | NS5 | JW1 | SH | SH | JN2 | N | DW | N | N | N | N | N | N | N |

**MOTRIN 600 MG TABS (IBUPROFEN)** — TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN
Rx 800405  O/D:02/11/2020  D/C:03/19/2020 — 11/38

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 0001 | N | N | N | N | N | N | N | N | N | NS5 | LF2 | N | N | N | N | N | N | JW1 | N | | | | | | | | | | | | |
| 0004 | N | N | N | N | N | LF2 | N | AS3 | JW1 | N | N | LF2 | JW1 | JW1 | JW1 | JN2 | N | N | N | | | | | | | | | | | | |

**MOTRIN 800 MG TABS (IBUPROFEN)** — TAKE 1 TABLET BY MOUTH TWICE A DAY
Rx 811557  O/D:03/19/2020  D/C:02/09/2021 — 11/26

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 0001 | | | | | | | | | | | | | | | | | | | N | LF2 | LF2 | LF2 | NS5 | DW | N | N | N | N | N | N | N |
| 0004 | | | | | | | | | | | | | | | | | | | JW1 | LF2 | JN2 | JN2 | DW | DW | N | N | N | N | N | N | N |

DOB: ▮▮▮▮   Sex: M   Allergies: NKA   Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|------|------|------|------|
| JW1 | JANNIE WASHINGTON | DW4 | DONTELLE WHITE |
| LF2 | LEKESHIA FRAZIER | NS5 | NICOLE STEVENSON |
| JN2 | JERLINE NEWCOMB | AS3 | ALASHIA STARKS |
| N | NO SHOW | SH | SHORT MEDICATION ON ORDER |

MAIN WEST

000033

| Medications | (03/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL 325 MG TAB (ACETAMINOPHEN) | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | N | N | 0/8 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | N | N | |
| FOR 7 DAYS ( ILI PROTOCOL ) | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 813993 O/D:03/28/2020 D/C:04/03/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GUAIFENESIN 200 MG TABS | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | N | N | 0/8 |
| TAKE 3 TABLETS BY MOUTH TWICE A DAY | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | N | N | |
| FOR 7 DAYS ( ILI PROTOCOL ) | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 813997 O/D:03/28/2020 D/C:04/03/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| BENZOCAIN/METHOLE 15-3.6MG LOZ (THROAT LOZENGES) | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | N | N | 0/12 |
| TAKE 1 TABLET BY MOUTH THREE TIMES A DAY AS NEEDED | 0002 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | N | N | |
| FOR 7 DAYS (ILI PROTOCOL ) | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | N | N | N | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 813999 O/D:03/28/2020 D/C:04/03/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | N | N | N | N | N | LF2 | N | AS3 | JW1 | N | LF2 | LF2 | JW1 | JW1 | JW1 | JN2 | N | NS5 | JW1 | LF2 | JN2 | JN2 | DW | DW | N | N | N | N | N | N | N | 16/31 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755761 O/D:08/07/2019 D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | N | N | N | N | N | LF2 | N | AS3 | JW1 | N | LF2 | LF2 | JW1 | JW1 | JW1 | JN2 | N | NS5 | JW1 | LF2 | JN2 | JN2 | DW | DW | N | N | N | N | N | N | N | 16/31 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755762 O/D:08/07/2019 D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: [redacted]          Sex: M                    Allergies: NKA                Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W          DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DW4 | DONTELLE WHITE |
| LF2 | LEKESHIA FRAZIER | NS5 | NICOLE STEVENSON |
| JN2 | JERLINE NEWCOMB | AS3 | ALASHIA STARKS |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

| Medications | (03/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENZOCAIN/METHOLE 15-3.8MG LOZ (THROAT LOZENGES) | 0001 | — | N | N | N | N | N | N | N | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0/21 |
| DISSOLVE 1 LOZENGE BETWEEN CHEEK AND GUM THREE | 0002 | | N | N | N | N | N | N | N | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TIMES A DAY AS NEEDED FOR 7 DAYS | 0004 | — | N | N | N | N | N | N | N | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 806508  O/D:03/02/2020  D/C:03/08/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUAIFENESIN 200 MG TABS | 0001 | — | | N | N | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 3/14 |
| TAKE 3 TABLETS BY MOUTH TWICE A DAY | 0004 | — | — | N | N | N | LF2 | N | AS3 | JW1 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| FOR 7 DAYS | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 806544  O/D:03/03/2020  D/C:03/09/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEDROL 4 MG TAB (METHYLPRED DOSE PK) | 0001 | — | — | — | — | — | — | — | — | NS5 | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 1/6 |
| TAKE 6 TABS ONCE A DAY ON DAY 1, THEN 5 TABS A DAY ON DAY 2, | | — | — | — | — | — | — | — | — | | | | | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| THEN 4 TABS A DAY ON DAY 3, THEN 3 TABS A DAY ON DAY 4, THEN 2 | | — | — | — | — | — | — | — | — | | | | | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TABS A DAY ON DAY 5, THEN 1 TAB A DAY ON DAY 6, THEN STOP. | | — | — | — | — | — | — | — | — | | | | | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 808717  O/D:03/10/2020  D/C:03/15/2020 | | — | — | — | — | — | — | — | — | | | | | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MUSCLE RUB RUB 85 GM CRE (ANALGESIC BALM) | 0001 | — | — | — | — | — | — | — | — | | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 1/15 |
| APPLY AS DIRECTED "EXTERNAL USE ONLY!" !!!!! NO | 0002 | — | — | — | — | — | — | — | — | | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| REFILL !!!!! | 0004 | — | — | — | — | — | — | — | — | | N | N | JW1 | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | | | | | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 810184  O/D:03/13/2020  D/C:03/17/2020 | | — | — | — | — | — | — | — | — | | | | | | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GUAIFENESIN 200 MG TABS | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | LF2 | LF2 | NS5 | DW | N | N | N | N | N | N | — | 8/20 |
| TAKE 3 TABLETS BY MOUTH TWICE A DAY | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | JN2 | JN2 | DW | DW | N | N | N | N | N | N | — | |
| !!!!! NO REFILL !!!!! | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 812208  O/D:03/21/2020  D/C:03/30/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: [redacted]    Sex: M    Allergies: NKA    Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DW4 | DONTELLE WHITE |
| LF2 | LEKESHIA FRAZIER | NS5 | NICOLE STEVENSON |
| JN2 | JERLINE NEWCOMB | AS3 | ALASHIA STARKS |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

# LSP PHARMACY
## Medication Administration Record

| Medications (03/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | N | N | N | N | N | N | N | N | N | NS5 | LF2 | N | N | N | N | N | N | N | JW1 | N | LF2 | LF2 | LF2 | NS5 | DW | N | N | N | N | N | N | N | 23/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | N | N | N | N | N | LF2 | N | AS3 | JW1 | N | N | LF2 | JW1 | JW1 | JW1 | JN2 | N | NS5 | JW1 | LF2 | JN2 | JN2 | DW | DW | N | N | N | N | N | N | N | | |
| AS NEEDED FOR PAIN | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 786125 O/D:12/11/2019 D/C:12/09/2020 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| DEBROX 6.5 % OTIC OTIC (CARBAMIDE PEROXIDE) | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | 3/36 |
| PLACE 3 DROPS IN LEFT EAR TWICE A DAY FOR 4 | 0004 | N | N | N | N | N | N | N | N | JW1 | N | N | N | N | JW1 | N | N | N | NS5 | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| WEEKS | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 802584 O/D:02/18/2020 D/C:03/18/2020 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TYLENOL 325 MG TAB (ACETAMINOPHEN) | 0001 | — | N | N | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 2/14 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY FOR 7 | 0004 | — | N | N | N | N | LF2 | N | AS3 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| DAYS ( DO NOT TAKE OTHER ACETAMINOPHEN | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| PRESCRIPTION WHILE ON THIS MEDICATION) | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 806505 O/D:03/02/2020 D/C:03/08/2020 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TAMIFLU 75 MG CAP (OSELTAMIVIR) | 0001 | — | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 1/10 |
| TAKE 1 CAPSULE BY MOUTH TWICE A DAY | 0004 | — | N | N | N | N | LF2 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| FOR 5 DAYS | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 806506 O/D:03/02/2020 D/C:03/06/2020 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| OMNICEF 300 MG CAP (CEFDINIR) | 0001 | — | N | N | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 2/14 |
| TAKE 1 CAPSULE BY MOUTH TWICE A DAY | 0004 | — | N | N | N | N | LF2 | N | AS3 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| FOR 7 DAYS | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 806507 O/D:03/02/2020 D/C:03/08/2020 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ███████  Sex: M  Allergies: NKA  Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DW4 | DONTELLE WHITE |
| LF2 | LEKESHIA FRAZIER | NS5 | NICOLE STEVENSON |
| JN2 | JERLINE NEWCOMB | AS3 | ALASHIA STARKS |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

000035

MAIN WEST

**LSP PHARMACY**
Medication Administration Record

000036

| Medications | (02/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOPID 600 MG TABS (GEMFIBROZIL) | 0001 | N | N | N | LF2 | JW1 | DW | LF2 | LF2 | LF2 | N | N | N | N | N | JW1 | N | LF2 | LF2 | JW1 | NS5 | LF2 | LF2 | LF2 | N | N | N | N | JW1 | JW1 | — | — | 16/29 |
| TAKE 1 TABLET BY MOUTH EVERY | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| MORNING | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 762924  O/D:09/04/2019  D/C:08/20/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| NAPROSYN 500 MG TAB (NAPROXEN) | 0001 | N | N | N | LF2 | JW1 | DW | LF2 | LF2 | LF2 | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 14/22 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | LL3 | N | LF2 | LF2 | DW | N | JN2 | LF2 | JN2 | NS5 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 774450  O/D:10/17/2019  D/C:02/11/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| DIOVAN 40 MG TABS (VALSARTAN) | 0001 | N | N | N | LF2 | JW1 | DW | LF2 | LF2 | LF2 | N | N | N | N | N | JW1 | N | LF2 | LF2 | JW1 | NS5 | LF2 | LF2 | LF2 | N | N | N | N | JW1 | JW1 | — | — | 45/58 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | LL3 | DW | LF2 | LF2 | DW | DW | JN2 | LF2 | JN2 | NS5 | NS5 | JN2 | JN2 | JW1 | NS5 | NS5 | JN2 | JN2 | NS5 | NS5 | LF2 | JN2 | LF2 | DW | NS5 | JN2 | JN2 | DW | NS5 | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 782779  O/D:11/23/2019  D/C:09/23/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| MOTRIN 600 MG TABS (IBUPROFEN) | 0001 | — | — | — | — | — | — | — | — | — | N | N | N | N | JW1 | N | LF2 | LF2 | JW1 | N | LF2 | LF2 | LF2 | N | N | N | N | JW1 | JW1 | — | — | 22/38 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | — | — | — | — | — | — | — | — | — | N | JN2 | JN2 | JW1 | N | N | JN2 | JN2 | N | N | LF2 | JN2 | LF2 | DW | NS5 | JN2 | JN2 | DW | N | — | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 800405  O/D:02/11/2020  D/C:03/19/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ███████  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | LL3 | LAJOHNDRA LEE |
| DW4 | DONTELLE WHITE | LF2 | LEKESHIA FRAZIER |
| NS5 | NICOLE STEVENSON | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | | |
| | | | |
| | | | |

09/30/21

Document 18-2

Case 3:20-cv-00314-BAJ-SDJ

# LSP PHARMACY
## Medication Administration Record

000000 000037

09/30/21  Document 18-2  Case 3:20-cv-00314-BAJ-SDJ

| Medications (02/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | LF2 | LF2 | N | — | — | — | — | — | — | — | — | | | 6/38 |
| | 0004 | N | N | N | N | N | N | N | LF2 | JN2 | NS5 | N | N | N | N | N | N | JN2 | N | N | — | — | — | — | — | — | — | — | | | |
| Rx 714529 O/D:02/20/2019 D/C:02/19/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0001 | N | N | N | LF2 | JW1 | N | LF2 | LF2 | LF2 | N | N | N | N | N | JW1 | N | LF2 | LF2 | JW1 | NS5 | LF2 | LF2 | LF2 | N | N | N | N | JW1 | JW1 | — | 43/58 |
| | 0004 | LL3 | DW | LF2 | LF2 | DW | DW | JN2 | LF2 | JN2 | NS5 | NS5 | JN2 | JN2 | JW1 | N | NS5 | JN2 | JN2 | NS5 | NS5 | LF2 | JN2 | LF2 | DW | NS5 | JN2 | JN2 | DW | NS5 | — | |
| Rx 786125 O/D:12/11/2019 D/C:12/09/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DEBROX 6.5 % OTIC OTIC (CARBAMIDE PEROXIDE) PLACE 3 DROPS IN LEFT EAR TWICE A DAY FOR 4 WEEKS | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | N | JW1 | NS5 | N | LF2 | N | N | N | N | N | JW1 | JW1 | — | — | 12/24 |
| | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | JN2 | NS5 | NS5 | N | N | N | DW | NS5 | JN2 | N | N | NS5 | — | — | |
| Rx 802584 O/D:02/18/2020 D/C:03/18/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME | 0004 | LL3 | DW | LF2 | LF2 | DW | DW | JN2 | LF2 | JN2 | NS5 | NS5 | JN2 | JN2 | JW1 | NS5 | NS5 | JN2 | JN2 | NS5 | NS5 | LF2 | JN2 | LF2 | DW | NS5 | JN2 | JN2 | DW | NS5 | — | 29/29 |
| Rx 755761 O/D:08/07/2019 D/C:06/18/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | LL3 | DW | LF2 | LF2 | DW | N | JN2 | LF2 | JN2 | NS5 | NS5 | JN2 | JN2 | JW1 | NS5 | NS5 | JN2 | JN2 | NS5 | NS5 | LF2 | JN2 | LF2 | DW | NS5 | JN2 | JN2 | DW | NS5 | — | 28/29 |
| Rx 755762 O/D:08/07/2019 D/C:06/18/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: [redacted]  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1
Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | LL3 | LAJOHNDRA LEE |
| DW4 | DONTELLE WHITE | LF2 | LEKESHIA FRAZIER |
| NS5 | NICOLE STEVENSON | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

**LSP PHARMACY**
Medication Administration Record

| Medications | (01/2020) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAPROSYN 500 MG TAB (NAPROXEN) | 0001 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | N | N | N | JW1 | JW1 | N | DW | N | N | JW1 | 51/62 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | TR | N | JN2 | JN2 | N | JW1 | DW | JN2 | JN2 | DW | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx  774450  O/D:10/17/2019  D/C:02/11/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| DIOVAN 40 MG TABS (VALSARTAN) | 0001 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | N | N | N | JW1 | JW1 | N | DW | N | N | JW1 | 51/62 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | TR | N | JN2 | JN2 | N | JW1 | DW | JN2 | JN2 | DW | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx  782779  O/D:11/23/2019  D/C:09/23/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: [redacted]          Sex: M          Allergies: NKA          Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W          DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DW4 | DONTELLE WHITE |
| 1JH | JESSICA HOUSTON | AL2 | ANGELIQUE LYLES |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| TR | TRANSFERRED WITHOUT MEDS | | |
| | | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

**LSP PHARMACY**
Medication Administration Record

000039

| Medications (01/2020) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | N | N | 1JH | 1JH | 1JH | N | N | 1JH | 1JH | N | N | N | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | N | AL2 | N | N | N | N | N | N | N | N | N | N | 23/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0004 | N | N | 1JH | 1JH | 1JH | N | N | 1JH | 1JH | N | N | N | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | N | N | TR | N | N | N | N | JW1 | N | N | N | DW | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 714529 O/D:02/20/2019 D/C:02/19/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | N | N | N | JW1 | JW1 | N | DW | N | N | JW1 | 51/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0004 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | TR | N | JN2 | JN2 | N | JW1 | DW | JN2 | JN2 | DW | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 786125 O/D:12/11/2019 D/C:12/09/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | TR | N | JN2 | JN2 | N | JW1 | DW | JN2 | JN2 | DW | 27/31 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755761 O/D:08/07/2019 D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | TR | N | JN2 | JN2 | N | JW1 | DW | JN2 | JN2 | DW | 27/31 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755762 O/D:08/07/2019 D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| LOPID 600 MG TABS (GEMFIBROZIL) | 0001 | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | N | N | N | JW1 | JW1 | N | DW | N | N | JW1 | 24/31 |
| TAKE 1 TABLET BY MOUTH EVERY MORNING | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 762924 O/D:09/04/2019 D/C:08/20/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: [redacted]  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1
Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JW1 | JANNIE WASHINGTON | DW4 | DONTELLE WHITE |
| 1JH | JESSICA HOUSTON | AL2 | ANGELIQUE LYLES |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| TR | TRANSFERRED WITHOUT MEDS | | |
| | | | |
| | | | |
| | | | |

**LSP PHARMACY**
**Medication Administration Record**

| Medications | (12/2019) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING | 0001 | AL2 | 1JH | 1JH | N | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | JH8 | AL2 | N | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | N | AL2 | 1JH | 1JH | 27/31 |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 762924 O/D:09/04/2019 D/C:08/20/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| NAPROSYN 500 MG TAB (NAPROXEN) TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0001 | AL2 | 1JH | 1JH | N | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | JH8 | AL2 | N | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | N | AL2 | 1JH | 1JH | 54/62 |
| | 0004 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | AL2 | 1JH | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 774450 O/D:10/17/2019 D/C:02/11/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| DIOVAN 40 MG TABS (VALSARTAN) TAKE 1 TABLET BY MOUTH TWICE A DAY | 0001 | AL2 | 1JH | 1JH | N | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | JH8 | AL2 | N | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | N | AL2 | 1JH | 1JH | 54/62 |
| | 0004 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | AL2 | 1JH | 1JH | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 782779 O/D:11/23/2019 D/C:09/23/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ████ Sex: M Allergies: NKA Diagnosis: NKD

Unit: PINE 1
Name: MITCHELL, KENNETH W DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JH8 | JOHNANNA HAYES | 1JH | JESSICA HOUSTON |
| AL2 | ANGELIQUE LYLES | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

Case 3:20-cv-00314-BAJ-SDJ Document 18-2 09/30/21 Page 40 of 170

MAIN WEST

000041

| Medications | (12/2019) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | N | N | 1JH | N | N | 1JH | 1JH | 1JH | N | N | 1JH | 1JH | N | N | N | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | N | N | 1JH | 1JH | N | N | N | 1JH | 1JH | 33/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS | 0004 | AL2 | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | N | N | 1JH | 1JH | N | N | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | N | N | 1JH | 1JH | N | N | N | 1JH | 1JH | |  |
| NEEDED | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 714529 O/D:02/20/2019 D/C:02/19/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | — | — | — | — | — | — | — | — | — | — | 1JH | 1JH | JH8 | AL2 | N | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | N | 1JH | 1JH | AL2 | N | AL2 | 1JH | 1JH | 35/42 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | — | — | — | — | — | — | — | — | — | — | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | AL2 | 1JH | 1JH | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 786125 O/D:12/11/2019 D/C:12/09/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | AL2 | 1JH | 1JH | N | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 19/22 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 697081 O/D:12/13/2018 D/C:12/11/2019 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | AL2 | 1JH | 1JH | 27/31 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755761 O/D:08/07/2019 D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | N | AL2 | 1JH | 1JH | 27/31 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755762 O/D:08/07/2019 D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ▮▮▮▮▮▮  Sex: M  Allergies: NKA  Diagnosis: NKD
Unit PINE 1
Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| JH8 | JOHNANNA HAYES | 1JH | JESSICA HOUSTON |
| AL2 | ANGELIQUE LYLES | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

| Medications (11/2019) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAPROSYN 500 MG TAB (NAPROXEN) | 0001 | MY | MY | MY | JW1 | N | MY | MY | JW1 | JW1 | JW1 | MY | MY | JW1 | JW1 | MY | MY | MY | N | N | N | N | N | N | N | N | N | TR | AL2 | AL2 | — | | 36/60 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | N | JN2 | JN2 | LL3 | VW | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | MY | LL3 | JW1 | JN2 | JN2 | JN2 | N | N | N | N | N | N | N | N | TR | 1JH | N | AL2 | — | | |
| AS NEEDED FOR PAIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 774450  O/D:10/17/2019  D/C:02/11/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIOVAN 80 MG TABS (VALSARTAN) | 0001 | MY | MY | MY | JW1 | N | MY | MY | JW1 | JW1 | JW1 | MY | MY | JW1 | JW1 | MY | MY | MY | N | N | N | N | N | N | | | | | | | | | 31/46 |
| TAKE <<< 1/2 >>> TAB TWICE A DAY | 0004 | N | N | JN2 | LL3 | VW | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | MY | LL3 | JW1 | JN2 | JN2 | JN2 | N | N | N | N | N | N | | | | | | | | | |
| Rx 776236  O/D:10/24/2019  D/C:11/23/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIOVAN 40 MG TABS (VALSARTAN) | 0001 | | | | | | | | | | | | | | | | | | | | | | | | N | N | N | N | N | TR | AL2 | AL2 | — | 4/16 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | | | | | | | | | | | | | | | | | | | | | | | | N | N | N | N | TR | 1JH | N | AL2 | — | |
| Rx 782779  O/D:11/23/2019  D/C:09/23/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ▓▓▓▓▓▓  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| MY | MARTHA YOUNG | VW | VIRGINIA WILLIAMS |
| JW1 | JANNIE WASHINGTON | LL3 | LAJOHNDRA LEE |
| 1JH | JESSICA HOUSTON | AL2 | ANGELIQUE LYLES |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| TR | TRANSFERRED WITHOUT MEDS | | |

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 42 of 170

000042

MAIN WEST

**LSP PHARMACY**
**Medication Administration Record**

000043

| Medications (11/2019) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | TR | N | N | --- | 3/60 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED | 0004 | N | N | N | N | VW | N | JN2 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | TR | 1JH | N | N | --- | | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 714529 O/D:02/20/2019 D/C:02/19/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | MY | MY | MY | JW1 | N | MY | MY | JW1 | JW1 | JW1 | MY | MY | JW1 | JW1 | MY | MY | MY | N | N | N | N | N | N | N | N | N | N | TR | AL2 | AL2 | --- | 36/60 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0004 | N | JN2 | JN2 | LL3 | VW | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | MY | LL3 | JW1 | JN2 | JN2 | JN2 | N | N | N | N | N | N | N | N | TR | 1JH | N | AL2 | --- | | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 697081 O/D:12/13/2018 D/C:12/11/2019 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | N | JN2 | JN2 | LL3 | VW | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | MY | LL3 | JW1 | JN2 | JN2 | JN2 | N | N | N | N | N | N | N | N | TR | 1JH | N | AL2 | --- | 18/30 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 755761 O/D:08/07/2019 D/C:06/18/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | N | JN2 | JN2 | LL3 | VW | JN2 | JN2 | JW1 | JW1 | JW1 | JN2 | MY | LL3 | JW1 | JN2 | JN2 | JN2 | N | N | N | N | N | N | N | N | TR | 1JH | N | AL2 | --- | 18/30 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 755762 O/D:08/07/2019 D/C:06/18/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| LOPID 600 MG TABS (GEMFIBROZIL) | 0001 | MY | MY | MY | JW1 | N | MY | MY | JW1 | JW1 | JW1 | MY | MY | JW1 | JW1 | MY | MY | MY | N | N | N | N | N | N | N | N | N | TR | AL2 | AL2 | --- | 18/30 |
| TAKE 1 TABLET BY MOUTH EVERY MORNING | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |
| Rx 762924 O/D:09/04/2019 D/C:08/20/2020 | | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | |

DOB: [redacted]   Sex: M      Allergies: NKA      Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| MY | MARTHA YOUNG | VW | VIRGINIA WILLIAMS |
| JW1 | JANNIE WASHINGTON | LL3 | LAJOHNDRA LEE |
| 1JH | JESSICA HOUSTON | AL2 | ANGELIQUE LYLES |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| TR | TRANSFERRED WITHOUT MEDS | | |
| | | | |
| | | | |
| | | | |

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 43 of 170



000044

| Medications | (10/2019) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIOVAN 80 MG TABS (VALSARTAN) TAKE 1 TABLET BY MOUTH TWICE A DAY (RX CHANGED DUE TO BACKORDER) Rx 762425 O/D:08/31/2019 D/C:10/24/2019 | 0001 | AL2 | 1JH | TR | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | N | | | | | | | | 44/48 |
| | 0004 | AL2 | TR | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | JH8 | TG3 | TG3 | JH8 | N | | | | | | | | |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING Rx 762924 O/D:09/04/2019 D/C:08/20/2020 | 0001 | AL2 | 1JH | TR | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | N | N | JW1 | JW1 | MY | MY | VW | VW | 28/31 |
| NAPROSYN 500 MG TAB (NAPROXEN) TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN Rx 774450 O/D:10/17/2019 D/C:02/11/2020 | 0001 | | | | | | | | | | | | | | | | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | N | N | JW1 | JW1 | MY | MY | VW | VW | 27/30 |
| | 0004 | | | | | | | | | | | | | | | | VW | JH8 | JH8 | JH8 | TG3 | TG3 | JH8 | N | LL3 | LL3 | LL3 | JN2 | JN2 | VW | VW | |
| DIOVAN 80 MG TABS (VALSARTAN) TAKE <<< 1/2 >>> TAB TWICE A DAY Rx 776236 O/D:10/24/2019 D/C:11/23/2019 | 0001 | | | | | | | | | | | | | | | | | | | | | | | | N | N | JW1 | JW1 | MY | MY | VW | VW | 13/16 |
| | 0004 | | | | | | | | | | | | | | | | | | | | | | | | N | LL3 | LL3 | LL3 | JN2 | JN2 | VW | VW | |

Case 3:20-cv-00314-BAJ-SDJ    Document 18-2    09/30/21    Page 44 of 170

DOB: ███████    Sex: M    Allergies: NKA    Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| MY | MARTHA YOUNG | VW | VIRGINIA WILLIAMS |
| JW1 | JANNIE WASHINGTON | LL3 | LAJOHNDRA LEE |
| JH8 | JOHNANNA HAYES | 1JH | JESSICA HOUSTON |
| TG3 | TYRA GAINES | AL2 | ANGELIQUE LYLES |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| TR | TRANSFERRED WITHOUT MEDS | | |
| | | | |
| | | | |

MAIN WEST

000045

| Medications | (10/2019) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | N | 1JH | TR | N | N | N | VW | VW | N | JH8 | VW | VW | VW | N | N | VW | VW | N | N | N | VW | VW | N | N | N | N | N | N | N | VW | VW | 25/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS | 0004 | N | TR | VW | N | N | N | VW | VW | JH8 | N | VW | VW | VW | N | N | VW | VW | N | N | N | N | TG3 | N | N | N | N | N | N | N | VW | VW | |
| NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 714529   O/D:02/20/2019   D/C:02/19/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | AL2 | 1JH | TR | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | N | VW | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | N | N | JW1 | JW1 | MY | MY | VW | VW | 56/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | AL2 | TR | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | JH8 | TG3 | TG3 | JH8 | N | LL3 | LL3 | LL3 | JN2 | JN2 | VW | VW | |
| AS NEEDED FOR PAIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 697081   O/D:12/13/2018   D/C:12/11/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NAPROSYN 500 MG TAB (NAPROXEN) | 0001 | AL2 | 1JH | TR | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | N | | | | | | | | | | | | | | | 30/34 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | AL2 | TR | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | N | | | | | | | | | | | | | | | |
| AS NEEDED FOR PAIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 755504   O/D:08/06/2019   D/C:10/17/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | AL2 | TR | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | JH8 | TG3 | TG3 | JH8 | N | LL3 | LL3 | LL3 | JN2 | JN2 | VW | VW | 29/31 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 755761   O/D:08/07/2019   D/C:06/18/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | AL2 | TR | VW | JH8 | JH8 | JH8 | VW | VW | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | JH8 | TG3 | TG3 | JH8 | N | LL3 | LL3 | LL3 | JN2 | JN2 | VW | VW | 29/31 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 755762   O/D:08/07/2019   D/C:06/18/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ▓▓▓▓   Sex: M   Allergies: NKA   Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| MY | MARTHA YOUNG | VW | VIRGINIA WILLIAMS |
| JW1 | JANNIE WASHINGTON | LL3 | LAJOHNDRA LEE |
| JH8 | JOHNANNA HAYES | 1JH | JESSICA HOUSTON |
| TG3 | TYRA GAINES | AL2 | ANGELIQUE LYLES |
| JN2 | JERLINE NEWCOMB | N | NO SHOW |
| TR | TRANSFERRED WITHOUT MEDS | | |
| | | | |
| | | | |

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 45 of 170



MAIN WEST

000046

Page 46 of 170    09/30/21    Document 18-2    Case 3:20-cv-00314-BAJ-SDJ

| Medications (09/2019) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ELAVIL 50 MG TABS (AMITRIPTYLINE) TAKE 1 TABLET BY MOUTH AT BEDTIME | 0004 | 1JH | AL2 | AL2 | 1JH | 1JH | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | 1JH | 1JH | AL2 | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | — | 29/30 |
| Rx 755761  O/D:08/07/2019  D/C:06/18/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | 1JH | AL2 | AL2 | 1JH | 1JH | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | 1JH | 1JH | AL2 | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | — | 29/30 |
| Rx 755762  O/D:08/07/2019  D/C:06/18/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIOVAN 80 MG TABS (VALSARTAN) TAKE 1 TABLET BY MOUTH TWICE A DAY (RX CHANGED DUE TO BACKORDER) | 0001 | 1JH | AL2 | AL2 | 1JH | 1JH | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | N | AL2 | 1JH | 1JH | N | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | 56/60 |
| | 0004 | 1JH | AL2 | AL2 | 1JH | 1JH | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | 1JH | 1JH | AL2 | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | — | |
| Rx 762425  O/D:08/31/2019  D/C:10/24/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID 600 MG TABS (GEMFIBROZIL) TAKE 1 TABLET BY MOUTH EVERY MORNING | 0001 | — | — | — | 1JH | 1JH | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | N | AL2 | 1JH | 1JH | N | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | 24/27 |
| Rx 762924  O/D:09/04/2019  D/C:08/20/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ▇▇▇▇▇   Sex: M   Allergies: NKA   Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| LM4 | LISA MCDOWELL | 1JH | JESSICA HOUSTON |
| AL2 | ANGELIQUE LYLES | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

## LSP PHARMACY
### Medication Administration Record

| Medications (09/2019) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MENTHOL/METHYL SALICYLATE OINT (ANALGESIC BALM) | 0001 | N | N | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 0/14 |
| APPLY TO AFFECTED AREA(S) OF LOWER BACK TWICE A DAY | 0004 | N | N | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| AS DIRECTED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 675253  O/D:09/08/2018  D/C:09/07/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | 1JH | N | N | 1JH | 1JH | N | N | AL2 | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | N | N | 1JH | 1JH | N | N | N | N | N | N | 1JH | N | N | N | — | 23/60 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS | 0004 | 1JH | N | N | 1JH | 1JH | N | N | N | 1JH | 1JH | N | N | 1JH | 1JH | 1JH | N | N | 1JH | N | N | N | N | N | N | N | AL2 | 1JH | N | N | — | |
| NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 714529  O/D:02/20/2019  D/C:02/19/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID !!!! 600 MG TAB (GEMFIBROZIL) | 0001 | 1JH | AL2 | AL2 | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 3/4 |
| TAKE 1 TABLET BY MOUTH EVERY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MORNING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 675249  O/D:09/08/2018  D/C:09/04/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | 1JH | AL2 | AL2 | 1JH | 1JH | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | N | AL2 | 1JH | 1JH | N | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | 55/60 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | 1JH | AL2 | AL2 | 1JH | N | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | |
| AS NEEDED FOR PAIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 697081  O/D:12/13/2018  D/C:12/11/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NAPROSYN 500 MG TAB (NAPROXEN) | 0001 | 1JH | AL2 | AL2 | 1JH | 1JH | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | N | AL2 | 1JH | 1JH | N | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | 56/60 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | 1JH | AL2 | AL2 | 1JH | 1JH | N | AL2 | AL2 | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | 1JH | AL2 | AL2 | 1JH | 1JH | N | AL2 | AL2 | LM4 | AL2 | AL2 | AL2 | 1JH | AL2 | AL2 | AL2 | |
| AS NEEDED FOR PAIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 755504  O/D:08/06/2019  D/C:10/17/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: [redacted]        Sex: M        Allergies: NKA        Diagnosis: NKD

Unit: PINE 1
Name: MITCHELL, KENNETH W        DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| LM4 | LISA MCDOWELL | 1JH | JESSICA HOUSTON |
| AL2 | ANGELIQUE LYLES | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

000047

MAIN WEST

Page 48 of 170     09/30/21     Document 18-2     Case 3:20-cv-00314-BAJ-SDJ

000048

| Medications (08/2019) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIOVAN 80 MG TABS (VALSARTAN) | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | LM4 | 2/2 |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | LM4 | |
| {RX CHANGED DUE TO BACKORDER} | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| Rx 762425  O/D:08/31/2019  D/C:10/24/2019 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |

DOB: ▮▮▮▮▮▮     Sex: M          Allergies: NKA          Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W     DOC #. 120166

| Init | Name | Init | Name |
|---|---|---|---|
| LM4 | LISA MCDOWELL | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

# LSP PHARMACY
## Medication Administration Record

Case 3:20-cv-00314-BAJ-SDJ    Document 18-2    09/30/21    Page 49 of 170

000049

| Medications (08/2019) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLINORIL 200 MG TABS (SULINDAC) | 0001 | JH8 | VW | VW | JH8 | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 8/12 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | JH8 | VW | VW | JH8 | N | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 741939  O/D:06/13/2019  D/C:08/06/2019 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| COZAAR 50 MG TAB (LOSARTAN) | 0001 | JH8 | VW | VW | JH8 | N | N | LM4 | LM4 | AL2 | AL2 | N | LM4 | N | AL2 | AL2 | LM4 | LM4 | BJ1 | N | AL2 | LM4 | LM4 | AL2 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | N | 53/62 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | JH8 | VW | VW | JH8 | N | AL2 | LM4 | LM4 | AL2 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | BJ1 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | N | LM4 | LM4 | AL2 | AL2 | LM4 | N | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 753951  O/D:07/31/2019  D/C:08/31/2019 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| NAPROSYN 500 MG TAB (NAPROXEN) | 0001 | — | — | — | — | N | LM4 | LM4 | AL2 | AL2 | N | LM4 | N | AL2 | AL2 | LM4 | LM4 | BJ1 | N | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | | 47/52 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | — | — | — | — | AL2 | LM4 | LM4 | AL2 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | BJ1 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | N | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| Rx 755504  O/D:08/06/2019  D/C:10/17/2019 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | | |
| ELAVIL 50 MG TABS (AMITRIPTYLINE) | 0004 | — | — | — | — | — | — | LM4 | N | AL2 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | BJ1 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | N | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | 23/25 |
| TAKE 1 TABLET BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755761  O/D:08/07/2019  D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | — | — | — | — | — | — | LM4 | LM4 | AL2 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | BJ1 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | N | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | 24/25 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 755762  O/D:08/07/2019  D/C:06/18/2020 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: [redacted]    Sex: M    Allergies: NKA    Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| VW | VIRGINIA WILLIAMS | JH8 | JOHNANNA HAYES |
| LM4 | LISA MCDOWELL | AL2 | ANGELIQUE LYLES |
| BJ1 | BERRY JACKSON | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

# LSP PHARMACY
## Medication Administration Record

| Medications (08/2019) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MENTHOL/METHYL SALICYLATE OINT (ANALGESIC BALM) | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | 0/62 |
| APPLY TO AFFECTED AREA(S) OF LOWER BACK TWICE A DAY | 0004 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | |
| AS DIRECTED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 675253  O/D:09/08/2018  D/C:09/07/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | N | VW | VW | N | N | N | N | N | AL2 | N | N | N | N | N | N | LM4 | LM4 | BJ1 | N | N | LM4 | N | N | N | N | N | LM4 | N | N | N | LM4 | 14/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS | 0004 | N | VW | VW | N | N | N | N | N | N | N | N | N | N | N | N | LM4 | N | BJ1 | N | N | N | N | N | N | N | N | N | N | N | N | LM4 | |
| NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 714529  O/D:02/20/2019  D/C:02/19/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID !!!! 600 MG TAB (GEMFIBROZIL) | 0001 | JH8 | VW | VW | JH8 | N | N | LM4 | LM4 | AL2 | AL2 | N | LM4 | N | AL2 | AL2 | LM4 | LM4 | BJ1 | N | AL2 | LM4 | LM4 | AL2 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | 26/31 |
| TAKE 1 TABLET BY MOUTH EVERY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MORNING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 675249  O/D:09/08/2018  D/C:09/04/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | JH8 | VW | VW | JH8 | N | N | LM4 | LM4 | AL2 | AL2 | N | LM4 | N | AL2 | AL2 | N | LM4 | BJ1 | N | AL2 | LM4 | LM4 | AL2 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | 54/62 |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | JH8 | VW | VW | JH8 | N | AL2 | LM4 | LM4 | AL2 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | BJ1 | AL2 | AL2 | LM4 | LM4 | AL2 | AL2 | N | LM4 | LM4 | AL2 | AL2 | LM4 | LM4 | |
| AS NEEDED FOR PAIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 697081  O/D:12/13/2018  D/C:12/11/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | JH8 | VW | VW | JH8 | N | AL2 | N | | | | | | | | | | | | | | | | | | | | | | | | | 5/7 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 714138  O/D:02/19/2019  D/C:08/07/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ▮▮▮▮▮▮   Sex: M   Allergies: NKA   Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W   DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| VW | VIRGINIA WILLIAMS | JH8 | JOHNANNA HAYES |
| LM4 | LISA MCDOWELL | AL2 | ANGELIQUE LYLES |
| BJ1 | BERRY JACKSON | N | NO SHOW |
| | | | |
| | | | |
| | | | |
| | | | |

000050

MAIN WEST

**LSP PHARMACY**
**Medication Administration Record**

000051

| Medications | (07/2019) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) TAKE 2 CAPSULES BY MOUTH AT BEDTIME | 0004 | VW | VW | N | N | VW | VW | VW | VW | N | JH8 | VW | VW | JH8 | JH8 | N | N | N | JH8 | JH8 | VW | VW | VW | VW | JH8 | JH8 | VW | VW | N | JH8 | JH8 | VW | VW | JH8 | 24/31 |
| Rx 714138  O/D:02/19/2019  D/C:08/07/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CLINORIL 200 MG TABS (SULINDAC) TAKE 1 TABLET BY MOUTH TWICE A DAY AS NEEDED FOR PAIN | 0001 | VW | VW | N | N | VW | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | N | N | N | JH8 | JH8 | VW | VW | VW | VW | JH8 | JH8 | VW | VW | N | JH8 | JH8 | VW | VW | JH8 | 48/62 |
|  | 0004 | VW | VW | N | N | VW | VW | VW | VW | N | JH8 | VW | VW | JH8 | JH8 | N | N | N | JH8 | JH8 | VW | VW | VW | VW | JH8 | N | VW | VW | N | JH8 | JH8 | VW | VW | JH8 | |
| Rx 741939  O/D:06/13/2019  D/C:08/06/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COZAAR 50 MG TAB (LOSARTAN) TAKE 1 TABLET BY MOUTH TWICE A DAY | 0001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | JH8 | 2/2 |
|  | 0004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | JH8 | |
| Rx 753951  O/D:07/31/2019  D/C:08/31/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ████  Sex: M  Allergies: NKA  Diagnosis: NKD
Unit: PINE 1
Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| VW | VIRGINIA WILLIAMS | JH8 | JOHNANNA HAYES |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

## LSP PHARMACY
### Medication Administration Record

Case 3:20-cv-00314-BAJ-SDJ    Document 18-2    09/30/21    Page 52 of 170

000052

| Medications (07/2019) | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MENTHOL/METHYL SALICYLATE OINT (ANALGESIC BALM) | 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | |
| APPLY TO AFFECTED AREA(S) OF LOWER BACK TWICE A DAY | 0004 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | 0/62 |
| AS DIRECTED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 675253   O/D:09/08/2018   D/C:09/07/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TUMS 500 MG CHEW (CALCIUM CARB (TUMS)) | 0001 | VW | VW | N | N | VW | VW | VW | JH8 | JH8 | VW | VW | N | JH8 | N | N | N | JH8 | N | VW | VW | VW | N | N | VW | VW | N | N | N | VW | VW | N | |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY AS | 0004 | VW | VW | N | N | VW | VW | VW | VW | N | N | VW | VW | N | N | N | N | N | JH8 | VW | VW | VW | JH8 | N | VW | VW | N | JH8 | N | VW | VW | N | 35/62 |
| NEEDED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 714529   O/D:02/20/2019   D/C:02/19/2020 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COZAAR 50 MG TAB (LOSARTAN) | 0001 | VW | VW | N | N | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | N | N | N | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | N | JH8 | JH8 | VW | VW | N | |
| TAKE 1 TABLET BY MOUTH  TWICE A DAY | 0004 | VW | VW | N | N | VW | VW | VW | N | JH8 | VW | VW | JH8 | JH8 | N | N | N | JH8 | JH8 | VW | VW | VW | JH8 | N | VW | VW | N | JH8 | JH8 | VW | VW | N | 46/62 |
| Rx 669933   O/D:08/15/2018   D/C:07/31/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOPID !!!! 600 MG TAB (GEMFIBROZIL) | 0001 | VW | VW | N | N | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | N | N | N | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | N | JH8 | JH8 | VW | VW | JH8 | 25/31 |
| TAKE 1 TABLET BY MOUTH EVERY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MORNING | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 675249   O/D:09/08/2018   D/C:09/04/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TYLENOL 500 MG TABS (ACETAMINOPHEN) | 0001 | VW | VW | N | N | VW | VW | VW | JH8 | JH8 | VW | VW | JH8 | JH8 | N | N | N | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | N | JH8 | JH8 | VW | VW | JH8 | |
| TAKE 2 TABLETS BY MOUTH TWICE A DAY | 0004 | VW | VW | N | N | VW | VW | VW | N | JH8 | VW | VW | JH8 | JH8 | N | N | N | JH8 | JH8 | VW | VW | VW | JH8 | JH8 | VW | VW | N | JH8 | JH8 | VW | VW | JH8 | 49/62 |
| AS NEEDED FOR PAIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx 697081   O/D:12/13/2018   D/C:12/11/2019 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB: ██████████     Sex: M     Allergies: NKA     Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W     DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| VW | VIRGINIA WILLIAMS | JH8 | JOHNANNA HAYES |
| N | NO SHOW | | |
| | | | |
| | | | |
| | | | |

MAIN WEST

000053

| Medications | (06/2019) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLINORIL 200 MG 200 MG TABS (SULINDAC) | 0001 | N | MY | JW1 | JW1 | N | N | LM4 | LM4 | LM4 | N | N | VW | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | 12/26 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | JN2 | JN2 | N | VW | N | N | N | N | LM4 | N | N | VW | N | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 698458 O/D:12/18/2018 D/C:06/13/2019 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| BENADRYL 50 MG CAPS (DIPHENHYDRAMINE) | 0004 | JN2 | JN2 | N | VW | N | N | N | N | LM4 | N | N | VW | LM4 | N | N | N | LM4 | LM4 | N | N | VW | VW | VW | N | N | VW | VW | N | N | N | — | 13/30 |
| TAKE 2 CAPSULES BY MOUTH AT BEDTIME | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 714138 O/D:02/19/2019 D/C:08/07/2019 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| CLINORIL 200 MG TABS (SULINDAC) | 0001 | — | — | — | — | — | — | — | — | — | — | — | — | LM4 | N | N | N | LM4 | LM4 | JH8 | N | VW | VW | R | N | JH8 | VW | R | JH8 | N | JH8 | — | 18/36 |
| TAKE 1 TABLET BY MOUTH TWICE A DAY | 0004 | — | — | — | — | — | — | — | — | — | — | — | — | LM4 | N | N | N | LM4 | LM4 | N | N | VW | VW | VW | N | N | VW | VW | N | N | N | — | |
| AS NEEDED FOR PAIN | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| Rx 741939 O/D:06/13/2019 D/C:08/06/2019 | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |
| | | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | |

DOB: ███████  Sex: M  Allergies: NKA  Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W  DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| MY | MARTHA YOUNG | VW | VIRGINIA WILLIAMS |
| JW1 | JANNIE WASHINGTON | JH8 | JOHNANNA HAYES |
| LM4 | LISA MCDOWELL | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | R | REFUSED |
| | | | |
| | | | |
| | | | |

Page 53 of 170    09/30/21    Document 18-2    Case 3:20-cv-00314-BAJ-SDJ

Page 54 of 170    09/30/21    Document 18-2    Case 3:20-cv-00314-BAJ-SDJ

000054

## Menthol/Methyl Salicylate Oint (Analgesic Balm)

APPLY TO AFFECTED AREA(S) OF LOWER BACK TWICE A DAY AS DIRECTED

Rx 675253  O/D:09/08/2018  D/C:09/07/2019    0/60

| (06/2019) Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| 0004 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | — | — | — | — | — | — | — | — | — | — | — |

## TUMS 500 MG CHEW (CALCIUM CARB (TUMS))

TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED

Rx 714529  O/D:02/20/2019  D/C:02/19/2020    9/60

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | VW | VW | R | N | N | VW | R | N | N | JH8 | — | — |
| 0004 | N | N | N | N | N | N | N | N | N | N | N | N | LM4 | N | N | N | N | N | N | VW | VW | N | N | N | VW | VW | N | N | — | — |

## COZAAR 50 MG TAB (LOSARTAN)

TAKE 1 TABLET BY MOUTH TWICE A DAY

Rx 669933  O/D:08/15/2018  D/C:07/31/2019    30/60

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | MY | JW1 | JW1 | N | N | LM4 | LM4 | LM4 | N | N | VW | LM4 | N | N | N | LM4 | LM4 | JH8 | N | VW | VW | R | N | JH8 | VW | R | JH8 | N | JH8 |
| 0004 | JN2 | JN2 | N | VW | N | N | N | N | LM4 | N | N | VW | LM4 | N | N | N | LM4 | LM4 | N | N | VW | VW | VW | VW | N | N | VW | VW | N | N |

## LOPID !!!! 600 MG TAB (GEMFIBROZIL)

TAKE 1 TABLET BY MOUTH EVERY MORNING

Rx 675249  O/D:09/08/2018  D/C:09/04/2019    17/30

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | MY | JW1 | JW1 | N | N | LM4 | LM4 | LM4 | N | N | VW | LM4 | N | N | N | LM4 | LM4 | JH8 | N | VW | VW | R | N | JH8 | VW | R | JH8 | N | JH8 |

## TYLENOL 500 MG TABS (ACETAMINOPHEN)

TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN

Rx 697081  O/D:12/13/2018  D/C:12/11/2019    30/60

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | N | MY | JW1 | JW1 | N | N | LM4 | LM4 | LM4 | N | N | VW | LM4 | N | N | N | LM4 | LM4 | JH8 | N | VW | VW | R | N | JH8 | VW | R | JH8 | N | JH8 |
| 0004 | JN2 | JN2 | N | VW | N | N | N | N | LM4 | N | N | VW | LM4 | N | N | N | LM4 | LM4 | N | N | VW | VW | VW | VW | N | N | VW | VW | N | N |

DOB: ▓▓▓    Sex: M    Allergies: NKA    Diagnosis: NKD

Unit: PINE 1

Name: MITCHELL, KENNETH W    DOC #: 120166

| Init | Name | Init | Name |
|---|---|---|---|
| MY | MARTHA YOUNG | VW | VIRGINIA WILLIAMS |
| JW1 | JANNIE WASHINGTON | JH8 | JOHNANNA HAYES |
| LM4 | LISA MCDOWELL | JN2 | JERLINE NEWCOMB |
| N | NO SHOW | R | REFUSED |

Doc#:120166     Inmate Name: MITCHELL          , KENNETH        Race: B
                      Location: PINE 1

Current Medications

|  Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
| --- | --- | --- | --- | --- | --- |
| GEMFIBROZIL | 600 MG | 08/20/2020 | 08/19/2020 | 08/19/2021 | BORDELON N. |

LAST FILL DATE:

Directions:    TAKE 1 TABLET BY MOUTH EVERY MORNING

Date: _____          Duration: _____

Renewal:    YES      NO          MD Signature _____

COPY

000055

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: MITCHELL    ,KENNETH    DOC#: 120166  CAMP:PINE 1          JOB:CAFE ATTENDE

DATE: 06/14/2021

Reason For Visit: ORTHO   3 WEEK F/U HQ

_[handwritten clinical notes — illegible]_

Assess:

1. OA (L) knee

Plan:

1. F/u 6 mo

2.

3.

4.

5.

6/14/21
Date        MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: MITCHELL      ,KENNETH      DOC#: 120166   CAMP:PINE 1          JOB:CAFE ATTENDE

DATE: 05/20/2021

Reason For Visit: ORTHO    NEW REF hq

58 m w/ (L) knee pn
 *↑ swelling/red flying*

*(illegible handwritten clinical notes)*

X-ray. very mild OA (L) mc

Assess:                          Plan:
1. OA (L) knee                   1. Kenal 2cc IA (L) knee
2.                               2. f/u  3  whs
3.                               3.
4.                               4.
5.                               5. B Duplin upn @ 850

                                 5/20/21
                                 Date           MD Signature

Form HC-26-B
23 September 2011

## CONSENT TO SPECIAL MEDICAL PROCEDURE
## OR MENTAL HEALTH TREATMENT

OFFENDER'S NAME: K Mitchell    DOC # 120116

Recommended procedure/treatment: ___Intra-articular and Soft Tissue Injection___

(L) Knee

To be performed by or under the supervision of: ___Dr Sylvest___

By my signature below, I indicate that I have been informed of the special medical procedure or mental health treatment recommended for the above named patient, the purpose of these interventions, the specific techniques which will be used, the potential risks of treatment and of receiving no treatment, possible alternative methods of treatment and the potential risks of each, and the limits to confidentiality.

The possible outcomes of this procedure have been explained to me and I understand that there is **no guarantee** that any particular results will be obtained.

I authorize the physician or mental health clinician performing the procedure to obtain the assistance of other qualified health care professionals (including residents and interns) as the physician or mental health clinician considers advisable.

If a special medical procedure is to be performed, I authorize the physician performing the procedure or the physician's assistants to administer local anesthesia to the patient named above as required during the course of the procedure.

I have read and fully understand the Consent to Special Medical Procedure or Mental Health Treatment and have received answers to all questions I asked.

Signature of Offender: Kenneth Mitchell    Date & Time: _____

Signature of Witness: _____    (For medical procedure only)

Signature of Physician/Clinician: _____

Distribution:
Offender's Medical Record

000058

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER
### ANGOLA, LOUISIANA

### CONSULTANT REFERRAL FORM

PATIENT'S NAME: __Mitchell, Kenneth__    DATE: __5/5/21__

DOC#: __120110 6__    DOB: _____    HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): __ortho__

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

Pt c/o Rt knee
S Pain - OA

Provisional Diagnosis: _____

Requested by: _____

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

000059

Doc#:120166    Inmate Name: MITCHELL        , KENNETH        Race: B
                        Location: PINE 1

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| AMITRIPTYLINE | 50 MG | 06/18/2020 | 04/12/2021 | 06/17/2021 | GAMBLE, MAT |

LAST FILL DATE:

Directions:    TAKE 1 TABLET BY MOUTH AT BEDTIME

Date:_____    Duration:_____

Renewal:    YES    NO            MD Signature_____

---

Doc#:120166    Inmate Name: MITCHELL        , KENNETH        Race: B
                        Location: PINE 1

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| DIPHENHYDRAMINE | 50 MG | 06/18/2020 | 04/12/2021 | 06/17/2021 | GAMBLE, MAT |

LAST FILL DATE:

Directions:    TAKE 2 CAPSULES BY MOUTH AT BEDTIME

Date:_____    Duration:_____

Renewal:    YES    NO            MD Signature_____

---

Doc#:120166    Inmate Name: MITCHELL        , KENNETH        Race: B
                        Location: PINE 1

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| ACETAMINOPHEN | 325 MG | 12/22/2020 | 04/12/2021 | 06/19/2021 | BORDELON N. |

LAST FILL DATE:

Directions:    TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN

Date:__8/13/2__    Duration:____7 J____

Renewal:    YES    NO            MD Signature_____

5-14-2021
BDaplu⧸ymios

COPY

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER LAB
911 Warehouse Road
Angola, Louisiana 70712
225-655-2306

## ANCILLARY SERVICES REQUEST

| PATIENT NAME: Kennett Mitchell | DOC#: 120166 | Location: Pre 1 | |
|---|---|---|---|
| DATE OF BIRTH: 9/8/68 | AGE: | SEX: ☐Male ☐Female | |

| DATE TO BE DONE: 6/21 | DIAGNOSIS: Routine |
|---|---|

**BLOOD: Serum**
- ☒ CMP
- ☐ Chem 7
- ☐ BMP
- ☐ Renal
- ☒ Lipid
- ☐ Liver
- ☐ PSA
- ☐ TSH
- ☐ T4
- ☐ T3
- ☐ B12
- ☐ Folate
- ☐ CRP
- ☐ HCV VL (Post Treatment)
- ☐ HIV
- ☐ HIV VL
- ☐ HIV CD4
- ☐ Iron
- ☐ Ferritin
- ☐ TIBC
- ☐ HIV Genotype
- ☐ Hepatitis Panel (x5)

**BLOOD: Plasma**
- ☒ CBC (Purple)
- ☐ HgbA1C
- ☐ Troponin (Green)
- ☐ Pt/PH (Blue)
- ☐ Pt/INR

**URINE:**
- ☒ UA
- ☐ Urine C & S
- ☐ Micro Alb./Creatinine
- ☐ Protein/Creatinine

☐ **OTHER:**
FOBT x 3

| Ordering MD/NP: | FASTING: | ☐ Yes  ☐ No |
|---|---|---|

| Date Collected: | Time Collected: | ☐ AM  ☐ PM | Initials: |
|---|---|---|---|

| EKG: ☒ Yes  ☐ No  ☐ N/A | ☐ STAT | ☐ ROUTINE: REQUESTED TIMEFRAME: |
|---|---|---|

| CHEST X-RAY ☒ Yes  ☐ No  ☐ N/A | ☐ STAT |  |  |
|---|---|---|---|
| Lt knee | ☐ ROUTINE: | REQUESTED TIMEFRAME: | |

-TC 100    04/2021                    ANCILLARY SERVICES REQUEST

**Louisiana State Penitentiary**
**E. Barrow, Jr. Treatment Center**
**Physician's Clinic**
**17544 Tunica Trace**
**Angola, LA 70712**
**(225) 655-2297**

| Name | DOC | Location | Date: |
|---|---|---|---|
| MITCHELL , KENNETH | 120166 | PINE 1 | 5/5/2021 |

**BP:** 124 / 77   **Temp** 98.2   **Pulse** 67   **Resp:** 18   **Height** 72   **Wt.:** 193

Time: 11:48:40 AM

**DOB** ▮   52 year old  B  Male

**Allergies:** SEE CHART

**Reason for Visit:** GENERAL MED

**Chief Complaint:** F/U OA R KNEE, HTN, LBP, HLD, GERD, LABS

**O2 Saturation** 98

S: c/o Lt knee pain x 13y7o
Pt ambulates c̄ diff
⊖ crepit v H, ⊖ swell

O: CV: S1S2 RRR ⊖ e+d p
Pulm: BBS CTA
Abd: Soft, NT, BS ⊕
neuro. WNL

✗ L ortho Referral
Ext Referral

**Assessment:**

1. HTN - stable

2. ⊕ Hypertriglyceride

3. 

4. 

5. 

C O A ☑

**Plan:** COA

1. DC Motrin

2. Naproxen 500

3. BS I D pm

4. ulong Routine
Lab CRT Ett
Lt knee

Date

MD Signature

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Mitchell, Kenneth_ DATE: _5/5/21_

DOC#: _120110 6_ DOB: _____ HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _ortho_

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

Pt c c/o Rt knee
& Pain - OA

Provisional Diagnosis:                          Requested by:

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

000063

642327

Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution: _LSP_

Kenneth Mitchell  120166    52    Pine 1-55    Kitchen
Name          DOC#    Age    Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Arthiritis left knee swollen with fluid in pain.
Fluid medication

Health Care Personnel Screening:  Date: 5-2-81    Time: 045    Location Seen: Pine

(Circle One) Emergency (Routine Sick Call) Work Related Allergies: _See Chart_

B/P 136/92    Pulse 85    Resp 16    Temp ~    Other 99%

Assessment/Comment: Pt states that (L) knee started swelling yesterday
+ states that has pain in it. Pt also request fluid meds. Pt has
yes Arthron meds ✓ ADM. Pt has slight swelling to knee at this
time. Pt has no signs of distress + walked in/out at this
time.

pt A&O x4

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| 1. MD | Chair A 2 weeks |
| | MW Workman 5-3-21 |
| New Medications Ordered: | |
| Total #: | |
| Screener's Signature: JK 662 | HCP's Signature: ___ Date: 5/3/21  0 Total: $3.00 |

☐ No Fees  ☑ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $___0___  Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell          120166          5-2-21          JK 662
Offender's Signature        DOC#            Date            Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000064

Doc#:120166    Inmate Name: MITCHELL        , KENNETH        Race: B
                        Location: PINE 1

                                Current Medications
        Medication          Strength   Start Date   Last Refill  Stop Date Dr. Ordered
        IBUPROFEN          800 MG     03/19/2020   01/11/2021  03/18/2021 LAFLEUR, DA
                            LAST FILL DATE:
Directions:    TAKE 1 TABLET BY MOUTH   TWICE A DAY

Date: _____        Duration: _____

Renewal:    YES      NO              MD Signature_____

2/3/2021
Ibuprofen C 10 50/cu

COPY

000065

Louisiana State Penitentiary
.E. Barrow, Jr. Treatment Center
Physician's Clinic
17544 Tunica Trace
Angola, LA 70712
(225) 655-2297



| Name MITCHELL           ₁ KENNETH | DOC 120166 | Location PINE 1 | Date: 1/27/2021 |
|---|---|---|---|

BP: 138 / 81   Temp 97.2   Pulse 60   Resp:       Height        Wt.: 202        Time: 10:54:31 AM

OB ▮▮▮▮▮                        52   year old  B   Male

Allergies:  PROZAC

Reason for Visit:   GENERAL MED

Chief Complaint:   F/U OA R KNEE, HTN, LBP, HLD, GERD LABS

O2 Saturation    99

AMA

Assessment:                          Plan:     ₂₃RYC . CATE

_____   1. _____

_____   2. _____

_____   3. _____ MDWorsham R₁

_____   4. _____ 1-27-2(

_____   5. _____

C O A ☐                                      1/29/ -2(

                                      Date                    MD Signature

624724

Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution: ___

Name _____ DOC# _120166_ Age _52_ Housing _Pine 1_ Job Assignment: _Kitchen worker_

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST: Dr. Busch

MRI: Artiritis Pain in Right Elbow 2 weeks Need arthiritis Medication A.S.A.P Out of Tynenol 500

Health Care Personnel Screening:  Date: _12-2-20_ Time: _0934_ Location Seen: _Pine_

(Circle One) Emergency / Routine Sick Call / Work Related Allergies: _NKA_

B/P _144/91_ Pulse _68_ Resp _20_ Temp _98.6_ Other _99%_

Assessment/Comment: _pt c/o Artriis pain to R elbow_ _pt would like tylenol for pain managmt pt will_ _____ _____ _____

Disposition:

MP MP

New Medications Ordered:

_____

_____

Total #: _____

Screener's Signature: _____

**Health Care Practitioner Notes:**

Tylenol 325 mg
ii P.O.
Rx8wt bid x 6
12-21-2020
B Dupler

HCP's Signature: _(B)_   Date: _12/21/20_

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $___  Total: $___

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature _____  DOC# _120166_  Date _12-20-7_  Witness Signature _____

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000067

Doc#:120166    Inmate Name: MITCHELL    , KENNETH    Race: B
Location: OAK 3

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| ACETAMINOPHEN | 500 MG | 12/11/2019 | 10/12/2020 | 12/09/2020 | CROOK, DANI |

LAST FILL DATE:

Directions:    TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN

Date: 11/6/20          Duration: _____

Renewal:    YES    NO          MD Signature

11/7/20 @ 0910
R Douglas, RN

COPY

000068

Doc#:120166    Inmate Name: MITCHELL        , KENNETH        Race: B
                      Location: OAK 3

Current Medications
      Medication            Strength  Start Date  Last Refill Stop Date Dr. Ordered
VALSARTAN                    40 MG     11/23/2019  07/20/2020  10/22/2020 LAFLEUR, DA
                                 LAST FILL DATE:
Directions:   TAKE 1 TABLET BY MOUTH  TWICE A DAY

Date:_____9/2_____  Duration:_____7/9_____

Renewal:    YES        NO                MD Signature_____

Doc#:120166    Inmate Name: MITCHELL        , KENNETH        Race: B
                      Location: OAK 3

Current Medications
      Medication            Strength  Start Date  Last Refill Stop Date Dr. Ordered
CALCIUM CARB                 500 MG    06/20/2020  06/19/2020  10/17/2020 LAVESPERE,
(TUMS)                           LAST FILL DATE:
Directions:    TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED

Date:_____  Duration:_____

Renewal:    YES        NO                MD Signature_____

Doc#:120166    Inmate Name: MITCHELL         , KENNETH        Race: B
                    Location: OAK 3

                          Current Medications
                  Strength   Start Date   Last Refill  Stop Date  Dr. Ordered
     Medication    600 MG    09/04/2019   06/05/2020   09/02/2020  CROOK, DANI
   GEMFIBROZIL
                          LAST FILL DATE:
Directions:   TAKE 1 TABLET BY MOUTH EVERY MORNING

Date: ___8/13___          Duration: _____

Renewal:    (YES)    NO              MD Signature _____

Copy

000070

 

Doc#:120166    Inmate Name: MITCHELL         , KENNETH       Race: B
                Location: HIC 1

### Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| AMITRIPTYLINE | 50 MG | 08/07/2019 | 06/05/2020 | 08/05/2020 | GAMBLE, MAT |

LAST FILL DATE:

Directions:    TAKE 1 TABLET BY MOUTH AT BEDTIME

Date: ___7/12___          Duration: _____

Renewal:    YES    NO          MD Signature_____

---

Doc#:120166    Inmate Name: MITCHELL         , KENNETH       Race: B
                Location: HIC 1

### Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| DIPHENHYDRAMINE | 50 MG | 08/07/2019 | 06/12/2020 | 08/05/2020 | GAMBLE, MAT |

LAST FILL DATE:

Directions:    TAKE 2 CAPSULES BY MOUTH AT BEDTIME

Date:_____          Duration:_____

Renewal:    YES    NO          MD Signature_____

## LOUISIANA STATE PENITENTIARY
### R.E. BARROW, JR. TREATMENT CENTER
### REFERRAL SLIP

026029

DATE: 6/15/2020

NAME: Kenneth Mitchell     DOC#: 120166     HOUSING UNIT: Hic 1

LOCATION SEEN: West Gate

REFERRAL TO: Security

DATE OF REFERRAL: 6/15/2020     TIME OF REFERRAL: 09:43     (A.M.) P.M.

REASON FOR REFERRAL: No Duty X 3 days 6/15 to 6/18/20
Medical

TEMPORARY DUTY STATUS: No Duty X 3 days 6/15 to 6/18

TEMPORARY DUTY STATUS EXPIRATION DATE: midnight on 6/18/20

mset P Smith 586
SIGNATURE OF HEALTH CARE PROVIDER

CC: HIM         (WHITE)
    PATIENT     (YELLOW)
    SECURITY    (PINK)

LSP-TCEMS 01  REV. 10/97

000072

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

NAME: Kenneth Mitchell   DOC#: 120166   CAMP: Arc/   JOB ASSIGN:

TEMP: _____ PUSLE: _____ RESP: _____ B/P: _____ WEIGHT: _____

DATE: 6/18/20

TIME: _____

ALLERGIES: _____

Pt seen

Tums
1 bottle RFp 3
use prn

MMcb
6/18/20

☐ DUTY STATUS: _____          ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____         PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006              PHYSICIANS CLINIC

000073

Form HC-01-A
14 September 2009

612387

**Health Care Request Form**    Institution: _LSP_

Kenneth Mitchell 120166  01  (Hickory-1  WP Mitchell
Name        DOC#   Age   Housing   Job Assignment:

OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST: Dr. Crat,

Arthiritis left knee swollen, severe pain, hurts to
walk on it, hurting for 3 days now

Health Care Personnel Screening: Date: 6/15/2020 Time: 09:43 Location Seen: West Gate

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: PCN

B/P ——— Pulse 100   Resp 16   Temp 98.4°   Other 98% RA

Assessment/Comment: Pt is complaining of left knee swelling and pain
and increased for the past 3 days. Pt is also complaining acid reflux and
requesting tums that he previously took but was D/C'd. Pt denied any N/V/D or CP.
Pt has no signs of trauma. Pt has some swelling to the left knee. Pt
is ambulatory w/mild distress. Pt is alert & oriented to name, DOC, and
location.

Meds - motrin, tylenol, Diovan, Lopid, Benadryl, Elavil

**Disposition:**

- Refill motrin - Refilled on 5/10/20
- Duty Status - no duty x 3 days Expires 6/26/29

- MD Review

**New Medications Ordered:**

_____
_____
_____  **Total #:_____**

**Health Care Practitioner Notes:**

Screener's Signature: MSgt P Smith 586    HCP's Signature: _____ Date: 6/22

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____ Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell      120166      6-15-20      MSgt P Smith 586
Offender's Signature    DOC#      Date           Witness Signature
                                    8 am.

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000074

053428

Form HC-01-A
14 September 2009                    **Health Care Request Form**        Institution: _LSP_

Kenneth Mitchell        120106      51      Hi L          L4
Name                    DOC#        Age      Housing        Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

SOE

Health Care Personnel Screening:  Date: 3/27/20   Time: 0752   Location Seen: MP

(Circle One) [Emergency] / Routine Sick Call / Work Related  Allergies: _pnzn_

B/P 144/88   Pulse 130   Resp 22   Temp 100.3   Other PA 487

Assessment/Comment: pt c/o ut his BP being up
pt c/o dizzy out not feeling well
cough up _____ consistn pt too B up pr
_____ to AM

mid- Hba, tyllnol, Diovan, Lopid, Benadryl, Elavil, Guaifin,

**Health Care Practitioner Notes:**
Admitted to Isolation Dorm
as per Protocol.

**Disposition:**

**New Medications Ordered:**

Total #: _____         HCP's Signature: _____    Date: 3/27/20

Screener's Signature: _____

☒ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription   Fee: $___0___   Total: $___0___

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_____          120100        3/27/20        _____
Offender's Signature       DOC#          Date          Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

000075

Louisiana State Penitentia ■■ 7544 Tunica Trace • Angola, Louisiana ■712 • Phone 225-655-2286

ROB ■ E. BARROW, JR. TREATMENT C ■ TER

EMERGENCY MEDICAL REPORT

VITAL STATISTICS

DATE: 3.07.20    TIME SEEN: 07 . 52

NAME: Kenneth Mitchell    DOC#: 110116f    AGE: 51    RACE: B

LIVING QUARTERS: HC 1    JOB ASSIGNMENT: (4)    LAST TETANUS: unk.

MEDICATIONS: Tylenol, IBU, murines, elavil, Benadryl, Valsartan

ALLERGIES: ~~WA~~ Prozac

DATE OF ACCIDENT: ___    TIME OF ACCIDENT: ___    ACCIDENT LOCATION: ___

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/S | O2 |
|------|-----|-------|------|-----|------|------|-----|
| 07:54 | 157/96 | 100 | 22 | a x 3 | 100.0 | | 98% |
| 08:53 | 142/90 | 80 | 22 | A+Ox 3 | — | | 98% |
| 09:58 | 164/90 | 71 | 22 | A+Ox 3 | 99 | | 99% |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Offender ambulatory to th... c/o cough fever cough & productive of green sputum. Breath sounds deminished @ lower lobe. Cough started last week & fever onset this AM.

MEDIC SIGNATURE: _Sharon Lachnym_

PHYSICIAN ASSESSMENT AND TREATMENT

Lungs: Mild upper respiratory congestion

CXR: No acute changes    Hent: AM ec ep

Flu swab - 0810 - negative    Drm Nasepharyngt

Covid-19 - 0830 - Drm

Tylenol 975 mg PO now - Asm 0855

HR/E (X) : small amount of Cerumen in bilateral ext. auditory canals

Dx ①Influenza Like Illness ②Hx of HTN    Admit to Isolation Dorm as per Protocol.

☐ Duty Status _Ø_

☐ Diet _Ø_

☐ Dressing Change _Ø_

☐ Appointment _Ø_

PHYSICIAN SIGNATURE: _____

| TIME LEFT: | TRANSPORTATION: | DESTINATION |
|------------|-----------------|-------------|
| 10:00 | Ambulatory | Cbe |

LSP-TC 16    Rev. 07/2018    EMERGENCY MEDICAL REPORT    PAGE ___ OF ___

000076

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution: _~ℤ℣_

612604

Name _Kenneth Mitchell_   DOC# _120166_   Age _51_   Housing _Hicl_   _LY_ Job Assignment: _____

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Coughing up green cold, arthiritis hurts to walk or stand for long periods of time

**Health Care Personnel Screening:** Date: _3-26-2_ Time: _JUUG_ Location Seen: _HA_

(Circle One) Emergency / Routine Sick Call / Work Related   Allergies: _NKDA_

B/P _144/9a)_   Pulse _81_   Resp _18_   Temp _98.6_   Other _99%_ RA

**Assessment/Comment:** _pt c/o it both kg hurting when_
_he wall frm hs crymn pt cldvt on walk. pt p(em)) bell_
_c(cv=bh) o dothrv tall th complt )nhnce). pt c/o of a_
_cough simetm nt all of the tim. pt wnt) to see th_
_dr._

**Disposition:**

M1D

**New Medications Ordered:**

_____
_____
_____   Total #: _8_

Screener's Signature: _MJL Jg an JJ_

**Health Care Practitioner Notes:**

USS

F/u pRN

HCP's Signature: (ME)   Date: _3/26/_

Prescription Fee: $ _9_   Total: $ _3.00_

☐ No Fees  ☑ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature _Kenneth Mitchell_   DOC# _120166_   Date _3/24/20_   Witness Signature _Md An_

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

Form HC-01-A
14 September 2009      **Health Care Request Form**     Institution: _CSP_

071307

Kenneth Mitchell    120166    51    F6'C1    Line 4
Name          DOC#      Age     Housing     Job Assignment:

OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST: _Orthipedic diet_

Arthiritis feets hurts hard to walk.

Health Care Personnel Screening: Date: 3/9/20 Time: 6:21 Location Seen: _HU Walk_

0806

052734

Form HC-01-A
14 September 2009      **Health Care Request Form**     Institution: _____

Kenneth Mitchell    120166    51    Hrd    C4
Name          DOC#      Age     Housing     Job Assignment:

OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:

S.D.E

Health Care Personnel Screening: Date: 3/20/2020 Time: 0940 Location Seen: _bull pen_

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: _Prozac_

B/P 160/40 Pulse 70 Resp 16 Temp 97.5 Other _____

Assessment/Comment: _States woke up feeling like he had a fever_
_+ coughing up green phlegm cr 335-C14 = P.F. denie S.O.D_
_or c/p. ... mns xy - denie Body aches,_
_chills. N/c/o or dizymase ... ambu Pending RTC_
_unremarkable_

Disposition: _1oo, hy, doxn, lopid, benadryl, elavil, debrox_
_... Crook_
_... 600mg BID x5 ..._
SK PRN

Health Care Practitioner Notes:
P/U S/C
P R N

New Medications Ordered:

000078

Louisiana State Penitentia ● 17544 Tunica Trace ● Angola, Louisi ● 70712 ● Phone 225-655-2286
## ROBERT E. BARROW, JR. TREATMENT CENTER
### EMERGENCY MEDICAL REPORT
### VITAL STATISTICS

DATE: 3 , 9 , 20                                      TIME SEEN: 07 : 09

NAME: Kenneth Mitchell                DOC#: 180166      AGE: 51   RACE: B

LIVING QUARTERS: Hic 1          JOB ASSIGNMENT: 1 9        LAST TETANUS: ____

| MEDICATIONS: debrox, guaifenacin, omnicef, tamflu tylenol, cluvan, lopid, imotin, benadryl, elavil | ALLERGIES: NKDA |
|---|---|

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME 07:09 | B/P 132/89 | PULSE: 99 | RESP: 17 | LOC: AOx4 | TEMP: 99² | BS/SpO2: 96% |
|---|---|---|---|---|---|---|
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME: 21:50 | B/P: 168/90 | PULSE: 82 | RESP: 16 | LOC: AOx3 | TEMP: 98⁴ | BS/SpO2: 97% |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: _ambulatory w/o diff at complains of his feet and left leg, he/it says it hurt to walk and stand. has hx of arthritis. it says that achy, started last year, able to stand w/o diff or assistance. denies any chest pain, SOB, diff breathing, nausea, vomiting, or diarrhea._

MEDIC SIGNATURE: MSgt Dorsey 393

### PHYSICIAN ASSESSMENT AND TREATMENT

TO Dr Crook / Laura Ricard W

Tylenol 325 mg - 3 tabs po (Given 0735)

Celestone ῑῑ a IMi ONR x1ma x5 days

Seen by Ortho for this complaint on 2/24/20.

Refund Toxplt : No D/mg/tel

Dx = Chronic Pain in Knees Feet probably 2° to Arthritis  #027903

Do = No Duty x 2 Weeks.

- c/o LLE pain
- States hx of Arithritis
- c/o pain to posterior Ⓛ Knee
- No redness or swelling noted to area. Skin warm + dry Pulses palpable

KSA in Clinic A
D NB

☐ Duty Status _____
☐ Diet _____
☐ Dressing Change _____
☐ Appointment _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1000 | TRANSPORTATION: Amb | DESTINATION: Hic 1 |
|---|---|---|

LSP-TC 16    Rev. 07/2018          EMERGENCY MEDICAL REPORT          PAGE ____ OF ____

000079

**Louisiana State Penitentiary**
**_ . Barrow, Jr. Treatment Center**
**Physician's Clinic**
**17544 Tunica Trace**
**Angola, LA 70712**
**(225) 655-2297**

| | | | | |
|---|---|---|---|---|
| **Name**<br>**MITCHELL**      , **KENNETH** | | **DOC**<br>**120166** | **Location**<br>**HIC 1** | **Date:**<br>**3/18/2020** |

**BP: 150 / 85**   **Temp 99.0**   **Pulse 71**   **Resp:** 51   **Height 72**   **Wt.: 186**

**Time:**
**9:10:19 AM**

**DOB** ████

**51   year old   B   Male**

**Allergies:**

**Reason for Visit:**   **GENERAL MED**

**Chief Complaint:**   **F/U R KNEE PN**

**O2 Saturation** [         ]

S: S/hx B° seen by Ortho on 2/24/2020
   diagnosed _ R knee arth., restart
   PM PRN

   _____ complx of pn _ L knee
   x-ray L knee 3/28/2020 - wd

   O- L knee: no eff_____
   _____ L knee _ Valgus r Varus stress
   Neg Lachman

   (signature)

**Assessment:**

1.   OA Left + Rt Knee

2.

3.

4.

5.

**C O A** ☐

**Plan:**   ____ I buprof 800gm bid prn

1.

2.   RTC 6 mo

3.

4.

5.

3/18/2020   _____

**Date**

**MD Signature**

027923



**LOUISIANA STATE PENITENTIARY**
**R.E. BARROW, JR. TREATMENT CENTER**
**REFERRAL SLIP**

HOUSING UNIT: Hic 1

DOC#: 100166

DATE: 3/9/2020

NAME: Kenneth Mitchell

TIME OF REFERRAL:

A.M.
P.M.

LOCATION SEEN: ATU

REFERRAL TO:

DATE OF REFERRAL:

REASON FOR REFERRAL:

TEMPORARY DUTY STATUS: No duty x 2 weeks

TEMPORARY DUTY STATUS EXPIRATION DATE: 3/23/2020    Dr Crook / Laura Riccardile

SIGNATURE OF HEALTH CARE PROVIDER

CC: HIM        (WHITE)
    PATIENT    (YELLOW)
    _____     (PINK)

000081

Doc#:120166    Inmate Name: MITCHELL        , KENNETH    Race: B
                Location: CBD U/R 0

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| CALCIUM CARB (TUMS) | 500 MG | 02/20/2019 | 01/17/2020 | 02/19/2020 | LAFLEUR, DA |

LAST FILL DATE:

Directions:    TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED

Date:_____    Duration:_____

Renewal:    YES    NO    MD Signature_____

000082

0710

056393

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

Institution: CSP

Name: KENNETH MITCHELL   DOC#: 20166   Age: 51   Housing: HICKORY 1   Job Assignment: LINE 4

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

Health Care Personnel Screening:  Date: 03/01/2020   Time: 0846   Location Seen: MP

(Circle One) **Emergency** / Routine Sick Call / Work Related   Allergies: NKDA

B/P: 113/10   Pulse: 139   Resp: 20   Temp: 102.8   Other: 974/24

Assessment/Comment: pt c/o ↓BP says he docent have

on appetite and hasnt eatn in three days pt aosed ⊘ distres

talk in complete sentnce. pt also c/o of runny nose and a

cough x three days pt snt to th for temp

Meds: Debrox. Elavil. Benadryl. IBU 600 Lopid. Valsartan. APAP

**Disposition:**

a+u

**New Medications Ordered:**

_____
_____
_____   Total #: _____

Screener's Signature: _____

**Health Care Practitioner Notes:**

Seen ~ ATU

HCP's Signature: _____   Date: 3/1/2020

☐ No Fees  ☐ $3 Access Fee  ☑ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____   Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: _____   DOC#: 20166   Date: 03/01/2020   Witness Signature: _____

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

000083

Louisiana State Penitentiary • 17544 Tunica Trace • Angola, Louisiana 70712 • Phone 225-655-2286
## ROBERT E. BARROW, JR. TREATMENT CENTER
### EMERGENCY MEDICAL REPORT
### VITAL STATISTICS

DATE: 8 / 1 / 20

TIME SEEN: 07 : 47

NAME: Kenneth Mitchell    DOC#: 18 0166    AGE: 51    RACE: B

LIVING QUARTERS: Hick 1    JOB ASSIGNMENT: Line 4    LAST TETANUS: ____

MEDICATIONS: clenyi, elavi, Benadil, tbu, Voltaren, Apar

ALLERGIES: NKDA

DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION:

| TIME: 07:47 | B/P: 113 / 80 | PULSE: 109 | RESP: 22 | LOC: a d o x 3 | TEMP: 102.8 | BS/SpO2: 97% |
|---|---|---|---|---|---|---|
| TIME:   : | B/P:   / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
| TIME:   : | B/P:   / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT:

A yo fever & body aches several days. Skin very warm, breath sounds clear, nasal congestion. heard.

MEDIC SIGNATURE: SMcClure

### PHYSICIAN ASSESSMENT AND TREATMENT

T/O Dr. Caplen
- TBU 400mg APAP 650mg now then BID x 7 days
- Tamiflu 75mg BID x 5 days
- Omnicef 300 mg BID x 7 days
- mucinex 600mg BID x 7 days
- throat lozange
- Isolation Dorm - pt moved to isolation dorm c 7 day supply of meds

RX sent got dose of all given

Appointment 4 A Cat 1

☐ Duty Status ____
☐ Diet ____
☐ Dressing Change ____

PHYSICIAN SIGNATURE: ____

TIME LEFT: 0805    TRANSPORTATION: ____    DESTINATION: ____

LSP-TC 16    Rev. 07/2018    EMERGENCY MEDICAL REPORT    PAGE ____ OF ____

000084

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Physician's Clinic

| Name MITCHELL , KENNETH | DOC 120166 | Location HIC 1 | Date: 2/28/2020 |
|---|---|---|---|

BP: 121 / 74   Temp 99   Pulse 108   Resp:20   Height 72`  Wt.: 193

Time: 9:29:49 AM

51  year old B   Male

DOB ▓▓▓▓▓▓

**Allergies:** PROZAC

**Reason for Vis** GENERAL MEDICINE

**Chief Complaint** F/U LEFT EAR AND LEFT LEG PAIN

**O2 Saturation**

_[handwritten clinical notes, largely illegible]_

**Assessment:**

1. _[illegible]_
2.
3.
4.
5.

**C O A** ☑

**Plan:**

1. _[illegible]_
2. _[illegible]_
3. _[illegible]_
4.
5.

2/28/2020

**Date**        **MD Signature**

000085

0151

056304

LSP

Form HC-01-A
14 September 2009                 **Health Care Request Form**        Institution: LSP

Kenneth Mitchell   120166   51   Hic3   LS

Name _____  DOC# ___  Age ___  Housing ___  Job Assignment: ___

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

S.D.E

Health Care Personnel Screening:   Date: 04/26/2020  Time: 901   Location Seen: TCBP

(Circle One)  Emergency / Routine Sick Call / Work Related   Allergies: Prolasc

B/P 118/83  Pulse 97  Resp 18  Temp 97.0  Other 998

Assessment/Comment: Pt Jg stated tooth broke in half and
is causing great pain. Pt was ambu's diff Artrx
resp even and unlabored.

Hx djovan, lopid, lbp, benadryl, elavil, debrox

**Disposition:**

Dental

**Health Care Practitioner Notes:**

Refer to Dentist

**New Medications Ordered:**

Total #: Ø
598

Screener's Signature: Sgf Waly       HCP's Signature: Dr       Date: 4/28/2020

☐ No Fees  ☐ $3 Access Fee  ☑ $6 Access Fee  ☑ $2 for Each Prescription Fee: $____   Total: $ 6.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell ___  120166 ___  2.26.2020 ___  Sgf Waly 598
Offender's Signature     DOC#        Date          Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000086

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: MITCHELL      ,KENNETH      DOC#: 120166   CAMP:HIC 3      JOB:L 5

DATE: 02/24/2020

Reason For Visit: ORTHO    NEW REF

bilateral knee pain R > L
standing & stairs hurt most.
Doesn't

Exam Rom

L                          R
0-130                    0-130
stable to varus/valgus stress
stable lachman
no Ttp over joint line

Assess:
1. right knee arthritis
2. _____
3. _____
4. _____
5. _____

Plan:
1. Ø restrictions
2. FU PRN
3. _____
4. _____
5. _____

2/24/20
Date                          MD Signature

Louisiana State Penitentiary • 17544 Tunica Trace • Angola, Louisiana 70712 • Phone 225-655-2286
ROBERT E. BARROW, JR. TREATMENT CENTER
EMERGENCY MEDICAL REPORT
VITAL STATISTICS

DATE: 2,17,20                         TIME SEEN: 09,50

NAME: Kenneth Mitchell          DOC#: 120166   AGE: 51   RACE: B

LIVING QUARTERS: H1U3             JOB ASSIGNMENT: _____   LAST TETANUS: ____

MEDICATIONS: APAP, Valsartan, Lipid, IBU, Benadryl    ALLERGIES: Prozac
Elavil, Tums

DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION:

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 09:50 | 141/89 | 75 | 16 | 97.8 | 98.3 | 100/ |
| : | / | | | | | |
| : | / | | | | | |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt c/o (R) sd ear ache x 3 days. Pt also c/o pain to back of (R) leg. (R) ear canal has redness, & wall (R) ear. Has no obvious injury to (R) leg.

MEDIC SIGNATURE: [signature]

PHYSICIAN ASSESSMENT AND TREATMENT

(1) VSS
recent exam
(2) ear - impacted cerumen noted
TA
RAR

(A/P) (1) impacted cerumen
— Rx for cerumenex 3 drops
bid x 4 weeks

f/u Chronic A 2 wks

□ Duty Status _____
□ Diet _____
□ Dressing Change _____              ☑ Appointment
                                        PHYSICIAN SIGNATURE: [signature]

| TIME LEFT: 0956 | TRANSPORTATION: sdu | DESTINATION: RR |

LSP-TC 16        Rev. 07/2018          EMERGENCY MEDICAL REPORT        PAGE ____ OF ____

055545

Form HC-01-A
14 September 2009                    **Health Care Request Form**        Institution: _LSP_

Kenneth Mitchell 120114u  51 9/m  Hic 3  _LS_
Name           DOC#      Age    Housing        Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

(L) knee
leg pain          ear pain (L)

Health Care Personnel Screening:  Date: 2/17/2020 Time: 938    Location Seen: ATU Bullpin

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: _____

B/P 141/89 Pulse 75   Resp 16    Temp 97.8   Other 100%

Assessment/Comment: (L) ear pain (a lost of hearing) & drainage and
(L) ea pain. Plan of care... pain wim to touch.
VS stable... No SOB. No... No or any other complaints
will refer pt to ATU. & other complaints.

Med: APAP, Vakartan Lopid Ibu, Benadryl Elavil, Tums

**Disposition:**                          **Health Care Practitioner Notes:**

ATU
Referred

Seen
in ATU
on 2/17/20
KC

**New Medications Ordered:** _____

_____

Total # _____

Screener's Signature: _____    HCP's Signature: _____    Date: _____

Total: $ 6.00

☐ No Fees  ☐ $3 Access Fee  ☒ $6 Access Fee  ☐ $2 for Each Prescription Fee: $____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell  120114u      2/17/2020
Offender's Signature    DOC#         Date    Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

000089

## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
## ANGOLA, LOUISIANA

### CONSULTANT REFERRAL FORM

PATIENT'S NAME: _Kenneth Mitchell_     DATE: _2/10/20_

DOC#: _120164_     DOB: _____     HOSPITAL#: _____

REQUEST FOR CONSULTATION (please specify location/physician): _Ortho_

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

Pt c/o chronic RⒶ Ⓡ knee pain

c̄ intermittent swelling. Pain mostly in back of knee Ⓟ numbness/tingling

① VSS

L-CTA
c-MRA

Ex t Ⓡ Knee — Ⓟ effusion Ⓟ joint laxity
good ROM
Ⓟ tend in Popliteal fossa

③/4

Provisional Diagnosis:

Ⓡ Knee pain (Posterior)

Requested by:

Dr. Moody

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.

LSP-TC 22    Rev. 10/97

**Louisiana State Penitentiary**
**R.E. Barrow, Jr. Treatment Center**
**Physician's Clinic**

| Name<br>MITCHELL , KENNETH | DOC<br>T20166 | Location<br>HIC 3 | Date:<br>2/10/2020 |
|---|---|---|---|

BP: 111 / 74    Temp 97.8    Pulse 91    Resp: 51    Height 72    Wt.: 187    Time: 8:56:09 AM

DOB ████    51 year old B    Male

Allergies: PROZAC

Reason for Vis GENERAL MEDICINE

Chief Complaine/C R KNEE SWOLLEN, LEG PAIN, FLUID KNEE

O2 Saturation

Pt c/o chronic (2009) (R) knee pain. Intermittent swelly. Ø erythema Ø redness. Ø other complaints.

Ⓖ VCS

L - CTA

Ⓖ Knee - Ø effusion Ⓖ joint laxity good ROM Ø tenderness in posterior region

**Assessment:**

1. Ⓖ Knee pain (Posterior)
2.
3.
4.
5.

C O A ☐

**Plan:**

1. p/c Naproxen start Ibuprofen x6 month
    Baker's cyst? refer back to Ortho if no improvement
2.
3.
4. f/u 6 weeks
5.

2/10/20

Date

MD Signature

000091

609149

Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution: USP

Kenneth    120140    51    HIC 3    L5
Name Mitchell    DOC#    Age    Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

SDE

Health Care Personnel Screening:    Date: 02/04/2020    Time: 0932    Location Seen: MPBP

(Circle One) Emergency / Routine Sick Call / Work Related    Allergies: NKE Prozac

B/P 105/75    Pulse 72    Resp 16    Temp —    Other SPO2 98%

Assessment/Comment: Pt. c/o R knee swelling. Pt. appears to be in NAD. Pt. peroxq. speaks incomplete sentences, compulsions, pt has moderate swelling discoloration, deformities & trauma noted. pt. says leg swelling is 2° arthritis & swells every year. pt requests a duty status to get out of the field.

meds: Tylenol · Valsartan · Lopid · Benadryl · Elavil · Naproxen · Tums ·

**Disposition:**

MD

**Health Care Practitioner Notes:**

KSA

2-5-2020
B. Jupiter

3PK —    Date: 2/5/2

**New Medications Ordered:**

∅

Total #: ∅

Screener's Signature: Bruker

HCP's Signature:    Date:

☐ No Fees  ☐ $3 Access Fee  ☒ $6 Access Fee  ☐ $2 for Each Prescription    Fee: $ ∅    Total: $ 600

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell    120140    02/04/2020    Bruker 989
Offender's Signature    DOC#    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000092

609076

Form HC-01-A
14 September 2009

**Health Care Request Form**    Institution: _____

Kenneth MItchell    120/606    51    H23    C5
Name    DOC#    Age    Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

SDE

1/31/2    Time: 0935    MP

**Health Care Personnel Screening:** Date: _____ Time: 0935 Location Seen: MP

(Circle One) ⟨Emergency⟩ / Routine Sick Call / Work Related Allergies: _prozac_

B/P 120/76   Pulse 94   Resp 20   Temp _____   Other NA 98.4/24

**Assessment/Comment:** pt c/o fluid in leg (R) leg
pt has ongoing problem with fluid in the (R) leg
pt able without limp pt was to see the dr
abt issues minimal swelling to (R) knee & edema.
_____ Divico, Lupid, Benadril, etc...

**Disposition:**

MID

**New Medications Ordered:**

_____

_____

_____  Total #: _____

Screener's Signature: Miss Quellin P6

**Health Care Practitioner Notes:**

KS @

2/3/2020

HCP's Signature: _____ Date: 2/5/20

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $_____ Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_____    120/600    1/31/20    _____
Offender's Signature    DOC#    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000093

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution: _____

609015

Name: Kenneth Mitchell     DOC# 120166     Age 51     Housing: Hic 3     Job Assignment: Line 5.

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

~~Calcium Ca~~

SDF

**Health Care Personnel Screening:** Date: 1/28/20     Time: 0750     Location Seen: Mp

(Circle One) Emergency / Routine Sick Call / Work Related     Allergies: prozac

B/P 137/92     Pulse 90     Resp 18     Temp N/A     Other _____

Assessment/Comment: pt c/o of fluid on ® knee X 4 days c minimal swelling to knee s redness or warm to touch pt ambulatory w/ limp pt was to see the dr abt fluid in knee. pt stated happened last yr. Calcium Carb, naproxen, Tylenol, Valsartan, Lopid, Benadryl, elavil / NKDA.

**Disposition:**

MID

**New Medications Ordered:**

_____
_____
_____

Total #: 0

Screener's Signature: MDS 9 galk JTb

**Health Care Practitioner Notes:**

KSA — cuc

NKDA 01/28/20

HCP's Signature: _____ Date: 1/28/

Total: 0

☒ No Fees   ☐ $3 Access Fee   ☐ $6 Access Fee   ☐ $2 for Each Prescription Fee: $ 0    Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: Kenneth Mitchell     DOC# 120166     Date 1/28/20     Witness Signature: Mrs Spellie JTb

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

000094

071173
LSP

**Form HC-01-A**
**14 September 2009**            **Health Care Request Form**      Institution: _____ LSP _____

Kenneth Mitchell 120166  51   Hic 3    Field line
Name _____ DOC# _____ Age ___ Housing _____ Job Assignment: _____

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:**

Right Knee swollen with fluid and hurts

Health Care Personnel Screening:  Date: 1/26/2020 Time: 5:15  Location Seen: HIC

(Circle One)  Emergency / Routine Sick Call / Work Related  Allergies: PCN

B/P 152/64  Pulse 93  Resp 16  Temp ____  Other ____

Assessment/Comment: (+) x 1 day - (R) leg pain for x 1 day.
Pt stated fluid was building up and had swelling
to knee. ⊘ Swelling noted. Ambu's diff AAOx4 PEE
even and unlabored. Pt spoke in complete
sentences.

**Disposition:**

MD

**New Medications Ordered:**

Total #: ⊘

Screener's Signature: Sgt Wee 898

**Health Care Practitioner Notes:**

Clinic A
cat I

NKWorsham 1-27-20

HCP's Signature: _____ Date: 1/27/20

☒ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $_____ Total: $ ⊘

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell _____ 120166 _____ 1-25-20 _____ Sgt Wee 898
Offender's Signature            DOC#            Date            Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

000095

## Louisiana State Penitentiary
### R.E. Barrow, Jr. Treatment Center
### Physician's Clinic



| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| MITCHELL | , KENNETH | 120166 | HIC 3 | 12/12/2019 |

BP: 140 / 90    Temp 98.3    Pulse 104    Resp:    Height 72    Wt.: 187    Time: 9:27:53 AM

DOB ▓▓▓▓    51 year old B    Male

**Allergies:** PROZACK

**Reason for Vis** GENERAL MEDICINE

**Chief Complaint:** F/U HTN, LBP, HLD, GERD

**O2 Saturation** [        ]

NAD, AA×3, mmmm

C/O back pain being tx c̄ Tylenol + Naproxen

RRR, cap refill wnl

lungs clear, skin w/o

A bd soft NT +BS×4

⊘ edema to BLE

**Assessment:**

1. HTN — controlled

2. LBP. med. controlled

3. HLD — controlled

4. GERD — controlled

5.

Labs sent

**Plan:**

1. Cont meds

2. CBC, CMP, Lipid

3. Panel 4/20 lab

4. RTC 5/20

5.

C O A ☐

Date 12/12/19

MD Signature

Doc#:120166    Inmate Name: MITCHELL    , KENNETH    Race: B
Location: CBC L/R

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
| --- | --- | --- | --- | --- | --- |
| ACETAMINOPHEN | 500 MG | 12/13/2018 | 10/14/2019 | 12/12/2019 | TOCE, PAUL |

LAST FILL DATE:

Directions:    TAKE 2 TABLETS BY MOUTH TWICE A DAY AS NEEDED FOR PAIN

Date: _____11/12/19_____    Duration:_____

Renewal: ____(YES) X____ NO    MD Signature _____

K Kellum LR
11-18-19

000097

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**REFERRAL SLIP**

021899

DATE: 10-18-19

NAME: Kenneth Mitchell  DOC#: 120106  HOUSING UNIT: CBC

LOCATION SEEN: Atu

REFERRAL TO: Security

DATE OF REFERRAL: N/A          TIME OF REFERRAL: N/A    A.M.
                                                        P.M.

REASON FOR REFERRAL: medical

TEMPORARY DUTY STATUS: No duty x five days

TEMPORARY DUTY STATUS EXPIRATION DATE: exp @ midnight 10/23/19

Peer Crook/Smith RN

SIGNATURE OF HEALTH CARE PROVIDER

Flu in Atu to 10/23/19 ok

10/23/19 if pt doesn't have clinic app

CC:  HIM        (WHITE)
     PATIENT    (YELLOW)
     SECURITY   (PINK)

LSP-TCEMS 01   REV. 10/97

000098

Louisiana State Penitentiary • ⬤44 Tunica Trace • Angola, Louisiana 70712 • Phone 225-655-2286

## ROBERT E. BARROW, JR. TREATMENT CENTER
### EMERGENCY MEDICAL REPORT
#### VITAL STATISTICS

DATE: 10, 18, 19                    TIME SEEN: 14.11

NAME: Kenneth Mitchell    DOC#: 120166    AGE: 51    RACE: B

LIVING QUARTERS: CBC    JOB ASSIGNMENT: L-8    LAST TETANUS: ___

MEDICATIONS: Lopid, Benadryl, ASA, Naproxen, Diovan, tums, BAP    ALLERGIES: Prozac

| DATE OF ACCIDENT: | | TIME OF ACCIDENT: | | ACCIDENT LOCATION: | | | |
|---|---|---|---|---|---|---|---|
| **TIME:** 14:11 | **B/P:** 153/93 | **PULSE:** 94 | **RESP:** 16 | **LOC:** AOB | **TEMP:** 97⁴ | **BS/SpO2:** 98 |
| **TIME:** 15:30 | **B/P:** 148/84 | **PULSE:** 78 | **RESP:** 16 | **LOC:** A+O×4 | **TEMP:** 98³ | **BS/SpO2:** 99 |
| **TIME:** : | **B/P:** / | **PULSE:** | **RESP:** | **LOC:** | **TEMP:** | **BS/SpO2:** |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt in ATU by ambulance c c/o "I feel lightheaded and I have a pinch in my chest" c/o SOB, breath sounds clear, speaks in full sentences c pale, skin w/d, abd soft ∅ ⊕ McClellan Pr

MEDIC SIGNATURE: SMcClellan PN

### PHYSICIAN ASSESSMENT AND TREATMENT

to Dr. Crook

EKG - done - No sign of ischemia or infarct.    Lungs: CTA

Chest Xray - done    Heart: RRS ⊖⊖⊖

troponin - 0.0    Ext: ⊕ C, C/E

istat - done

Saline lock - 20 gn @ bil ⊕ ⊕

Dx = Chest Pain non cardiac    ₩ #32100₩    KSA in Clinic A-DNB ⊕⊖

☐ Duty Status No Duty × 5 Days    ☐ Appointment

☐ Diet ___

☐ Dressing Change ___    PHYSICIAN SIGNATURE: ___

TIME LEFT: 1543    TRANSPORTATION: 84    DESTINATION: ___

LSP-TC 16    Rev. 07/2018    EMERGENCY MEDICAL REPORT    PAGE ___ OF ___

000099

Louisiana State Penitentiary • 17544 Tunica Trace • Angola, Louisiana 70712 • Phone 225-655-2286

## ROBERT E. BARROW, JR. TREATMENT CENTER
### EMERGENCY MEDICAL REPORT
#### VITAL STATISTICS

DATE: 10 / 10 / 19          TIME SEEN: 14 : 51

NAME: Kenneth mitchell          DOC#: 120166          AGE: 51          RACE: B

LIVING QUARTERS: CBC          JOB ASSIGNMENT: Line 8          LAST TETANUS: unk

MEDICATIONS: Naproxen, Tylenol, Tums, Valsartan, Amitriptyline, Benadryl, Gemfibrozil

ALLERGIES: NKDA

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|
| | | |

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 14:52 | 108/65 | 98 | 16 | A+0 | — | 97% |
| 16:40 | 114/64 | 82 | 16 | AA0x4 | 98.4 | 99% RA |
| : | / | | | | | |

#### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt c/o dizzy chronic x 4 days mild c/o denies AVD. States he has been sponedering some 80%. Pt Speaking in complete sentences.

MEDIC SIGNATURE: B Summers ACUT 11

#### PHYSICIAN ASSESSMENT AND TREATMENT

Laying down- 108/65 P98
Sitting - 94/66 P102
Standing - 98/69 P119

@16:15
0 — 115/64  81
2    124/70  85
9    128/71  87

No Duty X One Week
#026011

IV NS (warned) 1ℓ Bolus
20 ga cath ® hand - aseptic tech — IV acid, cath intact, dressing opplud gutr
#1-NS 1000 ml Bolus ↑ @ 15:35
#2-NS 1000 ml Bolus ↑ @ 16:10

Dx: Orthostatic Hypotension, resolved.

RTU s/c PRN

X Appointment

☒ Duty Status
☐ Diet _____ ∅
☐ Dressing Change _____ ∅

PHYSICIAN SIGNATURE: _____

| TIME LEFT: | TRANSPORTATION: | DESTINATION: |
|---|---|---|
| | | |

LSP-TC 16    Rev. 07/2018          EMERGENCY MEDICAL REPORT          PAGE _____ OF _____

000100

071024

Form HC-01-A
14 September 2009                    **Health Care Request Form**        Institution: LSP



Name _Kennedy Mitchell_  DOC# _120466_  Age _51_  Housing _Walnut 2_  Job Assignment: _Field Like_

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:** Dr Gamble

I cannot continue to take my medication because I may get a work offense for not being able to go to work in the field the Captian says I need a duty status to show that I cannot work because of my mental health Medication.

**Health Care Personnel Screening:** Date: _11-14-19_ Time: _0638_ Location Seen: _Walnut_

_Mental Health_

(Circle One) Emergency / **Routine Sick Call** / Work Related   Allergies: _PROZAC_

B/P ___ — Pulse ___ — Resp _18_ Temp ___ Other ___

**Assessment/Comment:** Pt requesting appt c̄ DR Gamble. Pt states he is unable to continue taking Elavil 2° to makes him sleepy & can't work in the field. — do as Above. NAD noted @ present

Meds. APAP. TUMS· Naproxen· Elavil· Benadryl·lopid· Valsartan.

**Disposition:**

Mental Health.

**Health Care Practitioner Notes:**

R/u 6 mnts Health

**New Medications Ordered:**

_____

_____

_____

Total #: _____

Screener's Signature: _Capt Newman NP__   HCP's Signature: _Dn_   Date: 11/5/1C

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription   Fee: $ _0_ Total: $ _0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

11-14-19

_Kenneth Mitchell_   _120466_   _____   _____
Offender's Signature     DOC#          Date        Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
REFERRAL SLIP

026011

DATE: 10/10/19

NAME: Kenneth Mitchell DOC#: 120166    HOUSING UNIT: CbC

LOCATION SEEN: ATU

REFERRAL TO: Security

DATE OF REFERRAL: _____    TIME OF REFERRAL: _____ A.M.
                                                              P.M.

REASON FOR REFERRAL: _____

TEMPORARY DUTY STATUS: No duty x (1) one week

TEMPORARY DUTY STATUS EXPIRATION DATE: 10/17/19 after midnight

SIGNATURE OF HEALTH CARE PROVIDER

CC:  HIM          (WHITE)
     PATIENT      (YELLOW)
     SECURITY     (PINK)

LSP-TCEMS 01  REV. 10/97

000102

LOUISIANA STATE PENITENTIARY.
R. E. Barrow, Jr. Treatment Center

REQUEST FOR EKG

DATE ORDERED: _5-27-19_

Kenneth Mitchell DOC#: _170166_

APE _____ STAT: _____

_____
SIGNATURE

NTMENT: _____

77

000103

027234
LSP

Form HC-01-A
14 September 2009                **Health Care Request Form**         Institution: LSP

Kenneth Mitchel 120166    51    CBC4R
Name      DOC#     Age     Housing       Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

SDE: weak & dizzy

Health Care Personnel Screening: Date: 10-7-19 Time: 1158 Location Seen: CBC4R

(Circle One) Emergency / Routine Sick Call / Work Related Allergies: Prozac

B/P 80/60 Pulse 104 Resp 17 Temp ____ Other ____

Assessment/Comment: Pt. c/o above. Pt. has poor skin turgor. Pt. says he has been feeling weak in the field. Pt. says he drank 8 cups of water today. Pt. skin & mm dry. Pt. appears to be in NAD. Pt. Blood pressure usually runs high. Pt. referred to ATU for further eval. (B)

Disposition:

ATU # U27308

New Medications Ordered:

Total #: 8

Screener's Signature: B Muller 589

Health Care Practitioner Notes:

Pt. seen in clinic A on 10/23/19 F/C S/C ½ N

HCP's Signature: ____ Date: 10/25/19

☐ No Fees ☐ $3 Access Fee ☒ $6 Access Fee ☐ $2 for Each Prescription Fee: $ ____ Total: $ 6⁰⁰

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell        120166    10-7-19    B Muller 589
Offender's Signature     DOC#     Date     Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000104

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**        027308
**REFERRAL SLIP**

DATE: 10-7-19

NAME: Kenneth Mitchel    DOC#: 120166    HOUSING UNIT: CBC 4R

LOCATION SEEN: CBC 4R

REFERRAL TO: ATU

DATE OF REFERRAL: 10-7-19        TIME OF REFERRAL: 1200    A.M. / P.M.

REASON FOR REFERRAL: Hypotension 80/60

TEMPORARY DUTY STATUS: NA

TEMPORARY DUTY STATUS EXPIRATION DATE: NA

_____
SIGNATURE OF HEALTH CARE PROVIDER

CC:  HIM        (WHITE)
     PATIENT    (YELLOW)
     SECURITY   (PINK)

LSP-TCEMS 01  REV. 10/97

000105

**LOUISIANA STATE PENITENTIARY - EMERGENCY MEDICAL SERVICES**

## AMBULANCE RUN REPORT

| DATE | 10/10/19 | | | RUN NUMBER | 19-1466 |
|---|---|---|---|---|---|
| ASSIGNED | 13:57 | | | SIGNAL | B |
| ENROUTE | 13:57 | CALL REC'D FROM | M-4 | EMS UNIT # | M-14 |
| ON SCENE | 14:00 | NATURE OF THE CALL | "Offender Having SOB + Chest Pain" | TRANS BLS / ALS | ✓ |
| TRANS-PORTING | 14:09 | INCIDENT LOCATION | OKRA FIELD IN A-LAND | NT ORD BY | — |
| AT HOSPITAL | 14:12 | PATIENT | KENNETH MITCHELL | RECEIVING HOSPITAL | ATU |
| AVAILABLE | 14:15 | ADDRESS OR LIVING QTR | CBC | RECEIVING MD/RN | CROOK |
| AGE 57 RACE B SEX M | | CHIEF COMPLAINT | PINCHING IN CHEST / SHAKING | DOC#/SS# | 1201616 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TIME** | 1405 | 1410 | | | | | | | | | | | | | |
| **BLOOD PRESSURE** | 156/97 | 144/92 | | | | | | | | | | | | | |
| **PULSE** | 122 | 120 | | | | | | | | | | | | | |
| **RESPIRATION** | 20 | 18 | | | | | | | | | | | | | |
| **LOC A.V.P.U.** | A | A | | | | | | | | | | | | | |
| **PUPIL R/L** | + | + | | | | | | | | | | | | | |
| **MOTOR FUNCTION** | PPS INTACT | | | | | | | | | | | | | | |
| **SKIN** | W/DRY | Good Turgor | | | | | | | | | | | | | |
| **EKG** | S-Tach | → | | | | | | | | | | | | | |
| **02 STA/GLUCOSE** | 100% - | 100% - | | | | | | | | | | | | | |

| MEDS/TX | | | | | | | | | | | | | | | | TOTAL FLUID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OXYGEN | | | | | | | | | | | | | | | | |
| IV1 FLUID/RATE | | | | | | | | | | | | | | | | cc |
| IV2 FLUID/RATE | | | | | | | | | | | | | | | | |
| DEFIB T/A | | | | | | | | | | | | | | | | |
| MEDS T/A | | | | | | | | | | | | | | | | |
| CURRENT MEDICATIONS | Benadryl, Gemfibrozil, Naproxen, Tylenol, TUMS, Valsartan, Elavil | | | | | | | | | ALLERGIES | PROZAC | | | | | |

**PMHX/TX:** Upon arrival, pt. found sitting by cart w/ Angola 51 + other officers on-scene. Pt. c/o a "pinch" in his chest non-radiating + SOB. This happened last week, he was treated in the ATU for ⊕ orthostatics. Pt. denies Nausea/episodes of vomiting. Denies cough. Pt. is shaking some. Denies HA/dizziness/blurred vision/ABD pain. Vitals as above. Pt. secured in ambulance + on stretcher. Report called while enroute. CBBS @ grip + pedal strengths. Upon arrival to ATU, pt. care + REPORT TURNED OVER to DR. CROOK + ATU staff. Ø changes enroute.

| EMT #1 | 1st R. CHILDS | REG # | M0902086 | EMT #2 | Sgt. B. Dennison | REG # | EMT |
|---|---|---|---|---|---|---|---|
| | HCP# 515/592 | | | REFERRAL# | | | |

000106

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER
### REFERRAL SLIP

026500

DATE: 11-4-19

NAME: Kenneth Mitchell    DOC#: 120164    HOUSING UNIT: Walz

LOCATION SEEN: Med

REFERRAL TO: security

DATE OF REFERRAL: _____    TIME OF REFERRAL: _____    A.M. P.M.

REASON FOR REFERRAL: _____

TEMPORARY DUTY STATUS: _NO duty No yard No sits Bedrest x 2 days up for meals. Pillcall & Bathroom only_

TEMPORARY DUTY STATUS EXPIRATION DATE: 11-6-19

SIGNATURE OF HEALTH CARE PROVIDER

CC:  HIM        (WHITE)
     PATIENT    (YELLOW)
     SECURITY   (PINK)

LSP-TCEMS 01  REV. 10/97

000107

607055

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**    Institution: _LSP_

Kenneth Mitchell  120166  51  Wal2  Line 6
Name _____ DOC# ___ Age ___ Housing ___ Job Assignment: _____

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

BP ✓

**Health Care Personnel Screening:** Date: _11-4-19_  Time: _0921_  Location Seen: _field_

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: _____

B/P 130/80  Pulse 104  Resp 18  Temp ___  Other ___

Assessment/Comment: _____

**Disposition:**

MD

**New Medications Ordered:**

_____ Total #: ___

Screener's Signature: B Summers 7/

**Health Care Practitioner Notes:**

SCUP

HCP's Signature: _____  Date: 11-5-19

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____ Total: $___

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_____  120166  11-4-19  _____
Offender's Signature ___ DOC# ___ Date ___ Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000108

Doc#:120166      Inmate Name: MITCHELL          , KENNETH      Race: B
                 Location: CBD L/R 0

                              Current Medications
    Medication        Strength   Start Date   Last Refill  Stop Date Dr. Ordered
NAPROXEN              500 MG      08/06/2019   09/03/2019   11/03/2019 TOCE, PAUL
                          LAST FILL DATE:
Directions:    TAKE 1 TABLET BY MOUTH  TWICE A DAY AS NEEDED FOR PAIN

Date: _____10/8/19_____      Duration: ___6 month___

Renewal:    YES      NO              MD Signature _____

10/14/19 @ 1403
R. Hughes, APRN

## Louisiana State Penitentiary
## R.E. Barrow, Jr. Treatment Center
## Physician's Clinic

| Name **MITCHELL** , **KENNETH** | DOC **120166** | Location **CBC L/R** | Date: **10/23/2019** |
|---|---|---|---|

BP: **104** / **74**   Temp **98.6**   Pulse **93**   Resp: **16**   Height **72**   Wt.: **200**   Time: **9:17:39 AM**

DOB ▓▓▓▓   **51** year old **B**   **Male**

Allergies: **PROZAC**

Reason for Vis **CLINIC A**

Chief Complaint: **F/U R KNEE PAIN, S/C NECK + SHOULDER PN, CHEST PN**

O2 Saturation [ ]



HTN, LBP HLD, GERD

Pt c/o occ dizzyness when he stands up

APE
labs w/in
chart yet

D/p 1 go OTC @
wt MGM6

A/P 1) HTN → now ↓ M/U
D/C Valsartan 80 BID
Valsartan 40 BID

2) LBP

3) HLD

4) GERD

RX
Sent

**Assessment:**

1.

2.

3.

4.

5.

**C O A** [ ]

**Plan:**

1. ATC 6 wks ✓ B//

2.

3.

4.

5.

Date          MD Signature

000110

041711

Form HC-01-A
14 September 2009          **Health Care Request Form**     Institution: _LSP_

Kenneth Mitchell 120166   51   CBC4/RU  Field Line
Name _____ DOC# ___ Age __ Housing ___ Job Assignment: D. Toce

OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:

Blood Pressure dropped 3 days in a row last week
while working in the field

Health Care Personnel Screening:  Date: 10/14/19  Time: 0509  Location Seen: CBC

(Circle One)  Emergency / **Routine Sick Call** / Work Related Allergies: _____

B/P 140/88  Pulse 70  Resp 16  Temp _____ Other _____

Assessment/Comment: Ambulatory on scene c/o syncopal
episode "X 3" while @ work. "I got an IV
in the hospital last week." V/S stable
Pt in Ø distress @ present. Ø present medical c/o

Meds: Naproxen, APAP, Tums, Valsartan, ZLAVil
Disposition: Benadryl Lopid          **Health Care Practitioner Notes:**
                                      RSA in Clinic A.
MD

                                                    [signature] 10-16-19

**New Medications Ordered:**

_____
_____
_____

                        Total #: _____
Screener's Signature: [signature]     HCP's Signature [signature]  Date: 10/16/19

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $___Ø___ Total: $ 3.00

I understand that In accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell      120166        10/14/19     [signature]
Offender's Signature   DOC#          Date         Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000111

Doc#:120166    Inmate Name: MITCHELL        , KENNETH        Race: B
                Location: CBC L/R

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| GEMFIBROZIL | 600 MG | 09/08/2018 | 05/07/2019 | 09/07/2019 | TOCE, PAUL |

LAST FILL DATE:

Directions: TAKE 1 TABLET BY MOUTH EVERY MORNING

Date: 8/14/19          Duration: ___

Renewal: (YES)   NO          MD Signature ___

Doc#:120166    Inmate Name: MITCHELL        , KENNETH        Race: B
                Location: CBC L/R

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| ANALGESIC BALM | | 09/08/2018 | 09/07/2018 | 09/07/2019 | TOCE, PAUL |

LAST FILL DATE:

Directions: APPLY TO AFFECTED AREA(S) OF LOWER BACK TWICE A DAY AS DIRECTED

Date: ___          Duration: ___

Renewal: YES   (NO)          MD Signature ___

KKellum LPN 8/14/19

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER

CBP

PATIENT DATA

DATE: 9-26-19

NAME: Kenneth Mitchell    DOC#: 120166    ALLERGIES: Prozac

TEMP: X    PULSE: 90    RESP: 13    B/P: 162/96    HEIGHT: 72"    WEIGHT: 180    AGE: 51
                                                                                                    8-8-68

MEDICAL HISTORY: APE - SPT - 2019

HTN

BPH

(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☐ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☑ PERRLA, EOMI | ☐ ABNORMALITIES  20/20 OU uncorrected ← selec |
| EARS | ☐ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☐ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☑ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☑ NORMAL EXAM ref. | ☐ ABNORMALITIES |
| EXTREMITIES | ☑ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☐ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY    DATE: _____    RESULT: _____
LAST PSA    DATE: _____    RESULT: _____
LAST EKG    DATE: _____    RESULT: _____

NOTES:    APE as above, NAD
LABS ordered - D. ___
SLPS Sent - 

                PSA
TEST ORDERED: CBC, CMP, FLP, UA, FOBX3, EKG, CXR
RETURN APPOINTMENT: Schedule from 2020 APE list
PHYSICIAN SIGNATURE: _____

USP-TC25 12/2007    PATIENT DATA    000113



## LOUISIANA STATE PENITENTIARY
### R.E. BARROW, JR. TREATMENT CENTER

### PATIENT DATA

DATE: 9·16-19

NAME: Kennish Mitchell  DOC#: 120166  ALLERGIES: _____

TEMP: _____ PULSE: _____ RESP: _____ B/P: _____ HEIGHT: _____ WEIGHT: _____ AGE: _____

MEDICAL HISTORY: APE – Sept – 2019

---

(ALL POSITIVE AND IMPORTANT NEGATIVE FINDINGS SHALL BE RECORDED)

| | | |
|---|---|---|
| GENERAL | ☑ NOT IN DISTRESS | ☐ ABNORMALITIES |
| SKIN | ☐ NORMAL TEXTURE | ☐ ABNORMALITIES |
| EYES | ☐ PERRLA, EOMI | ☐ ABNORMALITIES |
| EARS | ☐ NL EAC AND NLTM | ☐ ABNORMALITIES |
| NOSE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| THROAT | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| NECK | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| CHEST | ☐ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| HEART | ☐ NORMAL AUSCULTATION | ☐ ABNORMALITIES |
| ABDOMEN | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| RECTAL/PROSTATE | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| EXTREMITIES | ☐ NORMAL EXAM | ☐ ABNORMALITIES |
| NEUROLOGICAL | ☐ NORMAL EXAM | ☐ ABNORMALITIES |

LAST FLEX SIG/COLONOSCOPY   DATE: _____ RESULT: _____
LAST PSA                   DATE: _____ RESULT: _____
LAST EKG                   DATE: _____ RESULT: _____

NOTES:

No Slow

B. Orzk

TEST ORDERED: ∅

RETURN APPOINTMENT: Rescedule from 2019 APE List

PHYSICIAN SIGNATURE: _____

USP-TC25 12/2007                    PATIENT DATA                    000114

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Physician's Clinic



| Name MITCHELL    , KENNETH | DOC 120166 | Location CBC L/R | Date 8/5/2019 |
|---|---|---|---|

BP: 117 / 83   Temp 98.7   Pulse 111   Resp:20   Height 72   Wt.: 166      Time: 10:57:55 AM
DOB ▇▇▇                    50   year old B   Male

Allergies: PROZAC
Reason for Vis CLINIC A
Chief Complaints/c NECK,SHOULDER PAIN

O2 Saturation [          ]

s/p (R) temporal loc (6-3-19) fall from standing position c̄ (R) facial, neck, shoulder pain. (R) temporal loc - returned. CT (6-3-19) = neg (x scalp swelling)
Rx LBP + (R) knee pain = chronic. On Tyl, clinoril + A balm
New ℅ neck + shoulder pain not responding to clinoril + A balm
PE → ↓ ROM in restraints, c̄ pain c̄ attempts + c̄ palp'n (neck, sup. traps).
out of restraint c̄ FROM - full abd'n to vertical
but pain ℅'s @ med'l sup. trap. nm̄ c̄ attempt

Dr Gamble to Rx Elavil 50g QPM (for pain?)

Assessment:
1. embellishment - strange jerking motions c̄ neck + (R) sup trap use
2.
3.
4.
5.

Plan: Shoulder ROM/PT current sheet given
1. Rx: D/C clinoril → Naprox 500 BID PRN X 3 m.s
2. RTC 4 m & hs
3.
4.
5. B. Gamble CM 30

C O A ☐

8/5/19          8-5-19
Date                          M.D. Signature

000115

027895

Form HC-01-A
14 September 2009                    **Health Care Request Form**      Institution: _LSP_



Kenneth Mitchell 120166 50    CBC 4/B4
Name            DOC#      Age        Housing          Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:** ATU

Need pain medication for neck & shoulder
injured June 3 incident asap thank you
Need to see CT scans results for neck injury.

Health Care Personnel Screening:  Date: 7/24/19 Time: 0500 Location Seen: CBC

(Circle One)  _Emergency_ / Routine Sick Call / Work Related Allergies: _____

B/P _____ Pulse _____ Resp _____ Temp _____ Other _____

Assessment/Comment: States confrontation c̄ see June 3rd
was sent to the ATU. Then to outside facility for a CT.
Pt request to see results of his CT. States was suppose
to get pain med for his neck + shoulder + did not
get them — denies any c/o @ this time but has
pain periodically p̄

Disposition:

MD

**New Medications Ordered:**

_____
_____
_____
                              Total #: _____

Screener's Signature: _____

**Health Care Practitioner Notes:**

X KSA in
Clinic A -
① NB

HCP's Signature: _____ Date: 7/31/19

☐ No Fees  ☒ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ 0   Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell      120166      7/24/19      _____
Offender's Signature      DOC#        Date        Witness Signature

Original - Offender's Medical Record       Yellow - Business Office       Pink - Offender's Copy

000116

027894

**Form HC-01-A**
**14 September 2009**          **Health Care Request Form**     Institution: _CSP_

Kenneth Mitchell 120166 50   CBC 4R4      L-8
Name _____ DOC# ____ Age ___ Housing _____ Job Assignment: ____

## OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:

Need pain Medication for neck and shoulder
injury please asap. Thank you!
Ear infections Need antibiotics Thank you!

**Health Care Personnel Screening:** Date: 7-31-19 __ Time: 0540 __ Location Seen: CBC

(Circle One) Emergency / **Routine Sick Call** / Work Related Allergies: NKDA

B/P ___ 84 ___ Pulse _73_ ___ Resp _16_ ___ Temp _98.6_ ___ Other SPO2 98%

**Assessment/Comment:** Pt A/O x4 Amb, history c/o Neck + shoulder pain, swelling, redness, pain upon palp to neck, swelling to shoulder, redness, pain upon palp, ⊕ ROM, Pt also c/o ear pain ⊕ ear pain, swelling, redness, pain upon palp, skin w/b, Pt. request an evaluation, Pt. voices no other medical complaints,

MEDS: LOSARTAN, GEMFIBROZIL, ANALGESIC BALM, ACETAMINOPHEN, DIPHENHYDRAMINE, Tums, sulindac,

| Disposition: | Health Care Practitioner Notes: |
|---|---|
| MD<br>NP<br>RX IN BOX | Crook:<br>continue Motrin<br>x flat II |
| **New Medications Ordered:**<br>Ibuprofen | |
| Total #: 1 | 7/22/19 |
| Screener's Signature: Mgt. Juelk Xim | HCP's Signature: ___ Date: |

#505

☐ No Fees  ☒ $3 Access Fee  ☐ $6 Access Fee  ☒ $2 for Each Prescription Fee: $ 2.00   Total: $ 5.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell 120166   7-31-19        Mgt. Juelk Xim
Offender's Signature _____ DOC# ___ Date _____ Witness Signature _____

#505

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

000117

040542

**Form HC-01-A**
**14 September 2009**             **Health Care Request Form**      Institution: _____

Kenneth Mitchell  120166   50   CBC 4B4 _____   OP
Name _____ DOC# ____ Age ___ Housing ____ Job Assignment: _____

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:** Dr. Crook
Physical Therppy Neck and shoulder still hurt from
June 3 injury Tyenel Nol Not working need to know
CT Scan results 9/50 _____  CBP

**Health Care Personnel Screening:** Date: 9/16/19 ___ Time: 4:15 ___ Location Seen: CBP

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: ___ NKA

B/P ___ NA ___ Pulse ___ NA ___ Resp ___ NA ___ Temp ___ NA ___ Other ___ NA

**Assessment/Comment:** _____ pt c/o of neck and shoulder pain

_____

_____

_____

**Disposition:**

**New Medications Ordered:**

_____

_____  Total #: _____

Screener's Signature: _____

**Health Care Practitioner Notes:**

RSA in Clinic A
DNR

9-16-19
B Daphn

HCP's Signature _____ Date: 7/16/19

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $ ____ Total: $ ____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Kenneth Mitchell _____  120166 ____ 9/16/19 ____  _____
Offender's Signature          DOC#         Date        Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

000118

Doc#:120166     Inmate Name: MITCHELL        , KENNETH        Race: B
                     Location: CBC L/R

Current Medications

| Medication | Strength | Start Date | Last Refill | Stop Date | Dr. Ordered |
|---|---|---|---|---|---|
| LOSARTAN | 50 MG | 08/15/2018 | 05/13/2019 | 08/14/2019 | BUNCH, LIND |

LAST FILL DATE:

Directions:    TAKE 1 TABLET BY MOUTH   TWICE A DAY

Date: _____7/10/19_____          Duration: _____5 yr_____

Renewal: _____YES_____   NO                    MD Signature _____

KKellumLPN
7-10-19

Copy

000119

040541

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**    Institution: _LH_

Kenneth Mitchell   120166    50    CBC 4R4    _____
Name                DOC#      Age   Housing       Job Assignment:

OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST: _Dr. Crook_

Physical Therapy for Neck and shoulder injury
caused in June 3 incident, also need medication for pain.
Staple have been my head for over a month now

Health Care Personnel Screening: Date: _7/14_ Time: _3P_ Location Seen: _CBC_

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
**Physician's Clinic**

| Name | | DOC 120166 | Location CBC L/R | Date 7/8/2019 |
|---|---|---|---|---|
| MITCHELL | , KENNETH | | | Time: 2:36:31 PM |
| BP: / | Temp | Pulse | Resp: | Height | Wt.: |
| DOB ███ | | 50 | year old B | Male |

Allergies:
Reason for Vis ___ SUTURE REMOVAL
Chief Complaint:
O2 Saturation [          ]

four Staples removed from right side of
forehead. Would Closed, clean dry, intact No
Sign or symptoms of infection, redness
O Swelling. _____  K Kellum NP 7/8/19

**Assessment:**    Plan: _V KM, NP_  7/8/19

027134
LSP

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution: _LSP_

Kenneth Mitchell  120662  5D  CBD YR2  UD
Name        DOC#    Age   Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

Neck & shoulder still hurting from June 3 incident
Tylenol not working need pain medication
A.S.A.P! Dr. Crook

Health Care Personnel Screening: Date: 06.12.19  Time: 0540  Location Seen: CBD

(Circle One) Emergency / ~~Routine Sick Call~~ / Work Related   Allergies: Prozac

B/P _____  Pulse 78  Resp 18  Temp _____  Other _____

Assessment/Comment: Pt ambulatory to cell bars ē difficulty or assistance
AAOx3. Pt C/O as above. Pt speaks in full unbroken sentences. Pt states neck
ā ® shoulder pain 2° to confrontation ē security. Pt able to turn his head
side to side ē difficulty. Pt has Ø swelling, discoloration or obvious deformity noted
to neck. Pt MAE. Pt has Ø visible deformity swelling or discoloration noted to
shoulder. Shoulders are symmetrical. Pt denies numbness/tingling to
extremities. PMS ⊕ x4. Pt does have ≈ 3-4cm hematoma to lateral aspect of ®
eye. Denies H/A, dizziness, visual ∆S. Pt voices Ø other c/c. NAD noted @ present.
Meds Sulindac. Losartan. A. Balm. APAP. Benadryl. Tums. Lopid

**Disposition:**

MD Review

**New Medications Ordered:**

None

Total #: _____

Screener's Signature: _Chris Thomas NP2_

Health Care Practitioner Notes:

⊗ Pt already on
Sulindac
☒ SA in Clinic
much
6/13/19

HCP's Signature: _____  Date: _____

Each Prescription Fee: $_____  Total: $_____

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Kenneth Mitchell_     120662     6/11/19
Offender's Signature    DOC#      Date    6/12/19    Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

000121

LOUISIANA STATE PENITENTIARY
... BARROW JR. TREATMENT CENTER
... ADMIT TO OUTSIDE FACILITY, SERIOUS ILLNESS, INJURY AND/OR DEATH

NOTIFICATION OF OFFENDER TRANSFER / ADMIT TO OUTSIDE FACILITY    DOC#: 120166    Date of Birth: _____

Name of offender: Kenneth Mitchell    Check the location of occurrence: ☐NU I ☐NU II ☑ATU ☐TRIPS ☐OUTCAMP ☐OTHER: _____
..e: ☑Black ☐ White ☐ Other    Date: 06/03/19    Time: 1330    ☐AM ☐PM

..nature: Ke'aisha 3 Kiting

**NOTIFICATION OF OFFENDER TRANSFER FOR SERIOUS ILLNESS OR INJURY NOTIFICATION**

Serious illness or injury is defined as a condition wherein death may reasonably be anticipated by the physician in charge
(Families are to be notified on ALL EMERGENT TRANSFERS to outside facilities &Document all attempts of family notification and/or comments on the back of this form in narrative)

; this a Hospice Patient? ☐No-continue with this form    ☐Yes-In addition to this form fill out "Hospice Staff Notification Form" from NU II

..otified of occurrence by: Dr. Crook    Date: 06/03/19    Time: 1330    ☐AM ☑PM  Contact Phone#: _____    ☐AM ☐PM
    WFH    Contact Phone#: _____    Date: _____    Time: _____    ☐AM ☐PM

..ffender TRANSFERRED: Facility: _____    318
☐Family Contact Information – Notified on TRANSFER:    Relation: mother    Ph.#: 583-8898    Date: 06/03/19    Time: _____    ☐AM ☐PM
Name: Louis Mitchell    Date: 06/03/19    Time: 1330    ☐AM ☑PM

**Staff Notification Checklist:**    Date: 06/03/19    Time: 1330    ☐AM ☑PM
☑Shift Lieutenant REBTC: Name: McDowell    Title: MSgt.    ☐AM ☐PM (Notify 5pm-8am, Weekends & Holidays)
☑Control Center Name: Longmire    Date: _____  Time: _____    Time: 1330    ☐AM ☑PM (Notify 24/7)
☐Duty Warden: Name: _____    Date: 06/03/19    ☐No-Notify Medical Director
☐Warden of Treatment: Name: Warden Tracy/Diantha    Date: 06/03/19    ☐Yes-Write N/A in blank below    Time: _____    ☐AM ☐PM
☐***Medical Director – notify 24/7, to avoid duplication, ask if On call PCP will notify Medical Director?    Time: 1330    ☐AM ☐PM
☐On call PCP  Name: Diantha    Date: 06/03/19    Time: 1335    ☐AM ☐PM
☐Medical Director  Name: Dr. Lavespherie    Date: 06/03/19    Time: 1335    ☐AM ☐PM
☐Nursing Administration: Name: Lydia    Date: 06/03/19
Signature: Ke'aisha 3 Kiting    ***If after 10:00 p.m., notify DON/ADON in a.m., unless critical incident occurred on Nursing Unit***

**ADMIT TO OUTSIDE MEDICAL FACILITY**
(Document all attempts of family notification and/or comments on the back of this form in narrative)

(Families are to be notified on ALL ADMITS to outside facilities &Document all attempts of family notification and/or comments on the back of this form in narrative)
    Contact Phone#: _____    Date: _____    Time: _____    ☐AM ☐PM  Contact Ph.#: _____    Time: _____    ☐AM ☐PM
Offender ADMITTED: Facility: _____    Date: _____    Time: _____    ☐AM ☐PM
Notified of admit by: _____    Date: _____
Notify Shift Lt. Of admit: Name: _____    Date: _____    Time: _____    ☐ AM ☐ PM

Signature: _____    Time: _____    ☐ AM ☐ PM

☐Family Contact Information – Notified on ADMIT:    Relation: _____    Ph.#: _____    Date: _____    Time: _____    ☐ AM ☐ PM
Name: _____    Date: _____

Signature: _____    (Document all attempts of family notification and/or comments on the back of this form in narrative)

**NOTIFICATION OF DEATH**

☐Is this a Hospice Patient?    ☐No - continue with this form    ☐Yes - In addition to this form fill out "Hospice Staff Notification Form" from NUII
    Date: _____    Time: _____    ☐AM ☐PM  Ph.#: _____
☐LSP Notified of occurrence by: _____    ☐OUTCAMP    ☐ILH    ☐Other: _____
☐Location of Death:    ☐NU I    ☐NU II    ☐ATU    Physician whom pronounced death: _____
    Time of Death: _____    ☐AM ☐PM
☐Date of Death: _____    Date: _____    Time: _____    ☐AM ☐PM
☐Cause of Death: _____

**Staff Notification Checklist:**
☐Shift Lieutenant RFBTC: Name: _____    ☐Yes-CC will notify  ☐No-Staff to notify
☐Ask Control Cente. if they are going to notify:  (1) Duty Warden    ☐Yes-CC will notify  ☐No-Staff to notify    Date: _____    Time: _____    ☐AM ☐PM
    (2) Warden for Treatment    Title: _____    Time: _____    ☐AM ☐PM (Notify 5pm-8am, Weekends & Holidays)
☐Control Center  Name: _____    Date: _____    Time: _____    ☐AM ☐PM (Notify 24/7)
☐Duty Warden:  Name: _____    Date: _____    ☐Yes-Write N/A in blank below ☐No-Notify Med Dir
☐Warden of Treatment: Name: _____    ask if On call PCP will notify Medical Director?    Time: _____    ☐AM ☐PM
☐***Medical Director-notify 24/7, to avoid duplication,    Date: _____    Time: _____    ☐AM ☐PM
☐On call PCP  Name: _____    Date: _____    Time: _____    ☐AM ☐PM
☐Medical Director  Name: _____    Date: _____
☐Nursing Administration: Name: _____    ***If after 10:00 p.m., notify DON/ADON in a.m., unless critical incident occurred on Nursing Unit***

☐Chaplain Notified (Dir. 01.021) & Will Notify the Family.    Time: _____    ☐AM ☐PM    *Will the Family Claim the Body? ☐Yes ☐No
    Chaplain's Name: _____    Date: _____    Time: _____    ☐AM ☐PM (Notify 24/7)
☐WFP Coroner:  Name: _____    Date: _____    ☐Request copy of Death Certificate to confirm death: ☐N/A ☐Yes ☐No
☐Is the ID Tag on the Body and Bag? ☐N/A ☐Yes ☐No
☐Was an Autopsy Ordered?    ☐No    ☐Yes-If yes by whom?  Name: _____    ☐AM ☐PM
☐Can the Remains be released? ☐N/A ☐Yes    Date: _____    Time: _____    ☐AM ☐PM
☐ Was EMS Notified to pick up Deceased? ☐N/A ☐No ☐Yes - Name: _____    Date: _____    Time: _____

Signature: _____    ***NOTIFICATION OF DEATH CONTINUED ON THE BACK OF THIS SHEET***

LSP-TC 73  Rev. 12/2018



## LOUISIANA STATE PENITENTIARY

### R. E. BARROW JR., TREATMENT CENTER

### TRIP RETURN

DOC#: 120166

NAME: MITCHELL,KENNETH

LOCATION: WAL 2

DATE RETURNED TO TREATMENT CENTER 6/3/2019

Time returned to TC: _____ AM/PM

◆   CLINIC    WFPH/ER

◆   OTHER #: _CT head & facial bones w/o contrast_

Returned:   __ With Paperwork

__ Without Paperwork

__ Obtain Results

__ Discharge to Camp

Security Notified:_____ AM/PM

Admit to: __ Nursing Unit I

__ Nursing Unit II

Nurses Signature: _____

— obtain results-attached = Neg

6/4/19

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
ANGOLA, LOUISIANA

## CONSULTANT REFERRAL FORM

PATIENT'S NAME: Kenneth Mitchell DATE: 6/3/19

DOC#: 120166 DOB: [redacted] HOSPITAL#:

REQUEST FOR CONSULTATION (please specify location/physician):

BRIEF HISTORY, PHYSICAL EXAMINATION AND PURPOSE FOR CONSULTATION:

This 5? m/o who present 6 hrs after fall from standing position and landing on R side of body, sustaining laceration to R frontal/temporal area scalp and R periorbital hematoma

Ø LOC

PE: AOx4, NAD

laceration 2.3 cm R scalp region
& R periorbital hematoma

Requested by: [signature]

Provisional Diagnosis:
? facial fx, ? cranial injury

NOTICE: This patient is in custody. Please do not give him any prescriptions, medicines, etc. Also, return appointments should be ordered when the prison staff physician cannot provide adequate follow-up. DO NOT allow the inmate to have access to this information.

LSP-TC22 Rev. 10/97

COPY

LOUISISANA STATE PENITENTIARY • 17544 TUNICA TRACE • ANGOLA, LA 70712 • PHONE 225-655-2286
## ROBERT E. BARROW, JR. TREATMENT CENTER
### ACCIDENT / INJURY REPORT
### VITAL STATISTICS

TIME SEEN: 12.55

DATE: 06, 03, 19     NAME: Kenneth Mitchell     DOC#: 120166     AGE: 58     RACE: B

LIVING QUARTERS: Ug7 2     JOB ASSIGNMENT: HIPr     LAST TETANUS: 2019

MEDICATIONS: Tylenol Bencial TUMS Sulindac, Losartan, GEMFIbuzi     ALLERGIES: NKDA

DATE OF ACCIDENT: 06/03/19     TIME OF ACCIDENT: 12:45     ACCIDENT LOCATION: In Front of HACC Shack

| TIME: | B/P: | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |
|---|---|---|---|---|---|---|
| 12:55 | 176/111 | 102 | 18 | A+0x3 | | 99 RA |
| 13:30 | 166/105 | | 18 | AAOx3 | | 49% |
| : | 1 | | | | | |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Offender to ATU via EMS stricker c/o tripping & falling landing on the R side of face. Hema thma & cut to the R orbital Denied Loc. A+Ox3. 2bia W/O. PERRL NAD N.

MEDIC SIGNATURE: Zachry M

### PHYSICIAN ASSESSMENT AND TREATMENT

☐ CATEGORY A          ☐ CATEGORY B          ☒ CATEGORY C

*** SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY ***

This is 58 mo le who Tripped & hit R side of face w/ head in pavement (no pt) Pt denies LOC.
Bpm AOx4 NAD
VSS AF O2 55%
Head: 2.5cm lacent w/ of lt R
Eyes: EOMI, PERRL, conJ RRR nm
Us: CTA Ext rations, mve, ☐ CCE, Nbild

CT scan Head free & central

Front / temp rej scalp
R peri orb t

☐ Duty Status ___
☐ Diet ___
☐ Appointment
☐ Dressing Change

PHYSICIAN SIGNATURE:

TRANSPORTATION: ambulatory     DESTINATION: WFPH

TIME LEFT: 1405     ACCIDENT/INJURY REPORT     PAGE ___ OF

LSP-TC 07     Rev. 04/2018

000125

**LOUISIANA STATE PENITENTIARY - EMERGENCY MEDICAL SERVICES**

## AMBULANCE RUN REPORT

| | | | |
|---|---|---|---|
| **RUN NUMBER** | 19-0729 | | |
| **SIGNAL** | A-17 | | |
| **EMS UNIT #** | M-16 | | |
| **TRANS BLS** | ✓ | ALS | |

| | |
|---|---|
| **DATE** | 06/03/19 |
| **ASSIGNED** | 1230 |
| **ENROUTE** | 1230 |
| **ON SCENE** | 1239 |
| **TRANSPORTING** | 1243 |
| **AT HOSPITAL** | 1250 |
| **AVAILABLE** | 1255 |

| | |
|---|---|
| **CALL REC'D FROM** | Medical 4 |
| **NATURE OF THE CALL** | Offender Fell on Walk |
| **INCIDENT LOCATION** | Eastyard Kitchen Gate |
| **PATIENT** | Kenneth Mitchell |
| **ADDRESS OR LIVING QTR** | Walnut 2 |
| **CHIEF COMPLAINT** | head pain |

| | |
|---|---|
| **NT ORD BY** | N/A |
| **RECEIVING HOSPITAL** | RE-BTC-ATU |
| **RECEIVING MD/RN** | Crook |
| **DOC#/SS#** | 120166 |

| **AGE** | 50 | **RACE** | B | **SEX** | M |
|---|---|---|---|---|---|

### VITAL

| | | |
|---|---|---|
| **TIME** | 1241 | 1250 |
| **BLOOD PRESSURE** | 147/94 | 141/92 |
| **PULSE** | 111 | 95 |
| **RESPIRATION** | ≈16 | ≈16 |
| **LOC A.V.P.U.** | A | A |
| **PUPIL R/L** | ER/ER | ER/ER |
| **MOTOR FUNCTION** | PMS ⊕ x4 | |
| **SKIN** | W/D | W/D |
| **EKG** | — | — |
| **O2 STA/GLUCOSE** | 100%/- | 100%/- |

### MEDS/TX

| | | | |
|---|---|---|---|
| **OXYGEN** | | | **TOTAL FLUID** |
| **IV1 FLUID/RATE** | | | CC |
| **IV2 FLUID/RATE** | | | |
| **DEFIB** | T/A | | |
| **MEDS** | T/A | | |

| **ALLERGIES** | PCN |
|---|---|

**CURRENT MEDICATIONS:** Sulindac. Losartan. A-Balm. APAP. Benadryl. Tums. Lopid

**PMHX/TX:** Arrived on scene for 50 yo BM lying prone on walk c̄ hands restrained behind his back PTA- Security present - Pt is AxOx3. Pt has ≈30cc of blood near his head. Security states that pt attempted to pull away from him & he fell. Security states there was no loss of consciousness. Pt states "I think I got knocked out." Pt c/o pain to ® side of head near the top. Denies neck/back pain. PMS⊕x4. Pt rolled onto his back & was assisted to standing position. Pt stands upright c̄ difficulty or sway. Ambulates to stretcher, secured x3 straps. V/s as above. Pt loaded to M-16. 1° & 2° completed en route. PEARL. Pt has dried blood to ® side of head/face. Pt has ≈1½ inch laceration to top of head on ® side. Bleeding controlled PTA c̄ natural clotting process. ⊕active bleeding. Pt voices ⊖ other c/c. Pt has ≈2-3 cm hematoma to ® upper cheekbone near lateral aspect ® eye. V/s reassessed upon arrival @ ATU. Pt care & report turned over to S.Lackney, RN c̄ incident ⊕

| | | | |
|---|---|---|---|
| **EMT #1** | A.Uwah | **REG #** | A#1 EMT |
| **EMT #2** | M.Moreau | **REG #** | M.5012062 |
| **HCP#** | 84/578 | **REFERRAL#** | |

000126

 

LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER                      DS#:
ANGOLA, LA  70712

MEDICAL DUTY STATUS REPORT
MEMO TYPE DATE: 3/09/2020          HIC 1
ISSUE DATE: 3/09/2020

DOC#:120166          NAME:MITCHELL          , KENNETH          RACE:B
TEMPORARY DUTY STATUS:NO DUTY, NO SPORTS X TWO (2) WEEKS


REASON:MEDICAL

TEMPORARY DUTY EXPIRES 03/23/2020      AND REVERTS BACK TO PERMANENT DUTY STATUS
AT MIDNIGHT.                                                    ND
TEMPORARY DUTY PER ORDERS OF:DR. CROOK, MD                    .
*************************************************************************************
ISSUE DATE: 12/27/2013          MEMO TYPE DATE: 12/27/2013
PERMANENT DUTY STATUS:REGULAR DUTY X PERMANENT


REASON:      TRANSFER INTERVIEW

PER ORDERS OF:DR. LAVESPERE, MD      MD  Perm Duty Status Code: RD
                                         INPUT BY_____

CC: INMATE SIGNATURE_____
    SECURITY SIGNATURE_____
    FILE

000127

 

LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER
ANGOLA, LA  70712

DS#:

MEDICAL DUTY STATUS REPORT
MEMO TYPE DATE: 3/10/2020

HIC 1

ISSUE DATE: 3/10/2020

DOC#:120166         NAME:MITCHELL           , KENNETH         RACE:B
TEMPORARY DUTY STATUS:NO DUTY, NO SPORTS X TWO (2) DAYS

REASON:DENTAL

TEMPORARY DUTY EXPIRES 03/12/2020    AND REVERTS BACK TO PERMANENT DUTY STATUS
AT MIDNIGHT.                                              ND
TEMPORARY DUTY PER ORDERS OF:DR. HILL, DDS                     .
*************************************************************************************
ISSUE DATE: 12/27/2013      MEMO TYPE DATE: 12/27/2013
PERMANENT DUTY STATUS:REGULAR DUTY X PERMANENT

REASON:      TRANSFER INTERVIEW

PER ORDERS OF:DR. LAVESPERE, MD       MD  Perm Duty Status Code: RD
                                          INPUT BY_____

CC: INMATE SIGNATURE _Kenneth Mitchell_
    SECURITY SIGNATURE_____
    FILE

000128

LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER
ANGOLA, LA   70712                              DS#:

MEDICAL DUTY STATUS REPORT
MEMO TYPE DATE: 10/21/2019          CBC L/R

ISSUE DATE: 10/18/2019                                      RACE:B

DOC#:120166          NAME:MITCHELL          , KENNETH
TEMPORARY DUTY STATUS:NO DUTY, NO SPORTS X FIVE (5) DAYS

REASON:MEDICAL

TEMPORARY DUTY EXPIRES 10/25/2019      AND REVERTS BACK TO PERMANENT DUTY STATUS
AT MIDNIGHT.                                              ND
TEMPORARY DUTY PER ORDERS OF:DR. CROOK, MD *******************************
*****************************************
ISSUE DATE: 12/27/2013          MEMO TYPE DATE: 12/27/2013
PERMANENT DUTY STATUS:REGULAR DUTY X PERMANENT

REASON:      TRANSFER INTERVIEW

PER ORDERS OF:DR. LAVESPERE, MD      MD  Perm Duty Status Code: RD
                                        INPUT BY_____

CC: INMATE SIGNATURE_____
    SECURITY SIGNATURE_____
    FILE

# LOUISIANA STATE PENITENTIARY
# R.E. BARROW, JR. TREATMENT CENTER
# THERAPEUTIC DIET APPROVAL FORM

INMATE NAME:     MITCHELL, KENNETH

DOC#:            120166

HOUSING AREA:    HIC 1

ORIGINAL THERAPEUTIC DIET DATE:   Feb 22, 2019

TEMPORARY THERAPEUTIC DIET:
LOW SODIUM, LOW FAT DIET X TWELVE (12) MONTHS

DIET EXPIRES ON   02/22/2020   AND REVERTS BACK TO PERMANENT DIET AT MIDNIGHT

REORDER DURATION:  ☐ 1 MTH     ☐ 3 MTHS     ☐ 6 MTHS     ☑ 12 MTHS

TYPE:     ☐ DIABETIC     ☐ PM SNACK     ☑ LOW SODIUM     ☑ LOW FAT

          ☐ RENAL        ☐ BLAND        ☐ LOW PROTIEN    ☐ DOUBLE PORTION

          ☐ REGULAR DIET                ☐ KEEP EXISTING THERAPEUTIC DIET

ORDERED BY: PRINT _____   DATE: _____

            SIGNATURE _____   TIME: _____

***************************Therapeutic Diet Review*******************************

Primary Care MD:   R. BORDELON, NP

Wednesday, June 10, 2020                    09:47am

000130

LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER
ANGOLA, LA  70712

TO: INMATE                           MEMORANDUM
                          MEMO TYPED DATE:10/16/2020    ISSUED DATE:10/16/2020
TO: DIETICIAN

FROM: HEALTH INFORMATION MANAGEMENT DEPARTMENT          RE: DIET
=================================================================================
                           LOCATION:OAK 3
DOC#:120166            NAME:MITCHELL        ,KENNETH                    RACE:B

TEMPORARY DIET
LOW SODIUM, LOW FAT DIET X TWELVE (12) MONTHS
PER ORDERS OF DR LAFLEUR, MD.
DIET EXPIRES ON: 10/16/2021  AND REVERTS BACK TO PERMANENT DIET AT MIDNIGHT.
**************************************************************************************
PERMANENT DIET:     MEMO TYPED DATE: 06/22/2018   ISSUED DATE: 02/01/2019
REGULAR DIET X PERMANENT


PER ORDERS OF: DR. LAVESPERE, MD
                                              CARDIAC
Diet Catetory:                     LISTING  DIABETIC
                                              RENAL
                                              HYPERTENSIVE
                                              OTHER


CC: INMATE SIGNATURE_____
    SECURITY SIGNATURE_____
    FILE

000131



## LOUISIANA STATE PENITENTIARY
### R.E. B.T.C. LAB
### 911 WAREHOUSE ROAD
### ANGOLA, LA 70712
### 225-655-2306

CIRCLE WHICH TEST APPLIES:

PT/INR        (FLU)

TROPONIN        IFOB

HBA1C

| FOB # |
|---|
| CIRCLE ONE: |
| SAMPLE<br>IFOB = NEG        POS |
| NORMAL VALUE = NEGATIVE |

| PT/ INR |
|---|
| PT = _____ |
| INR = _____<br>Normal INR range = 0.8 – 1.2<br>CRITICAL INR = > 4.9 |

| HEMOGLOBIN AIC |
|---|
| HA1C = _____ % |
| REFERENCE RANGES : 4 – 6% |

| CARDIAC ENZYMES |
|---|
| CIRCLE ONE: |
| TROPONINI = _____ |
| REFERENCE RANGE = 0.0 - 0.04<br>CRITICAL   >0.48 |

NAME: Kenneth Mitchell

DOC: 120166

AGE: 51

D.O.B. 09/08/1968

LOCATION: Hic1

DOCTOR: Crook

COLLECTION DATE: 03/27/20

COLLECTION TIME: 08:10

INITIALS: Krm

REPORTED DATE: 03/27/20

REPORTED TIME: 08:25

INITIALS: Krm

| FLU |
|---|
| TYPE A= neg      TYPE B= neg |

MAUNAL TEST LOG 2015

## LOUISIANA STATE PENITENTIARY
### R.E. B.T.C. LAB
### 911 WAREHOUSE ROAD
### ANGOLA , LA 70712
### 225-655-2306

CIRCLE WHICH TEST APPLIES:

PT/INR                    HIV        FLU

TROPONIN            FOB

HBA1C                   RPR

| NAME: | KENNETH MITCHELL |
|---|---|
| DOC: | 120166 |
| AGE: | 51 |
| D.O.B. | 9/8/68 |
| LOCATION: | CBD |
| DOCTOR: | LAVESPERE / CODY / APE |
| COLLECTION DATE: | 11/12/19 |
| COLLECTION TIME: | 0700 |
| INITIALS: | NP |
| REPORTED DATE: | 11/13/19 |
| REPORTED TIME: | 0900 |
| INITIALS: | AU |

### FOB #2
CIRCLE ONE:

SAMPLE
IFOB    ( NEG )    POS

NORMAL VALUE = NEGATIVE

### PT/ INR

PT = _____

INR = _____
Normal INR range = 0.8 – 1.2
CRITICAL INR = > 4.9

### HEMOGLOBIN AIC

HA1C = _____ %

REFERENCE RANGES : 4 – 6%

### CARDIAC ENZYMES
CIRCLE ONE:

TROPONINI = _____

REFERENCE RANGE = 0.0 - 0.04
CRITICAL   >0.48

### FLU

TYPE A = _____    TYPE B = _____

### RPR
CIRCLE ONE:

RPR =   NON REACTIVE        REACTIVE

NORMAL VALUES = NON REACTIVE

### HIV ANTIBODY1/2

CHEMBIO: NONREACTIVE    REACTIVE

INSTI:        NONREACTIVE    REACTIVE

NORMAL VALUE = NONREACTIVE

MAUNAL TEST LOG 2015

000133

## LOUISIANA STATE PENITENTIARY
### R.E. B.T.C. LAB
### 911 WAREHOUSE ROAD
### ANGOLA , LA 70712
### 225-655-2306

CIRCLE WHICH TEST APPLIES:

PT/INR          HIV   FLU

TROPONIN       IFOB

HBA1C          RPR

| NAME: | KENNETH MITCHELL |
|---|---|
| DOC: | 120166 |
| AGE: | 51 |
| D.O.B. | 09/08/1968 |
| LOCATION: | CBD |
| DOCTOR: | LAVESPERE/CODY/APE |
| COLLECTION DATE: | 11/13/2019 |
| COLLECTION TIME: | 0800 |
| INITIALS: | AC |
| REPORTED DATE: | 11/13/19 |
| REPORTED TIME: | 1200 |
| INITIALS: | AC |

### FOB #3
CIRCLE ONE:

SAMPLE
IFOB +  NEG   POS

NORMAL VALUE = NEGATIVE

### PT/ INR

PT  = _____

INR = _____
Normal INR range =  0.8 – 1.2
CRITICAL INR =  > 4.9

### HEMOGLOBIN AIC

HA1C = _____ %

REFERENCE RANGES :  4 – 6%

### CARDIAC ENZYMES
CIRCLE ONE:

TROPONINI = _____

REFERENCE RANGE =  0.0 - 0.04
CRITICAL   >0.48

### RPR
CIRCLE ONE:

RPR =  NON REACTIVE       REACTIVE

NORMAL VALUES = NON REACTIVE

### HIV ANTIBODY1/2

CHEMBIO: NONREACTIVE   REACTIVE

INSTI:       NONREACTIVE   REACTIVE

NORMAL VALUE = NONREACTIVE

MAUNAL TEST LOG 2015

000134

## LOUISIANA STATE PENITENTIARY
### R.E. B.T.C. LAB
### 911 WAREHOUSE ROAD
### ANGOLA , LA 70712
### 225-655-2306

CIRCLE WHICH TEST APPLIES:

PT/INR          HIV   FLU

TROPONIN        IFOB

HBA1C           RPR

| NAME: | KENNETH MITCHELL |
|---|---|
| DOC: | 120166 |
| AGE: | 51 |
| D.O.B. | 09/08/1968 |
| LOCATION: | CBD |
| DOCTOR: | LAVESPERE/CODY/APE |
| COLLECTION DATE: | 11/8/19 |
| COLLECTION TIME: | 0700 |
| INITIALS: | TR |
| REPORTED DATE: | 11/8/19 |
| REPORTED TIME: | 1330 |
| INITIALS: | TR |

### FOB #1
CIRCLE ONE:

SAMPLE
IFOB = ( NEG )   POS

NORMAL VALUE = NEGATIVE

### PT/ INR

PT  = _____

INR = _____
Normal INR range = 0.8 – 1.2
CRITICAL INR = > 4.9

### HEMOGLOBIN A1C

HA1C = _____ %

REFERENCE RANGES : 4 – 6%

### CARDIAC ENZYMES
CIRCLE ONE:

TROPONINI = _____

REFERENCE RANGE = 0.0 - 0.04
CRITICAL   >0.48

### FLU

TYPE A = _____    TYPE B = _____

### RPR
CIRCLE ONE:

RPR =  NON REACTIVE      REACTIVE

NORMAL VALUES = NON REACTIVE

### HIV ANTIBODY1/2

CHEMBIO: NONREACTIVE   REACTIVE

INSTI:     NONREACTIVE    REACTIVE

NORMAL VALUE = NONREACTIVE

MAUNAL TEST LOG 2015

000135

**R.B. BARROW, JR TREATMENT CENTER**
**LABORATORY**
**911 WAREHOUSE RD.**
**ANGOLOA, LA 70712**

## I-STAT   REPORT

NAME: *Kenneth Mitchell*

DOC: *120166*

DOCTOR: *Crook*

COLLECTION DATE: *10/19/19*

COLLECTION TIME: *1420*

TECH:

| REFERENCE RANGES | | |
|---|---|---|
| ANALYTE | UNIT | REFERENCE RANGE |
| SODIUM | mmol/L | 135-145    *139* |
| POTASSIUM | mmol/L | 3.6-5.0    *4.0* |
| CHLORIDE | mmol/L | 101-111    *104* |
| iCal | mmol/L | 0.25-2.5    *1.15* |
| TCO2 | mmol/L | 21-31    *22* |
| GLUCOSE | mg/dl | 70-110    *124* |
| BUN | mg/dl | 6-20    *10* |
| CREA | mg/dl | 0.50-1.20    *1.24* |
| HCT | %PCV| | 35.0-60.0    *44* |
| HGB | g/dl | 11.0-18.0    *15.0* |

¡ Packed Cell Volume

*Panic values must be repeated*
SODIUM <120 or >155
POTASSIUM- <3.1 or >6.0
CHLORIDE- > 120
GLUCOSE- <50 or >250
HGB- <8.0 OR > 20.0

I STAT FORM.DOC

Copy

000136



## LabCorp

| | Patient Report |
|---|---|

Specimen ID: 311-613-0300-0          Acct #: 17803060       Phone: (225) 655-2280    Rte: 12
Control ID: B0096134922

**MITCHELL, KENNETH**

Louisiana State Penitentiary
911 Warehouse
Angola LA 70712

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: | Date collected: 11/07/2019 1355 Local | Ordering: R LAVESPERE |
| Age(y/m/d): 051/01/30 | Date received: 11/07/2019 | Referring: |
| Gender: M    SSN: | Date entered: 11/07/2019 | ID: |
| Patient ID: 120166 | Date reported: 11/08/2019 0910 ET | NPI: 1447599675 |

**General Comments & Additional Information**
Clinical Info: CODY/APE

**Alternate Control Number:** B0096134922                **Alternate Patient ID:** 120166

**Ordered Items**
CBC With Differential/Platelet; Comp. Metabolic Panel (14); Urinalysis, Complete; Lipid Panel; Prostate-Specific Ag, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 6.8 | | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 4.63 | | x10E6/uL | 4.14 - 5.80 | 01 |
| Hemoglobin | 13.1 | | g/dL | 13.0 - 17.7 | 01 |
| Hematocrit | 41.5 | | % | 37.5 - 51.0 | 01 |
| MCV | 90 | | fL | 79 - 97 | 01 |
| MCH | 28.3 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 31.6 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 14.6 | | % | 12.3 - 15.4 | 01 |
| Platelets | 233 | | x10E3/uL | 150 - 450 | 01 |
| Neutrophils | 57 | | % | Not Estab. | 01 |
| Lymphs | 29 | | % | Not Estab. | 01 |
| Monocytes | 9 | | % | Not Estab. | 01 |
| Eos | 5 | | % | Not Estab. | 01 |
| Basos | 0 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 3.9 | | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 2.0 | | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes(Absolute) | 0.6 | | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.3 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 0 | | % | Not Estab. | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 100 | High | mg/dL | 65 - 99 | 01 |
| BUN | 10 | | mg/dL | 6 - 24 | 01 |
| Creatinine | 1.01 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 86 | | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 99 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 10 | | | 9 - 20 | |

Date Issued: 11/08/19 0930 ET                    **FINAL REPORT**                       Page 1 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



## ▓LabCorp                                                    Patient Report

Patient: **MITCHELL, KENNETH**
DOB ▇▇▇▇▇▇        Patient ID: 120166        Control ID: B0096134922

Specimen ID: 311-613-0300-0
Date collected: 11/07/2019 1355 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|--------|--------|------|-------|-------------------|-----|
| Sodium | 139 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.0 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 102 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 21 | | mmol/L | 20 - 29 | 01 |
| Calcium | 9.4 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total | 7.2 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.3 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.9 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.5 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 82 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 15 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 10 | | IU/L | 0 - 44 | 01 |

**Urinalysis, Complete**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|--------|--------|------|-------|-------------------|-----|
| Urinalysis Gross Exam | | | | | 01 |
| Specific Gravity | 1.013 | | | 1.005 - 1.030 | 01 |
| pH | 5.5 | | | 5.0 - 7.5 | 01 |
| Urine-Color | Yellow | | | Yellow | 01 |
| Appearance | Clear | | | Clear | 01 |
| **WBC Esterase** | **Trace** | **Abnormal** | | Negative | 01 |
| Protein | Negative | | | Negative/Trace | 01 |
| Glucose | Negative | | | Negative | 01 |
| Ketones | Negative | | | Negative | 01 |
| Occult Blood | Negative | | | Negative | 01 |
| Bilirubin | Negative | | | Negative | 01 |
| Urobilinogen, Semi-Qn | 0.2 | | mg/dL | 0.2 - 1.0 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | | | | | |
| | See below: | | | | 01 |
| Microscopic was indicated and was performed. | | | | | |
| WBC | 0-5 | | /hpf | 0 - 5 | 01 |
| RBC | 0-2 | | /hpf | 0 - 2 | 01 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 | 01 |
| Bacteria | Few | | | None seen/Few | 01 |

**Lipid Panel**

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|--------|--------|------|-------|-------------------|-----|
| Cholesterol, Total | 150 | | mg/dL | 100 - 199 | 01 |
| **Triglycerides** | **368** | **High** | mg/dL | 0 - 149 | 01 |
| **HDL Cholesterol** | **29** | **Low** | mg/dL | >39 | 01 |
| **VLDL Cholesterol Cal** | **74** | **High** | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 47 | | mg/dL | 0 - 99 | |

**Prostate-Specific Ag, Serum**

---

Date Issued: 11/08/19 0930 ET                    **FINAL REPORT**                    Page 2 of 3

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 205-581-3500

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



## LabCorp

**Patient Report**

Patient: MITCHELL, KENNETH                                    Specimen ID: 311-613-0300-0
DOB: 0██████        Patient ID: 120166        Control ID: 80096134922        Date collected: 11/07/2019 1355 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|--------|------|-------|--------------------|-----|
| Prostate Specific Ag, Serum | 0.6 | | ng/mL | 0.0 - 4.0 | 01 |

Roche ECLIA methodology.
According to the American Urological Association, Serum PSA should decrease and remain at undetectable levels after radical prostatectomy. The AUA defines biochemical recurrence as an initial PSA value 0.2 ng/mL or greater followed by a subsequent confirmatory PSA value 0.2 ng/mL or greater.
Values obtained with different assay methods or kits cannot be used interchangeably. Results cannot be interpreted as absolute evidence of the presence or absence of malignant disease.

| 01 | MB | LabCorp Birmingham | Dir: Brian Ragland, MD |
|----|----|---------------------|-------------------------|
| | | 1801 First Avenue South, Birmingham, AL 35233-1935 | |

For inquiries, the physician may contact **Branch: 225-298-8200 Lab: 205-581-3500**

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 205-581-3500          © 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

000139

Case 3:20-cv-00314-BAJ-SDJ   Document 18-2   09/30/21   Page 140 of 170



Mitchell, Kenneth
ID: 120166
DOB
52yr,

22-Jun-2021 13:22:56

| | | |
|---|---|---|
| Vent rate | 84 | BPM |
| PR int | 158 | ms |
| QRS dur | 85 | ms |
| QT/QTc | 354/395 | ms |
| P-R-T axes | 67 68 69 | |

SINUS RHYTHM
MODERATE VOLTAGE CRITERIA FOR LVH, CONSIDER NORMAL VARIANT (MEETS CRITERIA IN ONE OF:
   R(aVL), S(V1), R(V5), R(V5/V6)+S(V1))
NONSPECIFIC T-WAVE ABNORMALITY
BORDERLINE ECG

UNCONFIRMED REPORT

000140

I19230003138

Site *   0 Cart *   0   Version 2.3.0   Sequence *01705   25mm/s   10mm/mV   0.05-150 Hz



18-Oct-2019 14:23:41

Kenneth
Mitchell
120166

Vent rate 98 BPM
PR int 158 ms
QRS dur 85 ms
QT/QTc 310/366 ms
P-R-T axes 77 85 66

SINUS RHYTHM
NONSPECIFIC T-WAVE ABNORMALITY
BORDERLINE ECG
INTERPRETATION BASED ON A DEFAULT AGE OF 40 YEARS

UNCONFIRMED REPORT

ID:
DOB
yr.

Site # 0 Cart # 0 Version 2.3.0 Sequence #00240 25mm/s 10mm/mV 0.05-150 Hz

119240000105

Mortara

19-1466
10/18/19

Kenneth
Mitchell
DOC# 120166

10/18/19

Mitchell, Kenneth
ID: 120166
DOB
51yr.

09-Oct-2019 10:20:51

| | |
|---|---|
| Vent rate | 64 BPM |
| PR int | 165 ms |
| QRS dur | 94 ms |
| QT/QTc | 396/406 ms |
| P-R-T axes | 54  61  36 |

SINUS RHYTHM
MINIMAL VOLTAGE CRITERIA FOR LVH, CONSIDER NORMAL VARIANT [MEETS CRITERIA IN ONE OF:
  R(aVL), S(V1), R(V5), R(V5/V6)+S(V1)]
ST ELEVATION, PROBABLY EARLY REPOLARIZATION [ST ELEVATION WITH NORMALLY INFLECTED T
  WAVE]
BORDERLINE ECG

UNCONFIRMED REPORT

09/30/21    Document 18-2    Case 3:20-cv-00314-BAJ-SDJ



Site #    0 Cart #    0  Version 2.3.0  Sequence #00230  25mm/s  10mm/mV  0.05-150 Hz

ll9230003138



**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

---

**Name:** Kenneth Mitchell
**Patient ID:** 300160445
**DOB:**
**Phone:**
**Acc #:** 4700508
**Secondary ID:** 120166

**Exam Date:** 05/07/2021 10:55 AM
**Exam:** XR CHEST 2 VIEWS | 71046
**Referrer:** Cindy Parks, NP

---

**EXAM:** XR CHEST 2 VIEWS

**CLINICAL HISTORY:** Annual physical examination

**COMPARISON:** 3/27/2020

**FINDINGS:** The size and contour of the heart are normal. The lungs are clear. There is no pneumothorax or pleural effusion.

**IMPRESSION:** Normal study.

**Report Electronically Signed by:  Robert Newsome MD**
**Report Electronically Signed on:  05/07/2021**

---

**Patient Name:** Kenneth Mitchell
**Patient ID:** 300160445
**Completed Date:** 05/07/2021 10:55 AM
**Transcribed By:** P360 PowerScribe
**Transcribed Date:** 05/07/2021

**Exam:** XR CHEST 2 VIEWS | 71046
**Acc #:** 4700508
**Interpreting Rad:** Robert Newsome MD
**Dictated Date:** 05/07/2021 11:00 AM
**Finalized Date:** 05/07/2021 11:00 AM



**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

---

**Name:** Kenneth Mitchell
**Patient ID:** 300160445
**DOB:** ▮▮▮▮▮▮▮
**Phone:**
**Acc #:** 4700516
**Secondary ID:** 120166

**Exam Date:** 05/07/2021 10:57 AM
**Exam:** XR KNEE LEFT 1 OR 2 VIEWS | 73560
**Referrer:** Cindy Parks, NP

---

**EXAM:** XR KNEE LEFT 1 OR 2 VIEWS

**CLINICAL HISTORY:** Left knee pain.

**COMPARISON:** None

**FINDINGS:**

Normal bony mineralization. No acute fracture or dislocation. Joint spaces well-preserved in all 3 compartments. Soft tissues are normal. No significant change since 2/28/2020.

**IMPRESSION:**

1. Negative right knee x-ray. No change since the prior exam.

Report Electronically Signed by: Robert Branstetter MD
Report Electronically Signed on: 05/07/2021

---

**Patient Name:** Kenneth Mitchell
**Patient ID:** 300160445
**Completed Date:** 05/07/2021 10:57 AM
**Transcribed By:** P360 PowerScribe
**Transcribed Date:** 05/07/2021

**Exam:** XR KNEE LEFT 1 OR 2 VIEWS | 73560
**Acc #:** 4700516
**Interpreting Rad:** Robert Branstetter MD
**Dictated Date:** 05/07/2021 11:13 AM
**Finalized Date:** 05/07/2021 11:13 AM

05/8/21

LOUISIANA STATE PENITENTIARY
R.E. BARLOW, JR. TREATMENT CENTER L.
911 Warehouse Road
Angola, Louisiana 70712
225-655-2306

## ANCILLARY SERVICES REQUEST

| PATIENT NAME: Kenneth Mitchell | DOC#: 1201106 | Location: Pre 1 | | |
|---|---|---|---|---|
| DATE OF BIRTH: ▮▮▮▮▮▮ | AGE: | SEX: | ☐Male | ☐Female |

| DATE TO BE DONE: 6/6/21 | DIAGNOSIS: Routine |
|---|---|

**BLOOD: Serum**
- ☑ CMP
- ☐ Chem 7
- ☐ BMP
- ☐ Renal
- ☑ Lipid
- ☐ Liver
- ☑ PSA
- ☑ TSH
- T4
- T3
- B12
- Folate
- CRP
- HCV VL (Post Treatment)
- HIV
- HIV VL
- HIV CD4
- Iron
- Ferritin
- TIBC
- HIV Genotype
- Hepatitis Panel (x5)

**BLOOD: Plasma**
- ☑ CBC (Purple)
- ☐ HgbA1C
- ☐ Troponin (Green)
- ☐ Pt/PH (Blue)
- ☐ Pt/INR

**URINE:**
- ☑ UA
- ☐ Urine C & S
- ☐ Micro Alb./Creatinine
- ☐ Protein/Creatinine

**☐ OTHER:**
FOBT x 3

| Ordering MD/NP: | | FASTING: | ☐ Yes   ☐ No |
|---|---|---|---|

| Date Collected: | | Time Collected: | ☐AM ☐PM | Initials: | |
|---|---|---|---|---|---|

| EKG: | ☑ Yes ☐No ☐N/A | ☐ STAT | ☐ ROUTINE: REQUESTED TIMEFRAME: |
|---|---|---|---|

| CHEST X-RAY | ☑ Yes ☐ No ☐N/A | ☐ STAT | |
|---|---|---|---|
| Lt knee | | ☐ ROUTINE: | REQUESTED TIMEFRAME: |

TC 100   04/2021                ANCILLARY SERVICES REQUEST



**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

| | |
|---|---|
| **Name:** Kenneth Mitchell | **Exam Date:** 03/27/2020 08:10 AM |
| **Patient ID:** 300160445 | **Exam:** XR CHEST 2 VIEWS | 71046 |
| **DOB:** ▮ | **Referrer:** Daniel Crook, MD |
| **Phone:** | |
| **Acc #:** 4246268 | |
| **Secondary ID:** 120166 | |

**EXAM:** XR CHEST 2 VIEWS

**CLINICAL HISTORY:** Fever. Cough.

**FINDINGS:** Eventration of the right hemidiaphragm. The lung fields are clear. The heart and mediastinal structures appear normal.

**IMPRESSION:** No acute cardiopulmonary disease. No change compared to 10/18/2019.

Report Electronically Signed by: David Hoff MD
Report Electronically Signed on: 03/27/2020

| | | |
|---|---|---|
| **Patient Name:** Kenneth Mitchell | **Exam:** | XR CHEST 2 VIEWS | 71046 |
| **Patient ID:** 300160445 | **Acc #:** | 4246268 |
| **Completed Date:** 03/27/2020 08:10 AM | **Interpreting Rad:** David Hoff MD | |
| **Transcribed By:** P360 PowerScribe | **Dictated Date:** | 03/27/2020 08:13 AM |
| **Transcribed Date:** 03/27/2020 | **Finalized Date:** | 03/27/2020 08:13 AM |

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER

#### DIAGNOSTIC RADIOLOGY

☐ Clinic
☐ In-patient - Location Room/Bed _____
☒ Emergency Room
☐ Isolation

Diagnosis & Pertinent Clinical Information:

Fever, Cough

NAME: _Kenneth Mitchell_

DOC#: _120166_

LOCATION: _Hi.c.l_

AGE: _51_    RACE: _B_

| Date Exam Desired: 3/27/20 | Physician: Cork | |
|---|---|---|
| Previous X-Ray Done: ☐ Yes ☐ No | Exam Date: | Exam Time: ___ AM PM |

Examination Ordered:

CXR

Technician Remarks:

Technician Initials:

SP-TCXR 02    Rev. 04/2012

DIAGNOSTIC RADIOLOGY

000148



**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

| | | | |
|---|---|---|---|
| **Name:** | Kenneth Mitchell | **Exam Date:** | 02/28/2020 01:01 PM |
| **Patient ID:** | 300160445 | **Exam:** | XR KNEE LEFT 1 OR 2 VIEWS \| 73560 |
| **DOB:** | ▮ | **Referrer:** | Daniel LaFleur, MD |
| **Phone:** | | | |
| **Acc #:** | 4218769 | | |
| **Secondary ID:** | 120166 | | |

**EXAM:** XR KNEE LEFT 1 OR 2 VIEWS

**CLINICAL HISTORY:** Pain in the left knee

**FINDINGS:** There is no fracture. There is no dislocation. There are multiple cassette artifacts.

**IMPRESSION:**
1. No fracture or dislocation
2. There are multiple cassette artifacts. A foreign body cannot be excluded.

Report Electronically Signed by: Robert Newsome MD
Report Electronically Signed on: 02/28/2020

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Mitchell | **Exam:** | XR KNEE LEFT 1 OR 2 VIEWS \| 73560 |
| **Patient ID:** | 300160445 | **Acc #:** | 4218769 |
| **Completed Date:** | 02/28/2020 01:01 PM | **Interpreting Rad:** | Robert Newsome MD |
| **Transcribed By:** | P360 PowerScribe | **Dictated Date:** | 02/28/2020 01:30 PM |
| **Transcribed Date:** | 02/28/2020 | **Finalized Date:** | 02/28/2020 01:30 PM |

D⁻ᵗ
3/2/2020

## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER

### DIAGNOSTIC RADIOLOGY

☐ Clinic
☐ In-patient - Location Room/Bed _____
☐ Emergency Room
☐ Isolation

Diagnosis & Pertinent Clinical Information:

① knee ~

NAME: _Mitchell, Kenneth_

DOC#: _120166_

LOCATION: _Nic 1_

| Date Exam Desired: | Physician: |
|---|---|
| _Tody_ | _LaFleur Do~_ |

AGE: _51_     RACE: _B_

| Previous X-Ray Done: | Exam Date: |
|---|---|
| ☐ Yes<br>☑ No | |

Exam Time:
_____  AM
_____  PM

Examination Ordered:

① knee

| Technician Remarks: | |
|---|---|
| | Technician Initials: |

LSP-TCXR 02    Rev. 04/2012

### DIAGNOSTIC RADIOLOGY

000150

 SYNAPSE

Home | Workfile | Schedule | Patient | Reports | Exams | Tools | My Profile

**QuickLinks**

Print/Fax Report
Send Reminders

**Recently Viewed Items**

Reports - Acc: 4066672
Exam History - PT: 300160445
Daily Worklist
Home
Orders - Acc: 4066736
Order - Acc: 4066736

**Favorite Pages**

**Actions**

View Order
Print Report
Referrer Notes

**Report Lookup**    Accession #: 4066672    [Search]

Status: Final

View: Image

**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

| | | |
|---|---|---|
| **Name:** | Kenneth Mitchell | **Exam Date:** 10/18/2019 03:04 PM |
| **Patient ID:** | 300160445 | **Exam:** XR CHEST 2 VIEWS \| 71046 |
| **DOB:** | ▮▮▮▮ | **Referrer:** Daniel Crook, MD |
| **Phone:** | | |
| **Acc #:** | 4066672 | |
| **Secondary ID:** | 120166 | |

**EXAM:** XR CHEST 2 VIEWS

**CLINICAL HISTORY:** Chest pain; shortness of breath

**COMPARISON:** 9/29/2019

**FINDINGS:** The size and contour of the heart are normal. The lungs are clear. There is no pneumothorax or pleural effusion. There is a mild amount of levoconvex curvature of the thoracic spine.

**IMPRESSION:**
1. The lungs are clear.
2. There is a mild amount of levoconvex curvature of the thoracic spine.

**Report Electronically Signed by: Robert Newsome MD**
**Report Electronically Signed on: 10/18/2019**

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Mitchell | **Exam:** | XR CHEST 2 VIEWS \| 71046 |
| **Patient ID:** | 300160445 | **Acc #:** | 4066672 |
| **Completed Date:** | 10/18/2019 03:04 PM | **Interpreting Rad:** | Robert Newsome MD |
| **Transcribed By:** | P360 PowerScribe | **Dictated Date:** | 10/18/2019 03:13 PM |
| **Transcribed Date:** | 10/18/2019 | **Finalized Date:** | 10/18/2019 03:13 PM |

Worklist | Scheduling Grid | Patients | Reports | Exams | Tools | My Profile

*[handwritten signature]* 10/18/19

000151



**ANGOLA STATE PRISON**
17644 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

| | |
|---|---|
| **Name:** Kenneth Mitchell | **Exam Date:** 10/18/2019 03:04 PM |
| **Patient ID:** 300160445 | **Exam:** XR CHEST 2 VIEWS \| 71046 |
| **DOB:** | **Referrer:** Daniel Crook, MD |
| **Phone:** | |
| **Acc #:** 4066672 | |
| **Secondary ID:** 120166 | |

**EXAM:** XR CHEST 2 VIEWS

**CLINICAL HISTORY:** Chest pain; shortness of breath

**COMPARISON:** 9/29/2019

**FINDINGS:** The size and contour of the heart are normal. The lungs are clear. There is no pneumothorax or pleural effusion. There is a mild amount of levoconvex curvature of the thoracic spine.

**IMPRESSION:**
1. The lungs are clear.
2. There is a mild amount of levoconvex curvature of the thoracic spine.

*10/19/19*

Report Electronically Signed by: **Robert Newsome MD**
Report Electronically Signed on: **10/18/2019**

| | |
|---|---|
| **Patient Name:** Kenneth Mitchell | **Exam:** XR CHEST 2 VIEWS \| 71046 |
| **Patient ID:** 300160445 | **Acc #:** 4066672 |
| **Completed Date:** 10/18/2019 03:04 PM | **Interpreting Rad:** Robert Newsome MD |
| **Transcribed By:** P360 PowerScribe | **Dictated Date:** 10/18/2019 03:13 PM |
| **Transcribed Date:** 10/18/2019 | **Finalized Date:** 10/18/2019 03:13 PM |

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER

DIAGNOSTIC RADIOLOGY

| | |
|---|---|
| □ Clinic | □ Emergency Room |
| □ In-patient - Location Room/Bed ___ | □ Isolation |

NAME: Kenneth Mitchell

Diagnosis & Pertinent Clinical Information: Chest Pain, SOB

DOC#: 120160

LOCATION: ATU B

Date Exam Desired: | Physician: Crook

AGE: 51    RACE: B

Previous X-Ray Done: | Exam Date: 10/18/19 | Exam Time:
□ Yes
□ No

Examination Ordered: Chest

Technician Remarks: | Technician Initials:

LSP-TCXR 02   Rev. 04/2012

DIAGNOSTIC RADIOLOGY

000153



**ANGOLA STATE PRISON**
17544 Tunica Trace
Angola, LA 71282
Phone: (225)655-2309

| | |
|---|---|
| **Name:** Kenneth Mitchell | **Exam Date:** 09/29/2019 01:15 PM |
| **Patient ID:** 300160445 | **Exam:** XR CHEST 2 VIEWS \| 71046 |
| **DOB:** 0▮▮▮▮ | **Referrer:** Randy Lavespere, MD |
| **Phone:** | |
| **Acc #:** 4042994 | |
| **Secondary ID:** 120166 | |

**EXAM:** XR CHEST 2 VIEWS

**CLINICAL INDICATION:** Physical exam, Encounter for general adult medical examination without abnormal findings.

**FINDINGS:** No comparison studies are available. The lungs are clear. The cardiac silhouette size is normal. The trachea is midline and the mediastinal width is normal. Negative for focal infiltrate, effusion or pneumothorax. Pulmonary vasculature is normal. Negative for osseous abnormalities. Convex left curvature of the thoracic spine with marginal spondylosis. Ectatic and tortuous aorta. Cardiophrenic fat-pad's. Eventrations the hemidiaphragms.

**IMPRESSION:**
1. Negative for acute process involving the chest.
2. Incidental findings as noted above.

9/30/19

Report Electronically Signed by:  Chad Aultman MD
Report Electronically Signed on:  09/29/2019

| | | | |
|---|---|---|---|
| **Patient Name:** | Kenneth Mitchell | **Exam:** | XR CHEST 2 VIEWS \| 71046 |
| **Patient ID:** | 300160445 | **Acc #:** | 4042994 |
| **Completed Date:** | 09/29/2019 01:15 PM | **Interpreting Rad:** | Chad Aultman MD |
| **Transcribed By:** | P360 PowerScribe | **Dictated Date:** | 09/29/2019 01:25 PM |
| **Transcribed Date:** | 09/29/2019 | **Finalized Date:** | 09/29/2019 01:25 PM |

## LOUISIANA STATE PENITENTIARY
### R. E. BARROW, JR. TREATMENT CENTER

DIAGNOSTIC RADIOLOGY                    9-8-18

| Clinic | □ Emergency Room | |
|--------|------------------|--|
| In-patient - Location Room/Bed _____ | □ Isolation | NAME: Kenneth Mitchell |
| Diagnosis & Pertinent Clinical Information: | | DOC#: 120566 |
| Age Physical | | LOCATION: CBD |
| Date Exam Desired: | Physician: | AGE: 51    RACE: B |
| ASAP | Lavespere | |
| Previous X-Ray Done: | Exam Date: | Exam Time: |
| Yes | | AM |
| No | | PM |
| Examination Ordered: | | |
| CXR | | |

| Technician Remarks: | Technician Initials: |
|---------------------|----------------------|

TCXR 02    Rev. 04/2012

DIAGNOSTIC RADIOLOGY

000155

 

# West Feliciana Parish Hospital
## 5266 Commerce Street
## St. Francisville, LA 70775

### RADIOLOGY REPORT   MED REC# 040885  PATIENT# 0251794

| ------NAME------ | ACCESSION # | SEX | DATE OF BIRTH | TYPE |
|---|---|---|---|---|
| MITCHELL, KENNETH | E281796920190603 | M | ▮▮▮▮▮ | OUTPATIENT |

**ORDERING PHYSICIAN: TOCE, PAUL**

Unsigned transcriptions are preliminary reports and do not represent a medical or legal document.

**CT HEAD/BRAIN W/O**

**Service Date: 06/03/2019**

**IMAGE LINK:** https://pacs.wfph.org/interworks/lib/quickview2.asp?ACCSN_NUM=E281796920190603

**REASON:** Pt states he was tripped today; Fell on his right side; laceration to the right orbit

**CT SCAN OF THE BRAIN (WITHOUT CONTRAST):**

Mild diffuse gray matter atrophy. White matter appears relatively well preserved. No acute territorial infarct.

No mass or mass effect, hemorrhage or hematoma, or hydrocephalus. Calvarium appears intact. Soft tissue swelling and skin staples in the right frontal scalp.

**IMPRESSION:** Mild atrophy. Right scalp soft tissue swelling and skin staples. No acute intracranial abnormality detected.

**Dictated by:** Mark Woody, MD
MWW:mpc

SIGNEDBY
TRANSCRIBED: Jun 3 2019 4:09PM

000156

Mary Carter 2256352425    (02/03)  06/03/2019  03:37:42 PM



# West Feliciana Parish Hospital
## 5266 Commerce Street
## St. Francisville, LA 70775

### RADIOLOGY REPORT    MED REC# 040885   PATIENT# 0251794

| ------NAME------ | ACCESSION # | SEX | DATE OF BIRTH | TYPE |
|---|---|---|---|---|
| MITCHELL, KENNETH | E281797020190603 | M | ██████ | OUTPATIENT |

**ORDERING PHYSICIAN: TOCE, PAUL**

_Unsigned transcriptions are preliminary reports and do not represent a medical or legal document._

**CT FACIAL BONES W/O CONTRAST**

**Service Date: 06/03/2019**

**IMAGE LINK:** https://pacs.wfph.org/interworks/lib/quickview2.asp?ACCSN_NUM=E281797020190603

**REASON:** Pt fell. Laceration to rt temple swelling lateral to rt orbit

**CT SCAN OF THE FACIAL BONES:**

Axial computed tomograms were obtained, with coronal reformats.

Facial bones and orbits appear intact. No orbital emphysema or sinus acute hemorrhage.

**IMPRESSION:**

1. Negative exam.

2. Incidentally noted is superficial soft tissue swelling just superior to the right zygomatic arch.

**Dictated by:** Mark Woody, MD
MWW:mpc

SIGNEDBY
TRANSCRIBED: Jun 3 2019 4:07PM

000157

Mary Carter    66352435    RECEIVED  06/...../2013 16:21
(02/03)  0...3/2019 03:37:56 PM

*120166*

# West Feliciana Parish Hospital
## 5266 Commerce Street
## St. Francisville, LA 70775

### RADIOLOGY REPORT   MED REC# 040885  PATIENT# 0251794

| -----NAME----- | ACCESSION # | SEX | DATE OF BIRTH | TYPE |
|---|---|---|---|---|
| MITCHELL, KENNETH | E281797020190603 | M | ▮▮▮▮▮ | OUTPATIENT |

**ORDERING PHYSICIAN: TOCE, PAUL**

Unsigned transcriptions are preliminary reports and do not represent a medical or legal document.

**CT FACIAL BONES W/O CONTRAST**

**Service Date: 06/03/2019**

**IMAGE LINK: https://pacs.wfph.org/interworks/lib/quickview2.asp?ACCSN_NUM=E281797020190603**

**REASON:** Pt fell. Laceration to rt temple swelling lateral to rt orbit

**CT SCAN OF THE FACIAL BONES:**

Axial computed tomograms were obtained, with coronal reformats.

Facial bones and orbits appear intact.  No orbital emphysema or sinus acute hemorrhage.

**IMPRESSION:**

1. Negative exam.

2. Incidentally noted is superficial soft tissue swelling just superior to the right zygomatic arch.

**Dictated by:**   Mark Woody, MD
MWW:mpc

SIGNEDBY
TRANSCRIBED: Jun 3 2019 4:07PM

6/4/19

Mary Carter  66352435     RECEIVED  06/__/2019 15:21
(03/03)  06/03/2019 03:38:19 PM

# West Feliciana Parish Hospital
## 5266 Commerce Street
## St. Francisville, LA 70775

### RADIOLOGY REPORT   MED REC# 040885  PATIENT# 0251794

| ------NAME----- | ACCESSION # | SEX | DATE OF BIRTH | TYPE |
|---|---|---|---|---|
| MITCHELL, KENNETH | E281796920190603 | M | ███████ | OUTPATIENT |

**ORDERING PHYSICIAN: TOCE, PAUL**

Unsigned transcriptions are preliminary reports and do not represent a medical or legal document.

**CT HEAD/BRAIN W/O**

**Service Date: 06/03/2019**

**IMAGE LINK:** https://pacs.wfph.org/interworks/lib/quickview2.asp?ACCSN_NUM=E281796920190603

**REASON:** Pt states he was tripped today; Fell on his right side; laceration to the right orbit

**CT SCAN OF THE BRAIN (WITHOUT CONTRAST):**

Mild diffuse gray matter atrophy.  White matter appears relatively well preserved.  No acute territorial infarct.

No mass or mass effect, hemorrhage or hematoma, or hydrocephalus.  Calvarium appears intact.  Soft tissue swelling and skin staples in the right frontal scalp.

**IMPRESSION:**  Mild atrophy.  Right scalp soft tissue swelling and skin staples.  No acute intracranial abnormality detected.

Dictated by:  Mark Woody, MD
MWW:mpc

SIGNEDBY
TRANSCRIBED: Jun 3 2019 4:09PM

6/4/19




# WEST FELICIANA HOSPITAL

**Radiology Department**

**CT Order Form**

Scheduling: 225-635-2443 or 225-635-2446

Scheduling Fax: 225-635-2445

Order Date: _6.3.'19_

Ordering Physician: _Dr. Levet_

| Patient Name | Patient D.O.B | DOC # |
|---|---|---|
| Kenneth Mitchell | | 120166 |

**FOR ALL IV CONTRAST STUDIES ON PATIENTS 50 YEARS OF AGE AND OLDER, FAX CREATNINE LEVEL 24 HRS BEFORE DATE OF EXAM**

| | Study Description | CPT |
|---|---|---|
| ✗ | CT Head (Brain) W/O Contrast | 70450 |
| | CT Head (Brain) With Contrast | 70460 |
| | CT Head (Brain) With & W/O Contrast | 70470 |
| ⊛ | CT Facial Bones W/O Contrast | 70486 |
| | CT Facial Bones With Contrast | 70487 |
| | CT Facial Bones With & W/O Contrast | 70488 |
| | CT Sinus W/O Contrast | 70486 |
| | CT Sinus With Contrast | 70487 |
| | CT Sinus With & W/O Contrast | 70488 |
| | CT Mastoid W/O Contrast | 70480 |
| | CT Mastoid With Contrast | 70481 |
| | CT Mastoid With & W/O Contrast | 70482 |
| | CT Orbit W/O Contrast | 70480 |
| | CT Orbit With Contrast | 70481 |
| | CT Orbit With and W/O Contrast | 70482 |
| | | |
| | CT Soft Tissue Neck W/O Contrast | 70490 |
| | CT Soft Tissue Neck With Contrast | 70491 |
| | CT Soft Tissue Neck With & W/O Contrast | 70492 |
| | | |
| | CT Cervical Spine W/O Contrast | 72125 |
| | CT Cervical Spine With Contrast | 72126 |
| | CT Cervical Spine With & W/O Contrast | 72127 |
| | CT Thoracic Spine W/O Contrast | 72128 |
| | CT Thoracic Spine With Contrast | 72129 |
| | CT Thoracic Spine With & W/O Contrast | 72130 |
| | CT Lumbar Spine W/O Contrast | 72131 |
| | CT Lumbar Spine With Contrast | 72132 |
| | CT Lumbar Spine With & W/O Contrast | 72133 |
| | CT Bony Pelvis W/O Contrast | 72192 |
| | | |
| | CT Chest W/O Contrast | 71250 |
| | CT Chest With Contrast | 71260 |
| | CT Chest With & W/O Contrast | 71270 |
| | CTA Chest (With Contrast) | 71275 |

| | Study Description | CPT |
|---|---|---|
| | CT Abdomen/Pelvis W/O Contrast (Stone) | 74176 |
| | CT Abdomen/Pelvis W/O Contrast | 74176 |
| | • Include Oral Contrast? YES/NO | |
| | CT Abdomen/Pelvis With Contrast | 74177 |
| | • Include Oral Contrast? YES/NO | |
| | CT Abdomen/Pelvis With & W/O Contrast | 74178 |
| | • Include Oral Contrast? YES/NO | |
| | CT Abdomen W/O Contrast | 74150 |
| | • Include Oral Contrast? YES/NO | |
| | CT Abdomen With Contrast | 74160 |
| | • Include Oral Contrast? YES/NO | |
| | CT Abdomen With and W/O | 74170 |
| | • Include Oral Contrast? YES/NO | |
| | CT Pelvis W/O Contrast | 72192 |
| | • Include Oral Contrast? YES/NO | |
| | CT Pelvis With Contrast | 72193 |
| | • Include Oral Contrast? YES/NO | |
| | CT Pelvis With and W/O Contrast | 72194 |
| | • Include Oral Contrast? YES/NO | |
| | CT Upper Extremity W/O Contrast RIGHT/LEFT _____ | 73200 |
| | CT Upper Extremity With Contrast RIGHT/LEFT _____ | 73201 |
| | CT Upper Extremity With & W/O Contrast RIGHT/LEFT _____ | 73202 |
| | CT Lower Extremity W/O Contrast RIGHT/LEFT _____ | 73700 |
| | CT Lower Extremity With Contrast RIGHT/LEFT _____ | 73701 |
| | CT Lower Extremity With & W/O Contrast RIGHT/LEFT _____ | 73702 |

ICD 10 DIAGNOSIS CODE:

Physician Signature



000160

 

## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER

### DENTAL PROGRESS NOTES

NAME: Kenneth Mitchell          LOCATION: _____

DOC#: 120116          WORK ASSIGNMENT: _____

| DATE | TOOTH NUMBER | CAVITY LOCATION | OPERATION OR TREATMENT* |
|------|--------------|-----------------|-------------------------|
| 2.26.20 | | | emergency. |
| | | PA. | closed, NONRESTORABLE |
| | | | |
| | | | Has pain meds |
| | | | RTC 3.17.20 replilique #4. |
| | | | |
| | | | |
| | | | |
| 3.10.20 | 4 | ext | 144mg SEPTOCAINE |
| | | | ext #4 OJG |
| | | | HAS APAP |
| | | | RTC prn (2 fr. ext upon REQUEST) |
| | | | |
| | | | |
| | | | no duty x 2 days |
| | | | |
| | | | |
| | | | |
| | | | |

*Notes should be signed by dentist and/or technician.

LSP-TCDEN 02   Rev. 10/97

Form HC-26-B
23 September 2011

## CONSENT TO SPECIAL MEDICAL PROCEDURE
## OR MENTAL HEALTH TREATMENT

OFFENDER'S NAME: Kenneth Mitchell DOC # 120166

Recommended procedure/treatment: ext 4

To be performed by or under the supervision of: Dr. Hill

By my signature below, I indicate that I have been informed of the special medical procedure or mental health treatment recommended for the above named patient, the purpose of these interventions, the specific techniques which will be used, the potential risks of treatment and of receiving no treatment, possible alternative methods of treatment and the potential risks of each, and the limits to confidentiality.

The possible outcomes of this procedure have been explained to me and I understand that there is **no guarantee** that any particular results will be obtained.

I authorize the physician or mental health clinician performing the procedure to obtain the assistance of other qualified health care professionals (including residents and interns) as the physician or mental health clinician considers advisable.

If a special medical procedure is to be performed, I authorize the physician performing the procedure or the physician's assistants to administer local anesthesia to the patient named above as required during the course of the procedure.

I have read and fully understand the Consent to Special Medical Procedure or Mental Health Treatment and have received answers to all questions I asked.

Signature of Offender: _Kenneth Mitchell_    Date & Time: 3-10-20

Signature of Witness: _____    (For medical procedure only)

Signature of Physician/Clinician: _____

Distribution:

Offender's Medical Record

000162

Louisiana State Penitentiary
R.E. Barrow, Jr Treatment Center
Optical Lab
Angola, LA 70712

**UNCUT ORDER F**

*961374*

B824

RECEIVED MAR 24 2021

| DATE 2/24/21 | PATIENT DOC# 120166 | | LOCATION AREA |
| --- | --- | --- | --- |
| | Kenneth Mitchell | | Pine 1 |

| | | | SRC | AR COAT |
| --- | --- | --- | --- | --- |
| TRAY NO. | (PLASTIC) | POLY | ☐ | ☐ |

| SPHERE | CYLINDER | AXIS | DECENTER IN    OUT | PRISM.BASE |
| --- | --- | --- | --- | --- |
| R  pl | +50 | X140 | | |
| L  +.25 | +.75 | X190 | | |

| ADD | HEIGHT | FD | |
| --- | --- | --- | --- |
| R  +20.0 | 03 OC R | 44 (DIST) | DISPENSE DATE: 4/30/21  FM |
| L  +20.0 | 03 OC R | 42 | SHIRLEY BYRD-OPTICIAN |

FT 28.     SV    TYPE PAL: _____

TINTING SPECIFICATION

#1 GREY

#2 GREY

#3 GREY

I RECEIVED MY GLASSES

NAME: _____

DOC# _____

| FRAME DATA | EYE SIZE | BRIDGE | B MEASUREMENT  **B=42** |
| --- | --- | --- | --- |
| | 52 | 22 | ED MEASUREMENT  **ED=50** |
| FRAME MODEL NUMBER | | | (ZYL) |
| blk | L1050 | | |

USE THIS SPACE FOR ANY ADDITIONAL INSTRUCTION

Louisiana State Penitentiary
R.E. Barrow, Jr Treatment Center
Optical Lab
Angola, LA 70712

OPTOMETRIST _____

000163

**LOUISIANA STATE PENITENTIARY**
**R. E. BARROW, JR. TREATMENT CENTER**
**EYE CLINIC**

Name: Kenneth Mitchell    DOC#: 120116    Camp: Pine    Job Assign: _____

Temp: _____    Pulse: _____    Resp: _____    B/P: _____    Weight: _____

Date: 2-24-2021

## DR. COULLARD

Time: _____    Allergies: _____

HPI:    ☐ Diabetic    ☐ Hypertension    ☐ Infectious Disease    ☐ Glaucoma    ☐ Decreased Vision    ☐ Red Eye

Pupils:    ☐ round and reactive OU    ☐ no APD    Motility: Full Range OU

MR OD _____ pl +50 X 180 _____ 20/20

OS _____ +25 +.75 X 180 _____ 20/20    ADD _____

TAG/tonopen _____/_____ mmHg @ _____    Dilated using    M1%    N2.5%    P 1/.25%

| External: | | | | | OS | Internal: | OD | | | OS |
|---|---|---|---|---|---|---|---|---|---|---|
| | **OD** | | | | | | **OD** | Macula | | **OS** |
| ☐ nl | ☐ ptosis | Lids | ☐ nl | ☐ ptosis | | ☐ nl | ☐ drusen | | ☐ nl | ☐ drusen |
| ☐ nl | ☐ arcus | Cornea | ☐ nl | ☐ arcus | | ☐ nl | ☐ RPE Δ | | ☐ nl | ☐ RPE Δ |
| ☐ nl | ☐ ptyrgium | | ☐ nl | ☐ ptyrgium | | ☐ nl | ☐ hemes | | ☐ nl | ☐ hemes |
| ☐ nl | ☐ injection | Conj | ☐ nl | ☐ injection | | ☐ nl | ☐ | Vessel | ☐ nl | ☐ |
| ☐ nl | ☐ pinguec | | ☐ nl | ☐ pinguec | | ☐ nl | ☐ PVD | Vitreous | ☐ nl | ☐ PVD |
| ☐ D/Q | ☐ | AC | ☐ DQ | ☐ | | ☐ nl | | Periphery | ☐ nl | |
| | X | Angles | | X | | | ☐ no h, t, RD 360 OU | | | |
| ☐ nl | ☐ rubeousis | Iris | ☐ nl | ☐ rubeousis | | | | | | |
| ☐ nl | ☐ NS, CS Lens | | ☐ nl | ☐ NS, CS | | | **OPTIC DISCS** | | | |
| | ☐ PCIOL clr | | | ☐ PCIOL clr | | ☐ nl | Size/Appear/NFL ☐ nl | | | |
| | | | | | | | CD | | | |

Diagnosis/Plan
A)1.

A)2.    P)2.

A)3.    P)3.

SPEC RX
OD _____

OS _____

ADD ± _____

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____    PHYSICIAN SIGNATURE: _____

☐ MISC. ORDERS: _____

EYE CLINIC

LSP-TC83    02/2011

000164

625968

Form HC-01-A
14 September 2009

**Health Care Request Form**

Institution: _____ Cp _____

Name _Knoth Mitchell_ DOC# _120166_ Age _52_ Housing _Pine 1_ Job Assignment: _Kitchen_

**OFFENDER TO COMPLETE THIS SECTION ONLY— COMPLAINT AND/OR REQUEST:** Eye Doctor

Both arms broken on EyeGlasses need new pair
A.S.A.P.

Pm

**Health Care Personnel Screening:** Date: _1/2-21_ Time: _0415_ Location Seen: _____

(Circle One) Emergency / Routine Sick Call / Work Related  Allergies: _____

B/P _____ Pulse _____ Resp _____ Temp _____ Other _____

**Assessment/Comment:** _pt c/o eye glass broken_
_# need a new pair of glasses_
_Pt lys on his glasses both_

**position:** 02/24/2021 Eye Cl Appt. 5 days
M/D

**Health Care Practitioner Notes:**

**New Medications Ordered:**

_____
_____
_____
_____ Total #: _____

Screener's Signature: _____

HCP's Signature: _____ Date: _____

☐ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Knoth Mitchell_ _120166_ _1/2-21_ _____
Offender's Signature      DOC#      Date      Witness Signature

Louisiana State Penitentiary
R.E.Barrow, Jr Treatment Center
Optical Lab
Angola, LA 70712

## UNCUT ORDER FORM

120166

**LOCATION AREA**

DATE 7/19/19

PATIENT DOC# Mitchell, Kenneth    CBC4R

TRAY NO.    3/27/19

| | SRC | AR COAT |
|---|---|---|
| | ☐ | ☐ |

(PLASTIC)    POLY

| | SPHERE | CYLINDER | AXIS | DECENTER - IN    OUT | PRISM.BASE |
|---|---|---|---|---|---|
| R | PL | +0,50 | 180 | | |
| L | +0,25 | +0,75 | 180 | | |

| ADD | HEIGHT | PD |
|---|---|---|
| R +2,00 | 03 OC R 65 DIST L | |
| L +2,00 | 03 OC R 61 L | |

DISPENSE DATE: 9/20/2019

SHIRLEY BYRD-OPTICIAN

FT 28    SV    TYPE PAL: _____

TINTING SPECIFICATION

#1 GREY

#2 GREY

#3 GREY

I RECEIVED MY GLASSES

NAME: _____

DOC# _____

| FRAME DATA | EYE SIZE | BRIDGE | B MEASUREMENT **B=42** |
|---|---|---|---|
| | 52 | 22 | ED MEASUREMENT **ED=50** |

FRAME MODEL NUMBER

blk    L1050    (ZYL)

USE THIS SPACE FOR ANY ADDITIONAL INSTRUCTION

Louisiana State Penitentiary
R.E.Barrow, Jr Treatment Center
Optical Lab
Angola, LA 70712

OPTOMETRIST _____

**Louisiana Department of Corrections**

**COVID-19 Vaccine**

**Offender Refusal Form**

Offender Name: _Kenneth Mitchell_   DOC #: _120166_

I hereby acknowledge that I have been offered **the COVID-19 Vaccine.**
_(W/L_(initial here)

**I understand the following:**

- The purpose of and the need for the COVID-19 vaccine;
- The risks and benefits of the COVID-19 vaccine;
- That the Department of Louisiana Health and the Centers for Disease Control and Prevention have all strongly recommended that the COVID-19 vaccine be given.

I have voluntarily decline the COVID-19 vaccine _W/L_(initial here)

I know that I may re-address this issue with my health care provider or request the vaccine by accessing sick call at any time, and that I may change my mind and accept the vaccination at any time in the future subject to proper notice, availability, ordering and distribution protocols.

I acknowledge that I have read this document in its entirety and fully understand it.

Signature: _Kenneth Mitchell_ Date: _4|30|21_

Witness: _Byron C. Day_ Date: _4-30-2021_

000167

 

Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Annual TB Screening

Name: MITCHELL        , KENNETH        DOC#:120166          Camp: PINE 1
                                                            DOB        Race:B

History of:
  Positive PPD? _____
  (Y/N)                                          Date Test Read: 02/25/2021
  Date of Positive PPD: _____
                                                 Time Read:        8:00 am
┌─────────────────────────────────────────┐
│ Last Test Date:   02/07/2020              │   Test Results: Neg
│ Last Test Result: Neg                     │
│ Read By:        A. Zaunbrecher, LPN       │
└─────────────────────────────────────────┘
                                                 Induration Size: 0.00
Date of Test: 02/23/2021
                                                 Read By:   A.Zaunbrecher,LPN
Time of Test: 8:00 am                                          Signature

Lot Number:   C5696AA                            Follow-Up Date: _____
                                                 (If Positive)

                                                 Chest X-Ray? _____ Date: _____
Placed By: A.Zaunbrecher,LPN                     (Y/N)
              Signature

─────────────────────────────────────────────────────────────────────

Is Patient HIV Positive? _____        Symptoms Reported or Observed? _____
(Y/N)                                            (Y/N)

CONTACT DATA                                     Describe:

Screen or Contact:_____
First Name          Last Name                   DOC#

_____  _____              _____

Has Treatment been Initiated? _____
(Y/N)

Drug 1: _____      Drug 2: _____      Drug 3: _____

Start Date: _____  Start Date: _____  Start Date: _____

Stop Date: _____   Stop Date: _____   Stop Date: _____

Dosage: _____      Dosage: _____      Dosage: _____

Comments:

Data Entry Person: _____            Date of Entry: _____

000168



Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
17544 Tunica Trace, Angola, LA 70712
Dept. of Medicine 225-655-2297

## Influenza-Like Illness Orders

Name: _Kenneth mitchell_    DOC #: _120166_

Housing: _Hil_    Date: _3·1-20_

### For temperature up to 100° F:

- o Ibuprofen 600 mg po STAT and then BID po x 7 days
  **OR**
- o Tylenol 650 mg po STAT and then BID po x 7 days
- o Robitussin 30 ml BID po x 7 days
- o Sore Throat Lozenges TID po PRN x 7 days
- o No duty x 3 days

### For temperature 100.1° F and above:

- o Refer to ATU

### Upon arrival to ATU:

- ⊘ Evaluation by MD
- ⊘ Ibuprofen 600 mg po STAT and then BID po x 7 days
- ⊘ Tylenol 650 mg po STAT and then BID po x 7 days
- ⊘ Tamiflu 75 mg BID po x 5 days
- ⊘ Omnicef 300 mg BID po x 7 days
- ⊘ Mucinex 600 mg BID po x 7 days
- ⊘ Sore Throat Lozenges TID po PRN x 7 days
- ⊘ Seven day supply of routine medications
- ⊘ Admit to Isolation Dorm x 5 days (may remain longer if fever continues).
- o _____

MD Signature: _____    Date: _3/1/2020_

000169



Louisiana State Penitentiary
R.E. Barrow, Jr. Treatment Center
Annual TB Screening

Name:  MITCHELL        , KENNETH      DOC#:120166        Camp: RIC 3
                                                        DOB:[REDACTED]  Race:B

History of:
  Positive PPD? _____
  (Y/N)                                    Date Test Read: 02/07/2020
  Date of Positive PPD: _____
                                           Time Read:      0830

| Last Test Date:    01/25/2019 |
| Last Test Result: Neg         |  Test Results: Neg
| Read By:      J. Spivey-Mayes, RN |

                                           Induration Size: 0.00

Date of Test: 02/05/2020                   Read By:  A. Zaunbrecher, LPN
                                                         Signature
Time of Test: 0800
                                           Follow-Up Date: _____
Lot Number:   C5562AA                      (If Positive)

                                           Chest X-Ray? _____ Date: _____
                                           (Y/N)
Placed By: A. Zaunbrecher, LPN
             Signature

Is Patient HIV Positive? _____   Symptoms Reported or Observed? _____
(Y/N)                                      (Y/N)

                                           Describe:
CONTACT DATA

Screen or Contact:_____
First Name        Last Name               DOC#

_____  _____       _____

Has Treatment been Initiated? _____
(Y/N)

Drug 1: _____        Drug 2: _____       Drug 3: _____

Start Date: _____    Start Date: _____   Start Date: _____

Stop Date: _____     Stop Date: _____    Stop Date: _____

Dosage: _____        Dosage: _____       Dosage: _____

Comments:

Data Entry Person: _____        Date of Entry: _____

000170