UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH WAYNE MITCHELL | CIVIL ACTION |
| VERSUS | |
| MARCUS JONES, ET AL. | NO. 20-000314-BAJ-SDJ |

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 49),** recommending that the Court dismiss Plaintiff's Motion for Summary Judgment (Doc. 42), grant Defendant's Motion for Summary Judgment (Doc. 45), decline to exercise supplemental jurisdiction in connection with any potential state law claims, and dismiss this action with prejudice. (Doc. 49, p. 8). Plaintiff objects to the Report and Recommendation (Doc. 50).

Having carefully considered the underlying Complaint, the Report and Recommendation at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

1

IT IS ORDERED that **Plaintiff's Motion for Summary Judgment (Doc. 42)** be and is hereby **DENIED**.

IT IS FURTHER ORDERED that **Defendant's Motion for Summary Judgment (Doc. 45)** be and is hereby **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that Plaintiff's pending **Motion to Demand a Jury Trial (Doc. 38)** and **Motion to Appoint Counsel (Doc. 51)** are hereby **TERMINATED AS MOOT**.

Baton Rouge, Louisiana, this 26th day of October, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**